UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and )<br>UNITED STATES OF AMERICA REPUBLIC )<br>PRESIDENT CHRISTOPHER - CANNON: BEY )<br>On Behalf of themselves and a class and subclass )<br>of similarly situated persons )<br>   Plaintiffs )<br>)<br>                Vs. )<br>)<br>CITY OF CHICAGO )<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT )<br>DAVID O. BROWN, CHICAGO POLICE CHIEF )<br>THOMAS DART, SHERIFF )<br>                Vs. )<br>ILLINOIS GOVERNOR J.B. PRITZKER )<br>ILLINOIS SECRETARY OF STATE JESSE WHITE )<br>COOK COUNTY BOARD PRESIDENT )<br>TONI PRECKWINKLE, )<br>COOK COUNTY CLERK, KAREN YARBROUGH )<br>BRENDAN F. KELLY, DIRECTOR )<br>ILLINOIS STATE POLICE )<br>CHICAGO POLICE OFFICER GUZMAN )<br>CITY OF CHICAGO DEPT. OF STREETS AND )<br>SANITATION ROBERT DYCKMAN )<br>SUPERVISOR AUTO POUND 6 )<br>TOM DART COOK COUNTY SHERIFF )<br>MARKHAM COURT )<br>JUDGE THOMAS CARROLL COURT ROOM 204 )<br>COOK COUNTY JUDGE THADDEUS L. WILSON )<br>COURT ROOM 404, OTHER UNKNOWN POLICE )<br>OFFICERS   FROM THE CITY OF GARY IN. )<br>POLICE DEPT, CALUMET CITY IL. )<br>MERRILLVILLE IN. POLICE, )<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL, )<br>GEORGIA STATE PATROL, OHIO, ILLINOIS, )<br>POLICE DEPARTMENT, OFFICER J. CURTIN, )<br>OFFICE A. FLORES, OFFICER C. MCVEY, )<br>OTHER UNKNOWN ILLINOIS STATE POLICE, )<br>OFFICER SANCHEZ OF CHICAGO POLICE, )<br>JP MORGAN CHASE BANK PRESIDENT )<br>JAMIE DIMON, INDIANA SECRETARY OF )<br>STATE CONNIE LAWSON )<br>              Defendants )<br>) | FILED<br>OCT 19 2020<br><br>Civil Action No. **2 : 20 CV 373** |

1

# EMERGENCY APPLICATION FOR NATIONAL WRIT OF PROHIBITION AND MOTION FOR PRELIMINARY INJUNCTION AND RESTRAINING ORDER AND DECLARATORY RELIEF

Pursuant to Federal Rule of Civil Procedure 65 and Pursuant to 28 USC section 1333, Plaintiffs, The People of the UNITED STATES OF AMERICA REPUBLIC, by and through their President, CHRISTOPHER-CANNON: BEY, respectfully files this Emergency Application for National Writ of Prohibition and Motion for Preliminary and Permanent Injunction and Restraining Order ("Application") against Defendants, seeking to enjoin all unlawful practices of both malfeasance and non-feasance, including violations of The 18th Amendment of the U.S.A.R. Constitution, Title 1 USRC Public Law 1631 Protection of Government Property – Real Property, Public Law 111-1636 Protection of Government Property -- Personalty, Public Law 111-1638 Embezzlement of Government Property, Public Law 111-1640 Knowing Conversion, Public Law 111-1641 "Sell, Convey and Dispose of Government Property Without Authority" and Public Law 116-02A Repatriation Sections 1-4, The RICO ACT § 1961 Definitions sections 15811592, 1951, 2312, 2313, 2314, and 2315, racketeering, conspiracy to enter false documents into the court, unlawfully arresting, detaining, imprisoning, seizing, towing or confiscating private U.S.A.R. Government Property. The Plaintiffs have been and are still being unlawfully imprisoned for the use of the UNITED STATES OF AMERICA REPUBLIC'S lawfully issued Driver's Licenses. The Defendants unlawfully confiscate Intellectual and Real property of the UNITED STATES OF AMERICA REPUBLIC Driver's Licenses, Employment Credentials, License Plates, Car Titles and Vehicle Registrations. Prior to filing this Injunction, and consistent with Civil Rule 65.1(a), the UNITED STATES OF AMERICA REPUBLIC contacted the defendants via Certified Mail Service providing the Defendants with notice that the United States of America Republic would be filing this

2

Injunction today, and sent them copies of all papers submitted with the UNITED STATES OF AMERICA REPUBLIC'S complaint in this action and the materials submitted herewith.

THE UNITED STATES OF AMERICA REPUBLIC respectfully request that the Court schedule a hearing on this Injunction at the Court's earliest convenience, because the People of the United States of America Republic are being unlawfully and unjustly harassed, detained and jailed while having their vehicles and other private property confiscated and impounded, in some cases never returned to the Plaintiffs. In addition, The Plaintiffs ask that this case be tried under Admiralty Maritime Jurisdiction.

In support of this Application, Plaintiff(s) refers the Court to (1) the Complaint and relevant attachments thereto; (2) Plaintiff's Memorandum of Law in Support of its Application for Writ of National Prohibition and Preliminary Injunction, attached to this Application; (3) the Affidavits attached to this Application and all other supporting Exhibits.

Dated: September 29, 2020

Respectfully submitted,

*[signature]*
CHRISTOPHER-CANNON: BEY

President, UNITED STATES OF AMERICA REPUBLIC
1499 MARTIN LUTHER KING DRIVE
PROVINCE OF IINDIANA 46401
Telephone: 202/569-0506
E-mail: presidentusar@mail.com