UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-

OCT 19 2020

At_____M
ROBERT N. ~OVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and<br>UNITED STATES OF AMERICA REPUBLIC<br>PRESIDENT CHRISTOPHER - CANNON: BEY<br>On Behalf of themselves and a class and subclass<br>of similarly situated persons<br>   Plaintiffs<br><br>          Vs.<br><br>CITY OF CHICAGO<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT<br>DAVID O. BROWN, CHICAGO POLICE CHIEF<br>THOMAS DART, SHERIFF<br>          Vs.<br>ILLINOIS GOVERNOR J.B. PRITZKER<br>ILLINOIS SECRETARY OF STATE JESSE WHITE<br>COOK COUNTY BOARD PRESIDENT<br>TONI PRECKWINKLE,<br>COOK COUNTY CLERK, KAREN YARBROUGH<br>BRENDAN F. KELLY, DIRECTOR<br>ILLINOIS STATE POLICE<br>CHICAGO POLICE OFFICER GUZMAN<br>CITY OF CHICAGO DEPT. OF STREETS AND<br>SANITATION ROBERT DYCKMAN<br>SUPERVISOR AUTO POUND 6<br>TOM DART COOK COUNTY SHERIFF<br>MARKHAM COURT<br>JUDGE THOMAS CARROLL COURT ROOM 204<br>COOK COUNTY JUDGE THADDEUS L. WILSON<br>COURT ROOM 404, OTHER UNKNOWN POLICE<br>OFFICERS   FROM THE CITY OF GARY IN.<br>POLICE DEPT, CALUMET CITY IL.<br>MERRILLVILLE IN. POLICE,<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL,<br>GEORGIA STATE PATROL, OHIO, ILLINOIS,<br>POLICE DEPARTMENT, OFFICER J. CURTIN,<br>OFFICE A. FLORES, OFFICER C. MCVEY,<br>OTHER UNKNOWN ILLINOIS STATE POLICE,<br>OFFICER SANCHEZ OF CHICAGO POLICE,<br>JP MORGAN CHASE BANK PRESIDENT<br>JAMIE DIMON, INDIANA SECRETARY OF<br>STATE CONNIE LAWSON<br>          Defendants | Civil Action No.   **2 : 20 CV 373** |

**MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES OF AMERICA**

**REPUBLIC'S WRIT OF PROHIBITION AND MOTION FOR NATIONAL PRELIMINARY**

**INJUNCTION AND RESTRAINING ORDER AND DECLARATORY RELIEF NATIONWIDE**

## TABLE OF CONTENTS

INTRODUCTION ...............................................................................................14

FACTUAL BACKGROUND ..........................................................................14

    A. Defendants' Statutory and Contractual Obligations Prohibit Their Impedance of Instruments Put into Commerce, and from Disregarding the U.S.A.R. Charter and Certificates of Authority While Requiring Them to Abide by the Laws of Commerce as written ...........................................................................14

    B. Defendants Routinely Made False Arrests of USAR Nationals and Citizens, detained them into Custody, and Did Not Return Property Belonging to United States of America Republic Nationals and Citizens When They Were Released from Custody.........................................................................................................14

    C. Without Lawful Cause and Without Authority to Do So, Defendants confiscated Plaintiff's Driver's Licenses, Employment Credentials, Vehicle and Vessel Registrations, License plates and Towed Vehicles and Vessels of U.S.A.R. Nationals and Citizens Some of Which Were Never returned ................................. 14

LEGAL STANDARD ......................................................................... 23

ARGUMENT ...................................................................................... 38

    I. The United States of America Republic Is Likely to Succeed on the Merits............ 39

        A. By Refusing to Acknowledge United States of America Republic's Charter and Certificates of Authority Presented by United States of America Republic Citizens in Several States, Defendants Have Breached Their Obligations to the United States Constitution ........................................................39

            1. Defendants Breached Their Agreement by Impeding Instruments Put into Commerce by United States of America Republic ...............39

            2. Defendants Breached Their Agreement by Denying United States of America Republic Citizens Due Process of Law by Unlawfully Detaining and Jailing them ...............................................39

            3. Defendants Breached Their Agreement by Unlawfully Towing, Impounding and Destroying Vehicles Driven by United States of America Republic Citizens and Registered to United States of America Republic ...............................................................39

        B. Defendants have Breached the Treaty of Peace and Friendship ...............41

        C. Defendants Lack Any Valid Defenses, Contractual or Otherwise, to the Blatant Disregard for Enforcement of Their Constitutional Oaths and Obligations to Not Interfere With Commerce ....................................49

    II. The United States of America Republic People Will Be Irreparably Harmed Without an Injunction ............................................................................34

III. The Balance of the Equities and the Public Interest Factors Also Weigh in

Favor of an Injunction   ……………….……………………………...……….23


IV. The Injunction Should Provide Full Relief to the United States of America Republic

……………………………………..……………………..………………..……39


RELIEF SOUGHT   …..……………………….……………………………………....79

CONCLUSION   ……………………………………………………………84

JURY DEMAND …..……...……………………………………………….……..91

# TABLE OF AUTHORITIES

## Cases

Eggert et al v City of Seattle 81 Wn 2d 840 ........................................................ 27

King v New Rochelle Municipal Housing Authority, 314 F. Supp. 427 (S.D.N.Y. 1979) ....... 27

Karp v Collins, 310 F. Supp. 627, (D.N.J. 1970) ................................................... 27

Frazer v Shelton 320 Ill. 253 ........................................................................ 27

Kent vs Dulles, 357 U.S. 116, 126, 78 S. Ct. 1113 ................................................ 27

Johnson vs City of Cincinnati 310 F.3d 484, 6th Cir. 2002 ..................................... 27

Williams vs Fears 179 U.S. 270, 21 S. Ct.128 ..................................................... 27

Papachristou vs Jacksonville, 405 U.S. 156, 164, 92 S. Ct. 839 ................................ 27

US v Dire (US Court of Appeals, 4th Circuit, 23 May 2012, p. 41) ............................. 31

Clinton Landfill, Inc. v. Mahomet Valley Water Auth., 406 Ill. App. 3d 374, 378 (4th Dist. 2010)
........................................................................................................ 34

Mohanty v. St. John Heart Clinic, S.C., 225 I11.2d 52, 62 (2006) ............................. 34

United States v. Salerno, 481 U.S. 739, 750 (1987) .............................................. 34

Hamdi v. Rumsfeld, 542 U.S. 507, 529-30 (2004) ................................................ 34

Forbes v. Perryman, 244 F. Supp. 2d 947, 949 (N.D. Ill. 2003) ................................ 34

Happy R Sec., LLC v. Agri-Sources, LLC, 2013 IL App (3d) 120509 ......................... 35

Faheem-El v. Klincar+93g`, 600 F. Supp. 1029, 1041 (N.D. Ill. 1984) ....................... 35

Pinzon v. Lane, 675 F. Supp. 429, 435 (N.D. III. 1987) ........................................ 35

C.J. v. Dep't of Human Services, 331 III. App. 3d 871, 891 (1st Dist. 2002) ................ 35

Zadvydas v. Davis, 533 U.S. 678, 690 (2001) ..................................................... 35

Foucha v. Louisiana, 504 U.S. 71, 80 (1992) ..................................................... 35

Witter v. Buchanan, 132 Ill. App. 3d 273, 292 (1st Dist. 1985) ............................... 36

Tierney v. Vill. of Schaumburg, 182 Ill. App. 3d 1055, 1060 (1st Dist. 1989) ............... 36

Swaney v. Elrod, 386 F. Supp. 1138, 1144 (N.D. Ill. 1975) .................................... 36

Barker v. Wingo, 407 U.S. at 520-21, 532-33, 92 S.Ct. at 2187, 2193 ........................ 36

Town of Ridgefield v Eppoliti Realty Co, Inc. 71 Conn. App 321, 801 A 2d 902 .............. 24

State v Mayo 106 Me 62, 75 A 295 ............................................................24

Williamson v Garrigus 228 Ark 705, 310 SW 2d 8 ...............................24

State v. Armstead, 60 s 778, 779, and 781 ............................................37

Miranda v. Arizona 384 US 436, 125 ......................................................75

Christy v. Elliott, 216 Ill 3I ......................................................................37

Ward v. Meredith, 220 id, 6h ...................................................................37

Indiana `springs co v. Brown, 165 Ind. 465 ...........................................37

Shinkle v. McCullough 116 Ky.960 ........................................................37

Commonwealth v. Kingsbury, 199 Mass.542 .........................................37

Christy v. Elliott, supra ...........................................................................37

State v. Swagerty, 203 Mo, 517 ...............................................................37

State v. Mayo, 106 Me. 62 ........................................................................37

City of Chicago v. Kluever. 257 Ill. 317 .................................................38

People v. Schneider, 139 Mich. 673 ........................................................38

Commonwealth v. Kingsbury, supra ........................................................38

Brazier v. Philadelphia. 215 Pa. St 297 ..................................................38

G. R. G. H. M. Ry. Co. v. Stevens, 219 Mich. 332 ...............................59

Burwell v. Hobby Lobby Stores, Inc. ......................................................72

Hale v Hinkel 201 US 43 ..........................................................................78

Miller v U.S. 230 F. 486 ...........................................................................78

Sherar v Cullen 481 F. 946 .......................................................................79

Blitz and Sawyer 2011, 289; Price 2012, 56 ...........................................84

Timbs v. Indiana, No. 17-1091 .................................................................38

## International Authorities

The UN Convention on the Law of the Sea 1982 (Article 110(1) ............................30

The Geneva High Seas Convention 1952 (Article 15(1) ........................................30

UNCLOS, Article 101(3); High Seas Convention, Article 15(3) ................................. 31

7 FAM 1284……………………………………………………..………………………32


**U.S.A.R. Constitutional Provisions and Laws**

Moorish Science Temple of America Divine Constitution ACT 6. Year 1926.............................67

U.S.A.R. Constitution Article VI.........................................................................................67

Article 1 – Nationality ……………………………………………………………………..2

1ST AMENDMENT – Freedom of Religion, Speech and of the Press........................................16

4TH AMENDMENT – Security for unwarrantable Search and Seizure.....................................17

5TH AMENDMENT - Rights of Accused in Criminal Proceedings...........................................17

8TH AMENDMENT – Cruel and Unusual Punishment ……………………………………..83

11TH AMENDMENT - Restriction of Judicial Power…………………………………………17

13TH AMENDMENT – The Abolition of Slavery ……………………………………………17

14TH AMENDMENT - Repatriation.........................................................................................17

18TH AMENDMENT – State Soverenty……………………………………………….....2,17

Treaty of Peace and Friendship 1836 ART. 2.......................................................22,23,41

Title 1 Criminal Code General Provisions Section 9……………………………..…………… 31

Public Law 111-74, Title 1 Identification Discrimination…………………………..…………16

Public Law 116-02A, Sec. 1-4 Repatriation……………………………………………..…..2

Public Law 111-1631 Protection of Government Property – Real Property………………..……2

Public Law 111-1636 Protection of Government Property – Personalty…………………………2

Public Law 111-1640 Knowing Conversion……………………………………………..………2

Public Law 111-1641 Sell, Convey and Dispose of Government Property Without
Authority………………………………………………………………………………..…..2

Public Law 111-11 Holy Koran as the Supreme Law………………………………..………72

Public Law 115-05 U.S.A.R. Revenue Laws

Public Law 110-01 Adopting the UCC

**US Constitutional Provisions**

Commerce Clause Article 1, Section 8.................................................................22

1ST AMENDMENT ……………………………………………………………..

4TH AMENDMENT.......................................................................................22

5TH AMENDMENT........................................................................................50

13TH AMENDMENT......................................................................................22

14TH AMENDMENT.........................................................................16,22,60,85

Treaty of Peace and Friendship 1836 ART. 2.................................24,25,45

Article 4.........................................................................................................

VIOLATION OF CLAYTON ACT..................................................................22

VIOLATION OF HOBBS ACT......................................................................22

The act of congress of April 14, 1802, (2 Stat. 153, c. 28, § 1; Rev. St. § 2165,) .......................31

Act (INA) (8 U.S.C. § 1481(a)(6)) ................................................................40

Act (INA) 349(a) (4)    .................................................................................32

Section 401(d) NA    ....................................................................................33

 9(a)(4) (B INA 34)    …………………………………………..…………….32, 33

**Rules**

Federal Rule of Civil Procedure 65..................................................................2

Federal Rule of Civil Procedure 65(d)(2), ......................................................2

Federal Rule of Civil Procedure 45(1) (A) ......................................................

Federal Rule of Civil Procedure 45(C) (3) (A) (ii) ..........................................

Federal Rule of Civil Procedure 44.1. ............................................................

Federal Rule of Evidence 901(a) Authentication of Websites: http://usargov.us; http://usardojgov.us; http://usarbmvgov.us; http://usarsosgov.us (USAR Constitution and Public Laws)

Substantive Rights, etc. ...............................................................................88

Rule 803. Exceptions to the Rule Against Hearsay.......................................75

Rules of Evidence Rule 902…………………………………………………………38


**United States Code Authorities**

Title 28 U.S. Code § 1333…………………………………………………………21

Title 42 § 1981, 1982, 1983, 1985 ………………………………………………36

Title 18 U.S. Code § 241, 242 ……………………………………………………36

Title 18 U.S. Code § 1651 …………………………………………………………30

Title 18 U.S. Code § 1951 …………………………………………………………38

Title 18 U.S. Code § 1028………………………………………………………89

Title 28 U.S. Code§1738……………………………………………………………38

Title 8 U.S. Code § 1101 – Definitions……………………………………………29

Title 8 USC 1481 Clause (42) ……………………………………………25,26,32,40

Public Law 97-280- OCT. 4, 1982 96 STAT. 1211 97th Congress………………76

The RICO ACT § 1961 Definitions sections 15811592, 1951, 2312, 2313, 2314, and 2315……2


**State of Illinois Code Authorities**

Illinois Constitution…………………………………………………………………60

Illinois 805 Religious Corporation Act Ch. 32, par. 164, Sec. 35 and Sections 46a,

46b, 46c, 46d, 46e, 46f, 46g, 46h……………………………………………………61

625 ILCS 5/6-102 (From Ch. 95 1/2, par. 6-102) ………………………………28, 29

625 ILCS 5/3-102) (from Ch. 95 1/2, par. 3 102) ………………………………28

625 ILCS 5/4-104(3) …………………………………………………………………30

625 ILCS 5/4-102  ……………………………………………………………………30

15 ILCS 335/1A   …………………………………………………………………30


**Holy Books Verse Authorities**

Mark 10:9 1599 Geneva Bible (GNV) ……………………………………………62

Acts 7:48 1599 Geneva Bible (GNV) ……………………………………………62

1 Corinthians 6:19 1599 Geneva Bible (GNV) ................................................................62

Ephesians 2:19-22 1599 Geneva Bible (GNV) ..............................................................63

Holy Koran 10:16.............................................................................................................64

Chapter 47 of The Holy Koran.......................................................................................69

Deuteronomy 18:15-19 1599 Geneva Bible (GNV) ....................................................70

Deuteronomy 17:15-19 1599 Geneva Bible (GNV) ....................................................71

Deuteronomy 17:9-15 1599 Geneva Bible (GNV) ......................................................73

Ruth 4:10-17 1599 Geneva Bible (GNV) ......................................................................75

Matthew 7:7-14 1599 Geneva Bible (GNV) .................................................................91

**Other Authorities**

Cities and Villages act  ............................................................................... 37,58,59

Public Utilities Act  ...........................................................................................59

Affordable Care Act  ........................................................................................73

(CT: CON-285; 03-06-2009)  ………………………………………………....32

101's of the Moorish Science Temple of America by the Holy Prophet ..................75

5 Wigmore §§1495, 1496.................................................................................75

20 C.F.R. §404.703(c) ......................................................................................75

California Evidence Code §1312.........................................................................75

**Attachments**

U.S.A.R. True Bill……………………………………………………....**Schedule B**

**Exhibits**

See Attached Exhibits List ...............................................................................93

# I

## INTRODUCTION

NOW COMES Plaintiffs, UNITED STATES OF AMERICA REPUBLIC, PRESIDENT

CHRISTOPHER - CANNON: BEY on Behalf of a Class, The Moorish American People, and for their

Complaint against the Defendants.  All Matters, Complaints, Traffic Tickets / Suits, Bench Summons,

Citations, etc., hereinafter states as follows:

# II

## FACTUAL BACKGROUND

1.      All Plaintiffs are Moorish American Taxpayers whose hard-earned tax dollars brought and paid for the

two police Vehicles in question. The Vehicles were purchased by the United States of America Republic,

for a New Law Enforcement Agency, the Conveyances are to be used for the Protection and Safety of the

Moorish American Nationals and citizens and they have been deprived of this Right, therefore denying

them the Right to health, safety and welfare.  The Chicago police and the City of Chicago Streets and

Sanitation's actions are contrary to the Statutes and against the peace and dignity of the Moorish American

People and Citizens of the United States of America Republic and Violates Moorish American Nationals

and Citizens Due Process Rights.  The Moorish American Nationals and Citizens register their

Conveyance's, Purchase License Plates, take drivers test and are issued Driver's Licenses from the United

States of America Republic Bureau of Motor Vehicles. **See Exhibits [B4a], [B3a], [A4b], [A4c], [A4a],**

**[A4d]**

2.      Each vehicle registered is conveyed into a public trust, in which the citizen is then issued a

U.S.A.R. certificate of title. This certificate of title only shows that the citizen has an interest in the

conveyance. The citizens are the grantors, the citizen are not the owners. The United States of

America Republic acts as the Trustee/Assignor and assigns the vehicle to the Vast/Vas Estate

Express Trust #10105905 Grantee/Assignee. **See Exhibit [A4g], [A4c]** The United States of

America Republic becomes the Legal Title holder and the Moorish American People of the United

States of America Republic Beneficiaries. The Moorish American People of the United States of

America Republic pay $50.00 for driver's licenses, $150.00 for license plates $235.00 to register

their vehicle with the United States of America Republic. Every year there is a $38.00 vehicle

registration renewal fee. **See Exhibit [A4c], [A4e], [A4f]** The Driver's License must be renewed

every seven years this creates a residual income for the Public Trust. The revenue generated from

the commerce of the Moorish American people, which allow the United States of America Republic

to create instrumentalities, agencies and start government programs. The United States of America

Republic provides student loans and grants also creates the ability of the United States of America

Republic to establish a strong economy by assisting The Moorish American People with small

business loans, which would help perpetuate the Moorish American Society. This creates incentives

for Moorish Americans to become industrious in areas such as manufacturing, production,

agriculture, environmental protection, and invention etc.


3.      On February 2, 2019, the CHICAGO POLICE, and its agents, assignees, officials, officers,

corporate employees, etc., is a party to this matter by Officer  Guzman Star #17279 acting under the

color of law and color of authority by unlawfully stopping President Christopher – Cannon: Bey, a

Moorish National of the United States of America Republic, while exercising his Inalienable rights

to travel with his State issued Driver's License in a Government owned vehicle with Government issued License Plates. Officer Guzman's (Star #17279) actions violate the commerce clause and 14th amendment Due Process and equal protection Rights as well as U.S.A.R. Constitution 1st Amendment and USRC Public Law 111-74 Title 1 Identification Discrimination. The police cannot regulate Interstate Commerce or make void a constitutionally protected right. When Law Enforcement arrested Cannon: Bey, they performed a false arrest. **See Video Exhibit [CVe9]**

4.      On or about November 6th or 7th, 2018 THE CITY OF CHICAGO DEPARTMENT OF STREETS AND SANITATION Robert Dyckman towed a U.S.A.R. vehicle which clearly displayed a municipal license plate issued by the United States of America Republic and bought by Moorish American taxpayers for law enforcement purpose. Plaintiff's actions were in direct violation of Public Law 111-1631and 111-1636 which protects U.S.A.R. Government Property. After THE CITY OF CHICAGO DEPARTMENT OF STREETS AND SANITATION had been notified that the vessel belonged to the United States of America Republic National Government, THE CITY OF CHICAGO DEPARTMENT OF STREETS AND SANITATION Robert Dyckman still refused to release the vessel which is in clear violation of U.S.A.R. Public Law 111-1640 Knowing Conversion. The vehicle was taken illegally without a court order or judgment. No tow report or any other documentation or notices were ever given by THE CITY OF CHICAGO or THE CITY OF CHICAGO DEPARTMENT OF STREETS AND SANITATION to the United States of America Republic. **Video Exhibit[C-Ve1] See Exhibit [A4a], [A2c]**

5.      On February 2, 2019 Chicago Police Officer Guzman, Star #17279 stopped President Christopher- Cannon: Bey of the United States of America Republic while on his way to a meeting with attorneys. Officer Guzman Star #17279 was presented with President Cannon: Bey's

government issued National Driver's License and State issued License Plate. President Cannon: Bey's vehicle was taken by Chicago police and has not been returned, it too was bought by the United States of America Republic also with revenue generated by Moorish American taxpayers. Plaintiff(s) again violated USAR Constitution's 4th Amendment Security form Unwarranted Search and Seizure. **See Video Exhibit [CVe9]**

6.     On or about July 10, 2019, Andre-Atkins: El borrowed a 1998 Oldsmobile Bravado having Vin No. 1GHDT13W4W2711965, from Christopher-Cannon: Bey. The vehicle has been seized and has not been released because they cannot afford to pay the tow charges and storage fees involved. The Case No. 17-CM-001491 in THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT KANE COUNTY, ILLINOIS. Plaintiff(s) clearly violated U.S.A.R. Constitution's 4th Amendment as well as Public Law 111-74 Title 1.

7.     On March 30, 2017, President Christopher-Cannon: Bey was arrested, and charged with driving on a suspended license, fictitious license plates, no registration, operating an uninsured vehicle, improper lane usage, and failure to produce driver's license.  Illinois State police went to the tow yard while plaintiff was in custody and took license plates off plaintiff's conveyance without a court order and have failed to return the property even after all citations were dismissed. The Defendants(s) were in violation of U.S.A.R. Constitution's 4th Amendment, 5th Amendment, 11th Amendment, 13th Amendment and Public Law 111-74 Title 1. **See Exhibit [B2a] Dodge Charger Case Nolle**

8.     On October 20, 2018, President Christopher-Cannon: Bey sought remedy for the Chicago Streets of Sanitation taking of the Blue Ford Crown Victoria having Vin No. 2FAHP71W34X139336 and

License Plate No. MP 5905 MP, by filing case number 1:2019cv01857 in District Court. The Judge refused to move forward with the case without cause. **SEE EXHIBIT [B3a]**

9.    On June 5, 2017, Leslie Andre- Atkins: El was arrested by Trooper Hage an Illinois State police officer and jailed for driving on a suspended driver's license, improper display of license plates, no valid registration, and operating uninsured vehicle. Again, Leslie Andre-Atkins: El driver's license and state issued license plates were taken and the vehicle impounded without a court order or due process of law. This case was dropped.

10.    On September 08, 2017 Christopher Cannon Bey while in Chicago to take care of some business, Chicago police Officer Bochenski wrote him a citation under 9-80-220 and on it in the description he stated false registration, plates Gov. USAR Gov. The issue is not the fact that he wrote a citation but the fact that he also unscrewed and took the license plates without a court order or the Plaintiffs having their day in court. No one can take private property without just compensation or due process of law. The citation written by officer does not apply.  It is for someone who has a false or altered temporary plate. The plates on Plaintiffs Conveyance were not Illinois temporary plates but state issued license plates on a state law enforcement conveyance owned by a government entity. No Illinois statute authorizes a Chicago police officer to take property belonging to another government entity. The License Plates were taken by Officer Bochenski without a warrant. **SEE EXHIBIT [B4f]**

11.    On September 20, 2017, Dexter-Johnson: Bey was just leaving a store from making a purchase. While walking through the shopping center he was stopped by police and asked for identification which he provided officers, i.e., his U.S.A.R. Driver's license. He then was arrested for false

informing failure to identify.  The law, false informing failure to identify applies to someone who is driving and gives false information to police.  Dexter-Johnson: Bey was just walking out of a store. This again shows why this honorable court must Order this Injunction to protect the rights of the People from unconstitutional acts committed daily by Defendants.  **SEE VIDEO EXHIBIT [C3-Ve3], [C5-Ve5]**

12.    On 1/25/2020 Christopher-Cannon: Bey was driving a green Honda CRV and was stopped by Chicago police.  The Chicago police wrote Christopher-Cannon: Bey two ticket citations one for driving on a suspended driver's license the other for not having a valid vehicle registration.  The Chicago police had the vessel towed to the auto pound on Doty Ave.  When Christopher-Cannon: Bey had court July 15, 2020 prosecutors nolle the case.  Christopher-Cannon: Bey asked for the vessel to be returned the court said he would have to obtain an attorney.  On July 15, 2020 Christopher-Cannon: Bey called Auto pound 6 on Doty Ave. to ask about his vessel the tow yard informed Christopher-Cannon: Bey that the vessel had been disposed of June 18, 2020.  **See Video Exhibit [CVe12] and Exhibit [B5a], [B5b], [B5c]**

13.    On September 3rd, 2020, at approximately 10:20P.M., Damien- Holmon: Bey while traveling east on Randolph Street in Chicago, Illinois near Oak Park, Illinois failed to notice a stop sign which was obscured by tree cover.  After passing through the intersection of Randolph and Euclid Mr. Homan: Bey was stopped by the Defendants, Oak Park Police officers. Damien- Holmon: Bey provided his United States of America Republic driver's license to the Defendants who requested Identification.  Mr. Homan: Bey also provided his United States of America Republic work Identification card and a copy of the United states of America Republic Charter.  The Defendants, after reviewing the documents given to them by Damien- Homan: Bey, stated that the documents

presented to them by Damien- Homan: Bey were fraudulent and not recognizable. Damien-Homan: Bey recited the code to 625 ILCS from his handbook but the Defendants ignored all his attempts to educate the Defendants on the Illinois Statute in respect to this matter. The officers proceeded to arrest Damien- Homan: Bey and removed the United States of America Republic lawfully issued License Plate from his vehicle and next had the vehicle towed and impounded. Damien-Holmon: Bey also attempted to open a checking account with Chase Bank using his U.S.A.R. Driver's License and was denied because of his U.S.A.R. issued Identification. Damien later filed a complaint with Chase Bank. **See Exhibit [D1a], See Exhibit [A2a1], See Exhibit [A4g]**

14.    On September 3, 2019 at about 10 am, Courtney-Williamson: Bey went to the bank with Kenrick-Allen: Bey. Kenrick was the driver and Courtney was on the passenger side of the vehicle. It was a very busy day, both a line inside the bank and a line outside the bank through the drive through. Courtney attempted to walk inside but decided because of time to go through the drive through. The representative spoke through the speaker, business as usual to both Kenrick and Courtney. Lovely greeting. Kenrick asked for a withdrawal slip. Courtney received withdrawal slip and sent it back with both bank card and driver's license, "that I always present". They continue to wait as they have been waiting for some time now, 10:28 am; A police officer came to the car on the driver's side asking who by the name: Courtney-Williamson: Bey. Courtney stated as to who she was. The police officer explained that the id was fake because it was cut off on the side. Police asked if Courtney had any other ID. Courtney did not have another id at the time but that she could go get one. Police officer stated that she would be at the bank all day. If Courtney could bring back another form of id, she could get that id and bank card back. Courtney attempted to ask for a business card from the police officer/security however, the officer refused and covered up her

name tag (putting her hand across her chest), where the name would be visible.  At this time

Cortney and Kenrick kindly drove off as they were free to do.  **See Exhibits [A2a12], [A2a13],**

**[A2a14], [A2a15]**


### III

### JURISDICTION AND VENUE


15.    If there is no proper jurisdiction or venue, then no lawful or legal trial can be held, therefore, all rights

revert to the People (Self-government with Sovereign Authority).  This is where The United States of

America Republic Constitution clearly proves its purpose.  When government officials supersede their

jurisdiction, or deny lawful due process, redress, recourse and remedy, "At Law", then they are the true

criminals, and are traitors to the Constitution and treaties to which they are bound by law and from whence

they derive any Power or Authority at all!  This is where the Supreme Law of the Land comes into effect.


**Basis for Jurisdiction**

16.    Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can

be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or

treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a

citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship

case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

17.    28 U.S. Code § 1333.   The district courts shall have original jurisdiction, exclusive of the courts of the

States, of:

    a.   (1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other

        remedies to which they are otherwise entitled.

    b.   (2) Any prize brought into the United States and all proceedings for the condemnation of property

        taken as prize.

18.    The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws,

or Treaties of the United States.


19.    28 U.S.C. § 1331.        Federal question

20.    28 U.S.C. § 1332.        Diversity of Citizenship


## Basis for Federal Question

21.    UNITED STATES Constitution: Article 1, Section 8, Commerce Clause, 4th Amendment, 13th

Amendment, 14th Amendment

22.    Title 28 U.S.C. § 1331, Title 28 U.S.C. § 1332 Title 18 § 1951, 42 § 1982, 83, 85) Violation of 14th

Amendment Due Process and Equal Protection under the Law.  Violation of Commerce Clause, Clayton

Act and the Hobbs Act

### *If the Basis for Jurisdiction Is Diversity of Citizenship:*

23.    Moorish's American Nationals of the United States of America Republic, are not citizens of the Union

States Society, but are the natural people of the Continental United States, "U.S.A." being Part and Partial

of the U.S. Federal Government to which the Union States is obligated.  The Constitutions of the two

nations, in conjunction with treaties, are the working tools for adjudication in jurisdictional argument,

procedures and venue.  The United States of America Republic Constitution is in Full alignment with U.S. Constitution.

## IV

## PARTIES

### PLAINTIFFS

24.  The People of The United States of America Republic as a Class, et al.

THE UNITED STATES OF AMERICA REPUBLIC, PRESIDENT CHRISTOPHER-CANNON: BEY

### DEFENDANTS

25.  City of Chicago, City of Chicago Mayor Lori Lightfoot, City of Chicago Police Department, Officer Guzman, Thomas Dart Cook County Sheriff, Markham Court, Judge Thomas Carroll Court room 204, BRENDAN F. KELLY, Director Illinois State Police, DAVID O. BROWN, Chief of Chicago police, Cook County Judge Thaddeus L. Wilson, Illinois Governor J.D. Pritzger, Illinois Secretary of State Jesse White, Cook County President Toni Prekwinkle

26.  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at Stake– is more than $75,000, not counting interest and costs of court.

All charges relevant to "per count", "per violation", unless otherwise specified.

USRSF041509, **See Exhibit [A4a] Fee Schedule, See also Schedule B True Bill**

## V

## LEGAL STANDARD

27.    "To obtain a preliminary injunction, the movant must establish that: (a) it is likely to succeed on

the merits; (b) it is likely to suffer irreparable harm in the absence of preliminary and permanent

relief; (c) the balance of equities tips in its favor; and (d) an injunction is in the public interest."

Am Jur 2d Highways Streets and Bridges §228, citing, Town of Ridgefield v Eppoliti Realty Co,

Inc. 71 Conn. App 321, 801 A 2d 902; State v Mayo 106 Me 62, 75 A 295; see also Williamson v

Garrigus 228 Ark 705, 310 SW 2d 8.

28. The Defendants are in direct violation of The 18th Amendment of the U.S.A.R. Constitution, Title 1

USRC Public Law 1631 Protection of Government Property – Real Property, Public Law 111-1636

Protection of Government Property -- Personalty, Public Law 111-1638 Embezzlement of

Government Property, Public Law 111-1640 Knowing Conversion, Public Law 111-1641 "Sell,

Convey and Dispose of Government Property Without Authority" and Public Law 116-02A

Repatriation Sections 1-4 which has resulted in irreparable harm to the Plaintiff(s) and has caused

imbalances of equity and negatively effects the public interest. Plaintiff(s) believes that the

permanent relief will balance the equities and be in the highest public interest.


29.    The Morocco Treaty of Peace and Friendship of 1787 was superseded in 1836 ART. 2.  This is

where the permanent allegiance of Moorish Americans to the United States of America government

stems.

30.    Defendants are continually denying the Plaintiff's right to use their Titles of Nobility by

arresting them for giving false or fictitious names.  These acts by the Defendants violate 1933

Resolution 75 (Religious titles).

31.    The right of the United States of America Republic and its Moorish Nationals and citizens to

transport their property through Illinois is loaded by Stat. 625 ILCS 102 it exempts certain drivers

from the driving laws of the State of Illinois.

32.    The Morocco Treaty of Peace and Friendship of 1787 which was superseded in 1836, between

Moorish and Christian Powers

## ART. 2.

**If either of the parties shall be at war with any nation whatever, the other shall not take a**

**commission from the enemy, nor fight under their colors.**

33.    The permanent allegiance of Moorish Americans to the U.S. government comes from Article 2

of the Morocco Treaty of Peace and Friendship of 1787 which was ratified in 1836.  The Moorish

Americans permanent allegiance to the U.S. Federal government is not permanent as in forever, but

permanent as of the meaning given in Title 8 Aliens and Immigration Act.

(31) The term "permanent" means a relationship of continuing or lasting nature, as distinguished

from temporary, but a relationship may be permanent even though it is one that may be dissolved

eventually at the instance either of the United States or of the individual, in accordance with law.

**See Title 8 USC 1481**

(a) A person who is a national of the United States whether by birth or naturalization, shall lose

his nationality by voluntarily performing any of the following acts with the intention of

relinquishing United States nationality-

(2) taking an oath or making an affirmation or other formal declaration of allegiance to a foreign

state or a political subdivision thereof, after having attained the age of eighteen years; or **See.**

**Exhibit [A3b] State oath**

(4)(A) accepting, serving in, or performing the duties of any office, post, or employment under

the government of a foreign state or a political subdivision thereof, after attaining the age of

eighteen years if he has or acquires the nationality of such foreign state; or (B) accepting, serving

in, or performing the duties of any office, post, or employment under the government of a

foreign state or a political subdivision thereof, after attaining the age of eighteen years for which

office, post, or employment an oath, affirmation, or declaration of allegiance is required; or

(b) Whenever the loss of United States nationality is put in issue in any action or proceeding

commenced on or after September 26, 1961 under, or by virtue of, the provisions of this chapter

or any other Act, the burden shall be upon the person or party claiming that such loss occurred,

to establish such claim by a preponderance of the evidence.  Any person who commits or

performs, or who has committed or performed, any act of expatriation under the provisions of

this chapter or any other Act shall be presumed to have done so voluntarily, but such

presumption may be rebutted upon a showing, by a preponderance of the evidence, that the act or

acts committed or performed were not done voluntarily.

34.      The Moorish American people have Re-established their Free National Government.  Those

Moorish Americans who do not repatriate back under the Constitutional fold of their free

National Government will be classified as undesirables.  Moorish Americans having their own

Free National Government would now make the 14th and 15th amendment of the Federal

Constitution obsolete and would place all Moorish American people who did not repatriate back

to their Constitutional Government into a position of stateless persons and even more so,

refugees. **See. Title 8 USC 1481  Clause (42):** The term refugee means (a) any person who is

outside any country of such person's nationality or in the case of a person having no nationality,

is outside any country in which such person last officially resided, and who is unable or

unwilling to return to, and is unable or unwilling to avail himself or herself of the protection of,

that country because of persecution or a well-founded fear of persecution on account of race,

religion, nationality, membership in a particular social group, or political opinion.

35.      Material to this Injunction victims whose property was obtained in their free exercise was

engaged in, and describe commercial activities, in interstate and foreign commerce and an

industry which affects interstate foreign commerce.  That on different dates in  Chicago and

across America, police and other law enforcement across the country are unlawfully obstructing,

delaying  and affecting, and have obstructed, delayed and affected, commerce as that term is

defined in Title 18, United States Code, Section 1951, and the movement of articles and

commodities, being drivers licenses, license plates and vessels of the United States of America

Republic in such commerce has been taken  by extortion, as that term is defined in Title 18,

United States Code, Section 1951, in that the defendant did obtain and obtain (tangible or

intangible property) the property of the United States of America Republic,  victimizing Moorish

American people with a connection to interstate commerce) with Moorish American people

consent having been induced by the wrongful use of actual and threatened force, violence and

fear, including fear of economic harm, in that the defendant did (describe defendant's wrongful

use of force, violence or fear).

36.      Both travel within and between states is protected. Eggert et al v City of Seattle 81 Wn 2d

840, citing King v New Rochelle Municipal Housing Authority, 314 F. Supp. 427 (S.D.N.Y.

1979); Karp v Collins, 310 F. Supp. 627, (D.N.J. 1970); see also Moen v Erlandson 80 Wn 2d 755; Frazer v Shelton 320 Ill. 253

37.      The United States Supreme Court has repeatedly articulated the fundamental principle that "the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty. "Williams vs Fears 179 U.S. 270, 21 S. Ct.128; see Papachristou vs Jacksonville, 405 U.S. 156, 164, 92 S. Ct. 839; Kent vs Dulles, 357 U.S. 116, 126, 78 S. Ct. 1113; see also Johnson vs City of Cincinnati 310 F.3d 484, 6th Cir. 2002 (Constitution protects right to travel locally through public spaces and roadways).

38.      Moorish American Citizens are clearly exempt from needing Illinois driver's licenses, registrations, or plates according to Illinois state laws. See. (625 ILCS 5/6-102) (From Ch. 95 1/2, par. 6-102) below.

39.      (625 ILCS 5/6-102) (From Ch. 95 1/2, par. 6-102) Sec. 6-102.  What persons are exempt? The following persons are exempt from the requirements of Section 6-101 and are not required to have an Illinois driver's license or permit if one or more of the following qualifying exemptions are met and apply:

40.      A nonresident who has in his immediate possession a valid license issued to him in his home state or country may operate a motor vehicle for which he is licensed for the period during which he is in this State.  We must also take in consideration that Exclusion.  No certificate of title need be obtained (625 ILCS 5/3 102) (from Ch. 95 1/2, par. 3 102), Sec. 3 102. Exclusions.

41.      No certificate of title need be obtained for:

A.      A vehicle owned by the State of Illinois; or a vehicle owned by the United States unless it is registered in this State;

28

B.      A vehicle owned by a manufacturer or dealer and held for sale, even though incidentally moved on the highway or used for purposes of testing or demonstration, provided a dealer reassignment area is still available on the manufacturer's certificate of origin or the Illinois title; or a vehicle used by a manufacturer solely for testing;

C.      A vehicle owned by a nonresident of this State and not required by law to be registered in this State;

D.      A motor vehicle regularly engaged in the interstate transportation of persons or property for which a currently effective certificate of title has been issued in another State.

42.     Illinois State Laws, Are Clear on the Issue at Hand

(625 ILCS 5/6-101) (From Ch. 95 1/2, par. 6-101), Sec. 6-101. Drivers must have licenses or permits.

(a)      No person, except those expressly exempted by Section 6-102, shall drive any motor vehicle upon a highway in this State unless such person has a valid license or permit, or a restricted driving permit, issued under the provisions of this Act.

43.          (625 ILCS 5/6-102) (From Ch. 95 1/2, par. 6-102)     Sec. 6-102.  What persons are exempt?  The following persons are exempt from the requirements of Section 6-101 and are not required to have an Illinois driver's license or permit if one or more of the following qualifying exemptions are met and apply:

29

A.)     A nonresident who has in his immediate possession a valid license issued to him in his home state or country may operate a motor vehicle for which he is licensed for the period during which he is in this State;

"There are Similar Exemption Laws in Every State". **See Exhibit [A4c] Cannon: Bey, Holmon: Bey, Johnson: Bey.**

44.     (625 ILCS 5/4-102) (from Ch. 95 1/2, par. 4-102). Offenses relating to motor vehicles and other vehicles - Misdemeanors.

(a) It is a violation of this Chapter for:

(1) A person, without authority to do so, to damage a vehicle or to damage or remove any part of a vehicle;

(2) A person, without authority to do so, to tamper with a vehicle or go in it, on it, or work or attempt to work any of its parts, or set or attempt to set it in motion;

(3) A person to fail to report a vehicle as unclaimed in accordance with the provisions of Section 4-107.    (b) Sentence. A person convicted of a violation of this Section shall be guilty of a Class A misdemeanor.  A person convicted of a violation of this Section a second or subsequent time, shall be guilty of a Class 4 felony.  (Source: P.A. 86-1209.)

45.     15 ILCS 335/1A Clearly states what acceptable Identification is. U.S.A.R. Driver's Licenses are in complete alignment with this statute.

46.     Any citizen of the United States who commits robbery or murder or other acts of hostility against the United States or citizens thereof on the high seas under color of commission

from any foreign prince or state, or under pretense of authority from any person, is declared a

pirate, and punishable. **See Title18 § 1651- 1657 Piracy under Laws of Nations**.

47.     At international law, piracy can be committed on dry land.

The conclusion is not intuitive, but it is textually open on the treaty law. True, both the UN

Convention on the Law of the Sea 1982 (Article 110(1)) and the Geneva High Seas Convention

1952 (Article 15(1)) define piracy as including any:

    a.   "illegal acts of violence or detention ... committed for private ends by the crew or the

        passengers of a private ship ... and directed: ... on the high seas, against another ship".

        This basic definition clearly contains a geographic limitation: "on the high seas".

    b.   However, both treaties create three separate offences, all called piracy. The definition

        above is only one of these. Let us call it "Piracy 1".

    c.   The third "piracy" offence ("Piracy 3") under treaty law includes "inciting or ...

        intentionally facilitating" any act constituting Piracy 1 (UNCLOS, Article 101(3); High

        Seas Convention, Article 15(3)). The words of geographic limitation ("on the high seas")

        only appear in the definition of Piracy 1. They do not appear at all in Piracy 3.

48.     Thus, the words "on the high seas" simply do not govern the "inciting or ... intentionally

facilitating" offence if one reads the treaty law – and a US Court should. The holding in US v

Dire (US Court of Appeals, 4th Circuit, 23 May 2012, p. 41) appears to be that the content of the

crime of "piracy by law of nations" is defined by the modern treaty law, although it did not rule

on the "inciting or ... intentionally facilitating" offence directly.

49.      "Moorish Americans" are nationals of the United States. Title 8 U.S. Code § 1101 –

Definitions. (21) the term "national" means a person owing permanent allegiance to a state. **See.**

**Exhibit [A3b] U.S.A.R. State Oath**

50.      (22) The term "national of the United States" means (A) a citizen of the United States, or

(B) a person who, though not a citizen of the United States, owes permanent allegiance to the

United States. **The act of congress of April 14, 1802, (2 Stat. 153, c. 28, § 1; Rev. St. § 2165,)**

provides that "an alien may be admitted to become a citizen of the United States in the following

manner, and not otherwise.  First.  He shall, two years at least prior to this admission, declare

before a proper court his intention to become a citizen of the United States, and to renounce (56

F. 578) his allegiance to the potentate or sovereignty of which he may be at the time a citizen or

subject.  Second.  He shall, at the time of his application to be admitted, declare, on oath, before

some one of the courts above specified, that he will support the constitution of the United States,

and that he absolutely and entirely renounces and abjures all allegiance and fidelity to every

foreign prince, potentate, state, or sovereignty; and particularly, by name, to the prince,

potentate, state, or sovereignty of which he was before a citizen or subject, which proceedings

shall be recorded by the clerk of the court.  Third.  It shall be made to appear to the satisfaction

of the court admitting such alien that he has resided within the United States five years at least,

and within the state or territory where such court is at the time held one year at least, and that

during that time he has behaved as a man of a good moral character, attached to the principles of

the constitution of the United States, and well-disposed to the good order and happiness of the

same; but the oath of the applicant shall in no case be allowed to prove his residence."

51.      7 FAM 1284 PREREQUISITES FOR A FINDING OF LOSS FOR POLICY-LEVEL

EMPLOYMENT WITH THE GOVERNMENT OF A FOREIGN STATE

(CT: CON-285; 03-06-2009)

a. INA 349(a) (4) (8 U.S.C. 1481(a)(4)) establishes two separate and distinct prerequisites, one of which must be satisfied before a particular type of government employment can be considered potentially expatriating.

b. INA 349(a) (4) (A) provides for loss of nationality by a person who has or acquires the nationality of the foreign state after attaining the age of 18.

c. 9(a) (4) (B INA 34) provides for loss of nationality by a person who accepts a position for which an oath of allegiance is required for that employment after attaining the age of 18.

d. A person may obtain a position with a foreign government without risk of loss of U.S. nationality if neither prerequisite applies; that is, after attaining the age of 18 he or she does not:

(1) Possess the nationality of the foreign state; or

(2) Take an oath of allegiance to the foreign state.

e. Section 401(d) NA contains the single prerequisite that the employment be employment for which only nationals of the foreign state are eligible. The individual must be a national of the foreign state. Employment must be restricted to nationals of the foreign state; if an alien may hold such a position, even if none were actually employed, the employment is not a potentially expatriating act. **See** United States of America Republic Constitution Article one which States;

52.        The Vessel/ward-ship [: CHRISTOPHER CANNON:] Ex Relatione Christopher-Cannon: Bey;

Title 1 Criminal Code General Provisions Section 9. Vessel of the United States of America Republic defined:

The term "vessel of the United States of America Republic", as used in this title, means a vessel belonging in whole or in part to the United States of America Republic, or any National, or citizen thereof, or any corporation created by or under the laws of the United States of America Republic, or of any Province, State, Territory, or possession thereof. **See Exhibits [A3a-A3c], [A4a- A4i]** Also **see. www.Usarlaws.info Title 1 Criminal Code General Provisions Section 9** General Provisions Vessel of the United States of America Republic defined:

Acts 9:15 King James Holy Bible

But the Lord said unto him, "Go thy way, for he is a chosen vessel unto Me, to bear my name before the Gentiles and kings and the children of Israel.

53.       A permanent injunction is warranted where the movant demonstrates: "(1) a clearly ascertained right in need of protection, (2) irreparable injury in the absence of an injunction, (3) no adequate remedy at law, and (4) a likelihood of success on the merits of the case." Clinton Landfill, Inc. v. Mahomet Valley Water Auth., 406 Ill. App. 3d 374, 378 (4th Dist. 2010) (quoting Mohanty v. St. John Heart Clinic, S.C., 225 I11.2d 52, 62 (2006)). The named Plaintiffs easily satisfy each of these requirements.

         A.       Plaintiffs' and Plaintiff Class Members' Fundamental Right to Liberty Is a Clearly Ascertained Right in Need of Protection.

54.       Plaintiffs allege that their detention constitutes a deprivation first and foremost of their right to pretrial liberty and Due Process. The right to physical liberty of a presumptively innocent person is a fundamental right. See, e.g., United States v. Salerno, 481 U.S. 739, 750 (1987) (recognizing the "fundamental nature" of "the individual's strong interest in liberty"); Hamdi v. Rumsfeld, 542 U.S. 507, 529-30 (2004) (describing the interest in being free from

physical detention by one's own government as "the most elemental of liberty interests"); Forbes

v. Perryman, 244 F. Supp. 2d 947, 949 (N.D. Ill. 2003)  ("The government may not interfere with

the fundamental liberty interests of an individual, such as his interest in physical freedom, unless

its actions are narrowly tailored to meet a compelling state interest.").

      C.     Plaintiffs have a clearly ascertained right to liberty in need of protection.

55.      Plaintiffs and Plaintiff's Class Members Will Suffer Irreparable Constitutional Harm If

This Court Does Not Issue this Injunction and They Have No Adequate Remedy at Law.

"The second and third elements of the permanent injunction standard are closely related" because

"irreparable harm, occurs only where the remedy at law is inadequate." Happy R Sec., LLC v.

Agri-Sources, LLC, 2013 IL App (3d) 120509, ¶ 36 (internal quotations omitted).

56.      A remedy at law is inadequate where monetary damages cannot adequately compensate

the Plaintiffs injury and the injury cannot be measured by pecuniary standards.  This is precisely

the case for the Plaintiffs and Plaintiff's Class members here because it is clear that money

cannot make up for the loss of freedom inherent in **[constitutionally improper]** incarceration."

Faheem-El v. Klincar+93g`, 600 F. Supp. 1029, 1041 (N.D. Ill. 1984). See also Pinzon v. Lane,

675 F. Supp. 429, 435 (N.D. III. 1987) (finding that Plaintiff Class members had no adequate

legal remedy where deprivation of their liberty in violation of the Due Process Clause was at

stake); C.J. v. Dep't of Human Services, 331 III. App. 3d 871, 891 (1st Dist. 2002) Without

intervention from this Court, the Plaintiffs and their class of similarly situated Moorish

Americans of the United States of America Republic may continue to be unlawfully detained,

Moorish American Citizens they represent will continue to suffer the serious and irreparable

harm of being jailed. Imprisoning Moorish Americans – indeed thousands of United States of

America Republic Citizens - in jail in violation of fundamental constitutional rights is undoubtedly an irreparable harm to the individual's body and mind. "Freedom from imprisonment — from government custody, detention, or other forms of physical restraint — lies at the heart of the liberty that [the Due Process] Clause protects." Zadvydas v. Davis, 533 U.S. 678, 690 (2001); Foucha v. Louisiana, 504 U.S. 71, 80 (1992) ("Freedom from bodily restraint has always been at the core of the liberty protected by the Due Process Clause from arbitrary governmental action."); C.J. v. Dep't of Human Services., 331 Ill. App. 3d 871, 879 (1st Dist. 2002) ("The Supreme Court has recognized that the State's confinement of an individual for any purpose significantly infringes on that individual's liberty and requires due process protection.").

Illinois courts recognize that "transgressions of a continuing nature" constitute irreparable harm. Witter v. Buchanan, 132 Ill. App. 3d 273, 292 (1st Dist. 1985); Tierney v. Vill. of Schaumburg, 182 Ill. App. 3d 1055, 1060 (1st Dist. 1989). Here, Plaintiffs and members of the Plaintiff Class are presumptively innocent persons who are continuously jailed for indeterminate durations of time. Even one additional night in jail is a harm to a person that cannot be later undone, but it is not uncommon for members of the Plaintiff Class to languish in jail pretrial for many days or months. As such, Plaintiffs and the Plaintiff Class are suffering irreparable harm. See, e.g., C.J. v. Dep't of Human Servs., 331 Ill. App. 3d 871, 891 (1st Dist. 2002) ("Plaintiffs imprisonment, if constitutionally improper, constitutes irreparable harm."); Swaney v. Elrod, 386 F. Supp. 1138, 1144 (N.D. Ill. 1975) See. [Exhibit]

57.      Barker v. Wingo, 407 U.S. at 520-21, 532-33, 92 S.Ct. at 2187, 2193 (footnotes omitted). The cost to the state is minimal. An additional guard when witnesses are requested, and prompt revocation hearings, when requested, does not appear to be excessive burdens. As stated in

Barker, when a person is unfairly incarcerated, the public pays a high price. **See. Exhibit [A1b]**

**Cannon: Bey Proof of incarceration**.

58.       The CHICAGO POLICE, STATE POLICE AND THE CITY OF CHICAGO

DEPARTMENT OF STREETS AND SANITATION and their agents, assignees, officials,

officers, corporate employees, etc., is a party to this matter by police Officer Guzman Star

#17279 acting under the color of law and authority pursuant to Title 18 USC § 241, Title 18 USC

§ 242, Title 18 USC § 1951, Title 42 § 1983, Title 42 § 1982 by unlawfully stopping Moorish

National(s) while exercising their Inalienable rights to travel with their State issued Driver's

License and State issued License Plate from traveling upon the public Highway, by right, which

police cannot make void.  These police actions constitute arrests without a 4th Amendment

warrant or proper Delegation of Authority of Federal Jurisdiction. State v. Armstead, 60 s 778,

779, and 781.

59.       The powers which may be exercised by cities organized under the Cities and Villages act

are enumerated in section 1 of article 5 of that act (par. 65 of chap. 24 of the Revised Statutes,)

as amended. This section consists of one hundred and one clauses, many of which refer to

powers to be, exercised regarding streets, alleys and public grounds.  The only two material to be

considered here are clauses 7 and 9, which confer power: 'Seventh -- To lay out, to establish,

open, alter, widen, extend, grade, pave or otherwise improve streets, alleys, avenues, sidewalks,

wharves, parks and public grounds, and vacate the same, and for such purposes or uses to take

real property or portions thereof belonging to said city or village and already devoted to a public

use when such taking will not materially impair or interfere with the use already existing and is

not detrimental to the public.  To regulate the use of the same."

60.         Automotive vehicles are lawful means of conveyance and have equal rights upon the

streets, with horses and carriages. (Christy v. Elliott, 216 Ill 3I; Ward v. Meredith, 220 id, 6h;

Indiana `springs co v. Brown, 165 Ind. 465; Shinkle v. McCullough 116 Ky.960.) Many cases

have been decided respecting   the validity and construction of statutes and ordinances regulating

their use upon public highways, and it has been uniformly held that the State, in the exercise of

the police power, may regulate their speed and provide other reasonable rules and restrictions as

to their use. Commonwealth v. Kingsbury, 199 Mass.542; Christy v. Elliott, supra; State v.

Swagerty, 203 Mo, 517; State v. Mayo, 106 Me. 62. Driven by indifferent, careless or

incompetent operators these vehicles may be a menace to the safety of the traveling public, and it

has been held that under its authority to regulate the use of the streets a city may enact

ordinances which may diminish this danger, and for this purpose may regulate the speed of

automobiles and repress their careless management. City of Chicago v. Kluever. 257 Ill. 317;

People v. Schneider, 139 Mich. 673; Commonwealth v. Kingsbury, supra; Brazier v.

Philadelphia. 215 Pa. St 297

61.         Rules of Evidence Rule 902, U.S. Code 28 § 1738.

State and Territorial statutes and judicial proceedings; full faith and credit

The Acts of the legislature of any State, Territory, or Possession of the United States, or copies

thereof, shall be authenticated by affixing the seal of such State, Territory or Possession thereto

62.         The RICO ACT § 1961 Definitions sections 15811592, 1951, 2312, 2313, 2314, and

2315 are being violated on a continuous basis by the Defendants and video exhibits and

affidavits of the Plaintiffs reflect this fact.

63.         Timbs v. Indiana, No. 17-1091.  The Supreme Court has previously ruled that the Eighth

Amendment, which bars "excessive fines," limits the ability of the federal government to seize

property, and has now ruled that it applies to states, as well.


# VI
# ARGUMENT


614.        Plaintiffs Are Likely to Succeed on the Merits of Their Constitutional and Statutory

Claims.  The Balance of the Equities and the Public Interest Factors Also Weigh in Favor of an

Injunction.  The Injunction Should Provide Full Relief to the United States of America Republic.

   A.     Detention Based on lack of officer's knowledge of the United States of America

          Republic Authority as well as state's driving exemption laws.  Law enforcement

          officers across the country Violates Basic Equal Protection and Due Process Laws

          and Constitutes Constitutional Violations as well as infringes on the rights of the

          Moorish American People and impedes the rights of the United States of America

          Republic Right to interact as well as to conduct intrastate and interstate

          commerce.

   B.     The existence of a public highway creates a public easement of travel which

          permits the general traveling public to use the highway at will.  All persons have

          an equal right to use highways for purposes of travel by proper mean, and with

          due regard for the corresponding rights of others.

C.    Without intervention from this Court, the Plaintiffs and their class of similarly situated Moorish Americans of the United States of America Republic may continue to be unlawfully detained, Moorish American Citizens they represent will continue to suffer the serious and irreparable harm of being jailed. Imprisoning Moorish Americans – indeed thousands of United States of America Republic Citizens - in jail in violation of fundamental constitutional rights is undoubtedly an irreparable harm to the individual's body and mind. "Freedom from imprisonment — from government custody, detention, or other forms of physical restraint — lies at the heart of the liberty that [the Due Process] Clause protects.

65.      This is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth.

66.      Moorish Americans of the United States of America Republic are a part and parcel of the U.S. federal government and are the Descendants of Moroccans born in America and are the true allies whom the United States Federal government entered Treaty agreements.

67.      The Expatriation Act of 1868 was an act of the 40th United States Congress regarding the right to renounce one's citizenship. It states that "the right of expatriation is a natural and inherent right of all people" and "that any declaration, instruction, opinion, order, or decision of any officers of this government which restrict, impair, or question the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government". [1] Its intent was to counter other countries' claims that U.S. citizens owed them allegiance; it was an explicit rejection of the feudal common law principle of perpetual allegiance. This in essences would be forcing Plaintiffs into involuntary servitude in violation of the 13th Amendment also violating

many other laws of the United States and not fulfilling their ministerial duties in violation of the

ADMINISTRATIVE PROCEDURE ACT as officers of the United States Citizenship and

Immigration Service working for the United States.  Plaintiffs even showed the U.S.C.I.S.

officers their own  U.S. Citizenship and Immigration Services Briefing Books which states

Legislative Agenda: Avoiding Statelessness through Renunciation of U.S. Citizenship in the

United States Section 349(a)(6) of the Immigration and Nationality Act (INA) (8 U.S.C. §

1481(a)(6)) provides that a citizen of the United States may renounce his citizenship by "making

in the United States a formal written renunciation of nationality in such form as may be

prescribed by ... the Attorney General, whenever the United States shall be in a state of war and

the Attorney General shall approve such renunciation as not contrary to the interests of national

defense."

68.         "The President and the Chairman of the United States of America Republic are in power

to make Law and enforce laws with the assistance of the Legislature.  The Judicial Power shall

extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United

States of America Republic and Treaties made, or which shall be made under their Authority

shall be the Supreme Law of the Land; and only a Moorish National shall be eligible to the office

of President, or any office in the Executive, Legislature, or Judicial branch of the United States

of America Republic.  The Vice President is to assist the President in all affairs if he lives

according to Love, Truth, Peace, Freedom, and Justice; and it is known before the Moorish

Nationals and Citizens of the United States of America Republic.

69.         The Moorish American People of the United States of America Republic are Foreign

State Citizens and allies to the U.S. Federal Government.  The Moorish American People of the

United States of America Republic are the Foreign State Citizens mentioned in Article III of the

U.S. Constitution and being such are protected by the Constitution of the United States Federal government. The Moorish American People of the United States of America Republic fell from the Constitutional Fold of government, but they have now returned under the Constitutional fold of a Free National Government. Supreme Court Chief Judge Taney in the Dred Scott case was Right, when he stated, "a black man has no rights a white man is bound to respect". The so-called Negro, colored, black and African American people have no constitution and therefore have no political rights a white man is bound to respect. This is a much different scenario for the Moorish American People of the United States of America Republic with a Free National Constitution and because of that fact every judge who has taken an oath to uphold the Constitution of the United States has also taken an oath to uphold the Constitution of the United States of America Republic See. Article VI U.S. constitution, which states:

70.     All Debts contracted, and Engagements entered, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

71.     This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding.

72.     Every nation must bear a national descent name of their forefathers, because honoring thy fathers and thy mothers, your days will be lengthened upon this earth. Negro, colored, Black and African American. These names have never been recognized by any true American citizens of this day. Moorish Americans through our free national name we are known and recognized by all nations of the earth that are recognized by said national government in which they live. The 14th and 15th Amendments brought the North and South in unit, placing the Southerners who

were at that time without power, with the constitutional body of power. And at that time, 1865, the free national constitutional law that was enforced since 1774 declared all men equal and free, and if all men are declared by the free national constitution to be free and equal since that constitution has never been changed, there is no need for the application of the 14th and 15th amendments for the salvation of the Moorish American people and citizens.

73.     So, there is not but one supreme issue for the Moorish American people and citizens to use to redeem that which was lost, and that is through the above statements. Then the lion and the lamb can lie down together in yonder hills. And neither will be harmed, because Love, Truth, Peace, Freedom and Justice will be reigning in this land. The United States of America Republic will be one of the greatest civilized and prosperous governments of the world, but if the above principles are not carried out by the citizens and the Moorish American people and citizens in this government, the worst is yet to come, because the Great God of the Universe is not pleased with the works that are being performed in North America by the Moorish American people and this great sin must be removed from the land to save it from enormous earthquakes, diseases, etc.

74.     And I, the President of the United States of America Republic, do herein believe that this administration of the government being more wisely prepared by more genius citizens that believe in their free National Constitution and laws and through the help of such classes of citizens. I, the President of the United States of America Republic, truly believe that the Moorish American people have found the true and divine way of their forefathers, and they are learning to stop serving carnal customs and merely ideas of man, that have never done them any good, but have always harmed them.

75.     So, I, President of the United States of America Republic, am hereby calling aloud with a Divine plea to this honorable court to issue this writ of prohibition and restraining order which

will be the key to all true American citizens to help me to remove this great sin which has been committed and is being practiced by my people in the United States of America, because they know it is not the true and Divine way and without understanding they have fallen from the true light into utter darkness of sin, and there is not a nation on earth today that will recognize them socially, religiously, politically or economically, etc. in their present condition of their endearment in which they themselves try to force upon a civilized world, they will not refrain from their sinful ways of action and their deeds have brought Jim-Crowism, segregation, and everything that brings harm to human beings on earth. They fought the Southerner for all these great misuses, but I have traveled in the South and across this country and I have examined conditions here, and it is the works of the Moorish American people continuously practicing the things which bring dishonor, disgrace, and disrespect to any nation that lives the life. That is why I am hereby filing for this National Injunction and Restraining Order to help me in my great missionary work to bring my people out of darkness into marvelous light.

76.      The Peace and Friendship Treaty 1787 superseded by Peace Treaty 1836 The Morocco Treaty of Peace and Friendship of 1787 which was ratified in 1836, between Moorish and Christian Powers are the longest unbroken treaty to which the United States is party. This treaty is between Moorish Powers, their ancestral successors, and foreign Christian Powers, not to be confused with the Moroccan Citizens inhabiting North Africa; this was under French and Spanish Control up until 1956. The original inhabitants of Morocco were of Moorish descent. Morocco/ the Great Maghreb al Aqsa is North America and heartland of the Moorish Empire.

77.      The original flag of Al Moroc / Amexem or American Flag is The Moorish Flag, which is over 10,000 years old. The Moorish Flag is a red flag with a five- pointed green star in the center that represent love, truth, peace, freedom, and justice which are the highest principles

44

known to man.  The Moorish Flag also known as the American Flag is The National Flag of The Moorish American People who are the National Citizens of the United States of America, who maintain a National Republic form of Government.

78.      The Moorish American flag was returned to those of Moorish decent in 1913 by Head of State and Prophet, Noble Drew Ali.  The Moorish flag/American Flag is different from the Kingdom of Morocco flag which has a green interlaced pentangle, red background, representing, hardiness, bravery, strength and valor, while the green represents love, joy, wisdom, peace and hope, the color of Islam, seal of Solomon and five branches or pillars of Islam.

79.      Even though these two flags are similar in nature they are not the same.  The Moorish National Standard of the Moorish American People of The United States of America Republic represents a people of Moorish descent.  The Kingdom of Morocco Flag does not.  We as the Moorish American people claim our original inheritance and enforce all the provisions provided by the original Treaty of Peace and friendship of 1787 between Moorish and Christian powers. Superseded by the Treaty of Peace and Friendship of 1836.

80.      The Peace and Friendship Treaty of 1836 although does not reflect in it the term "Moroccan" or reflect that it is a treaty with Moroccans, or Moroccan Citizens from the Kingdom of Morocco, but still reflects protections for Moors.  To this date the Moroccan Citizens of the kingdom of Morocco do not refer to themselves as Moorish or Moors.

81.      There are no records or Proof that exists of the Moorish American People ever expatriating their citizenship to Morocco.  The inheritance, provision, and position were never abandoned by original Moors or their ancestral successors.  The Moorish American Nationals are descendants of Moroccans born in America.

82.     The United States of America Republic and its Moorish American Nationals and Citizens are the true ancestral successors of the U.S.A. / Morocco Treaty of Peace and Friendship.  The Long-term success of the partnership which emerged from this said treaty should be between the Christian powers and The Moorish powers of The United States of America.

83.     WHEREAS, I Christopher H- Cannon: Bey President of the United States of America Republic do hereby duly notify the United States, that as the Commander and Chief of this Sovereign Nation State of Moorish American Nationals, serve the United States Legal Notice that I am Ordering the full Enforcement of the Peace and Friendship Treaty of 1836 between our Nations.

84.     WHEREAS, I Christopher H- Cannon: Bey President of the United States of America Republic Demand that the United States honor all Treaty Agreements and other Constructive arrangements made by Our States according to their Original Spirit and intent concluded by their successors.

85.     I, Christopher H-Cannon: Bey President of the United States of America Republic fulfill my duties to interpret and apply international law, for the purposes of the executive power to conduct the nation's foreign relations and constitutional powers of the United States of America Republic National Government.

### 1.  U.S. Citizenship Status of Moorish Americans

#### a.  Citizenship / Interstate Commerce

1.  In accordance with the laws passed by congress there's no way for the United States, or government officials of any State to prove that Moorish Americans are U.S. citizens unless they can show that the Moorish American people; 1) followed

all the prerequisites of congress to become U.S. citizens and 2) that the Moorish American people Expatriated their Citizenship from Morocco.

2.  The objective and effect of the Chicago police, therefore, obstructs inter-state commerce. The discrimination between the property of citizens of one state and that of citizens of other states is the practice of Color of Law. Moorish American Nationals are Foreign State Citizens to the Union States. Moorish Americans of the United States of America Republic, being a National Government, distinguishes Moorish Americans who have proclaimed their citizenship, and their citizenship transcends State Boundaries. Thus, placing Moorish American Nationals firmly in the reach of Federal Jurisdiction. Inter-state transportation of passengers is beyond the reach of a state legislature. If there is state taxation of persons passing from one state to another, or a state tax upon interstate transportation of passengers, it is prohibited by the United States Constitution because a burden has been placed upon the passengers. A fortiori is only possible, if there is a state tax upon the carriage of merchandise from state to state. Transportation is essential to commerce, or rather it is commerce itself; and every obstacle to it, or burden laid upon it by legislative authority, is regulation.

3.  The Statutes are nothing more than exertions of police power. President Christopher-Cannon: Bey cannot concur with the police power of the States. A State cannot obstruct foreign commerce or inter-state commerce beyond the necessity of its exercise. Under color of law, the State's objectives to regulate

47

inter-state commerce are not within its scope and cannot be secured at the expense
of the protection afforded by the Federal Constitution. The States exercising such
power encroaches upon the Federal Constitution of the United States, and it is the
duty of the courts to guard vigilantly against any needless intrusion.

4. Neither the unlimited powers of a State to tax, nor any of the States' police
powers can be exercised to such an extent as to work a practical assumption of the
powers properly conferred upon Congress by the Constitution and / or Interstate
Commerce. Many acts of a State may indeed affect commerce without additional
regulations in the constitutional sense of the term, and it is sometimes difficult to
define the distinction between that which merely affects or influences that which
regulates or furnishes a rule for conduct. There is no such difficulty in this case.
The United States of America Republic, without hesitation, admits that States
may pass laws for the protection of life, liberty, health or property and sanitary
laws within its borders, and States may not inhibit or restrict the laws of
commerce otherwise.

5. Whatever may be the nature and reach of the police powers of a state, its'
authority cannot be exercised over a subject confided exclusively to Congress by
the United States Constitution. The States' authority cannot invade the domain of
the Federal government. Whenever the statute of a state invades the domain of
legislation which belongs exclusively to the Congress of the United States, it is
void, no matter under which powers it may fall, or how closely allied it may be to

powers that belong to the states.  Neither the unlimited powers of a state to tax, nor any of its large police powers, can be exercised to such an extent as to work a practical assumption of the powers properly conferred upon Congress by the Constitution.

### b.  Driver's Licenses

1.  Chicago and other Municipal and State Police officers are routinely disregarding Driver's Licenses issued by the United States of America Republic when they are presented to them by Moorish American Nationals and citizens as a form of Identification.

2.  The term travel is a broad term having two legally distinguishable meanings. One being the statutory definitions listed herein which specifically clarifies, that commercial travel is accomplished when a person undertakes to deliver, using a public highway, that which has been purchased, and accepts a fee for such delivery.  The other, being normal everyday use, as discussed above, by way of traveling public roads to connect oneself with the community.  As the Plaintiff points out, traveling the highways is not based on the commerce clause.

3.  The right to travel is a right applicable to intrastate as well as interstate Commerce.  In as much as the right to travel is not based on the commerce clause, it does not depend on the interstate nature of travel.  Rights such as

the right to travel which involve personal liberty are not dependent on state lines.

4. The Chicago Police are not upholding the statute, and by their actions, they violate due process and equal protection under the law of the State of Illinois.  Contrary to the Statute and against the peace and dignity of the Moorish American Nationals and citizens of the United States of America Republic, when a law is put in place for the protection of the public and denied to a certain class of people, it creates onerous liabilities.  The Chicago police are overstepping the laws that are put in place for the protection of the rights of United States Citizens to travel freely from state to state unobstructed.

5. No person can be denied the right to travel solely because of his or her having a driver's license issued by a foreign country or state.  Nonetheless, the Defendants in this case routinely impose citations and penalties on Moorish American Citizens for violations of state law, but in their efforts to enforce the states laws, officers and troopers violate state laws and Constitutional secured rights of Moorish American Citizens.  The towing of vehicles, the taking of license plates and driver's licenses without a judgment or court order are clear Constitutional violations of the 4th and 5th Amendments.  The arresting of  Nationals without making inquiries or investigations concerning the lawfully and legally issued state driver's licenses, registrations and plates is not lawful.  As a direct consequence,

Defendants' are routinely being incarcerated, Vessels towed, levied and private property confiscated.

### c. Vessel/ Vehicle Titles

The Plaintiff, United States of America Republic has issued Lawful Titles to its vehicles which it has a right to do. All the aforementioned Moorish American Nationals and citizens were traveling in vehicles owned by the United States of America Republic and the Vessel/ Vehicle Titles reflect that fact.

### d. Employment Credentials

In more recent cases, United States of America Republic Employment Credentials have been confiscated by the Defendants' Municipal police officers. The Employment Credentials were never returned to the Moorish American Nationals and citizens. The Defendants' Municipal police did not have any legal or lawful reason for confiscating the lawfully issued Employment Credentials.

### e. Vessel / Vehicle Registrations

The Defendants' Municipal police have been frequently presented with Vessel / Vehicle Registrations issued by United States of America Republic. In many cases, the Municipal Police Officers ignore the Registration documents and are treated as frivolous or fraudulent.

### f. License Plates

**Unconstitutional and Illegal Application of Illinois's Statute by law enforcement:**

When the Judicial Defendants take license plates, tows vessels / vehicles at their own discretion, make legal determinations of lawfully issued State driver's licenses, registrations, and State plates; the officers are in clear violation of the due process clause. The Defendants repeatedly act as law enforcement officers and judges, first by saying that a driver's license, registration, and State plates are not real, i.e., fictitious. This is not the officers' job to determine; instead, his jurisdiction is clear, and Illinois Statutes are even more clear. Next, the officers are acting as judges imposing a punishment for a crime, he thinks may have been committed even though Illinois statutes are clear on who is exempt from the driving laws. Defendants act as judges and order lawfully registered conveyances towed, even though Illinois State law says they are exempt. When law enforcement officers disobey state laws specifying who is exempt from the states' driving laws and confiscating of driver's licenses, license plates and the towing of vessels/ vehicles of a foreign nation, these acts can only be regarded as acts of **_commercial piracy_**.

2. **Unlawful Arrests and Imprisonment**

a. According to these laws which are in every state, the States' law enforcement officials are clearly denying equal protection under the law.

b. Moorish American Nationals and Citizens are being arrested solely because the Defendants' lack of knowledge and due diligence of the laws they have taken an oath to uphold and enforce. We must remember ignorance of the law is no excuse.

c. The results are devastating for those who are unable to make bond or bail. Presumptively innocent people are forced to languish in the County Jails in Illinois and other states for days, months, or even longer. Other state citizens and even foreigners with foreign driver licenses are similarly situated in every respect, except that they are not being discriminated against for being Moorish Americans and therefore are free to return home to their families, free to continue their travels or job responsibilities and are free to travel on the same roads and highways safely.

d. Defendant's actions violate the longstanding and fundamental principles of our legal system which provide for equal justice for all regardless of their race or national origin. The named Plaintiffs and the many similarly situated other members of the Plaintiff class are and will continue to be subjected to detention and confiscation of private property, because of a lack of knowledge of Illinois state law by Defendants. Specifically, Plaintiffs seek a permanent injunction preventing Defendants Brendan F. Kelly and David O'Neil Brown from continuing to detain Moorish Americans with U.S.A.R. Driver's Licenses, license plates and registrations legally and lawfully issued by the United States of America Republic. The practice of jailing Moorish Americans solely because of

their efforts to exercise self-determination, autonomy, and the right to conduct commerce as a Nation, has no place in a legal system committed to equal justice. The aforementioned has a devastating effect on lawfully orchestrated commerce of an established Nation.

e.      This case is about the violation of state laws occurring in multiple states, across the country where Certificates of Authority have been issued by the Secretary of State, which is the fourth highest seat in state government.  **See Exhibits [A5c]** Indiana Charter, Illinois Corporation Affidavit, Maryland Certificate of Authority, Michigan Certificate of Authority, and Georgia Certificate of Authority.  The Certificates of Authority issued to the United States of America Republic to conduct Her business affairs unmolested is undeniable and as the violation of Constitutional secured rights by law enforcement officials nationwide to regulate Her Commercial activities.

f.   Moorish American People are being routinely denied Equal Protection and Due Process under the Law.  Law enforcement officers as a matter of custom and law routinely violate unalienable rights of Moorish American Citizens of the United States of America Republic.  A host of other collateral consequences has ensued because of these unlawful practices.  The devastating and ongoing injuries inflicted on Plaintiffs and members of the Plaintiff class, must be stopped as soon as possible.  The State cannot interfere with the Moorish American People's right to interact or engage in interstate commerce, individually and collectively

amongst themselves or their right to do commerce with the UNITED STATES OF AMERICA REPUBLIC.   **See Exhibit [CVe2] Video, Exhibit [CVe9] Video**

g.   Moreover, even a few days in jail can have devastating consequences in a person's life, such as the loss of a job or the inability to arrange safe alternate care for minor children. It also exposes arrestees to the risk of unsanitary and unsafe conditions.  The County Jails and especially Cook County jail— the largest jail in Illinois and the third largest in the nation — is notorious for its overcrowded and dangerous environment, which causes concerns for the Plaintiffs, which Defendant's ultimately forces Moorish Americans to risk all of these additional harms simply because police refuse to follow State laws.  The United States of America Republic was created to protect and secure the rights of Moorish American Nationals and citizens by bringing them under the Constitutional Fold of a Free National Government.  The Plaintiffs should not have to and will not attempt to avoid the Defendants in the free exercise of Plaintiffs rights, or Plaintiffs Class' rights in this case.  **See. Exhibit [A1b] Cannon Bey Complaints** filed in cook county jail.

## 3.  Towing Vessels / Vehicles

a.   As distinguished from piracy, privateering is lawful warfare upon public enemies. The distinction between acts of privateering and acts of piracy is the distinction between captures jure belli under control of government authority and for the benefit of a political power organized as a government de jure or de facto, and mere robbery

on the high seas committed by motives of personal gain like theft or robbery on the land. Any capture by one who has been duly commissioned by a nation at war to capture boats of the enemy is justified under the law of nations. Even though there were irregularities in granting a privateer's commission, if it was received and acted under in good faith, it will ordinarily be viewed in a court of a neutral nation as a competent protection against the imputations of general piracy. Although a defective commission acted upon in good faith may protect the crew of a vessel from the consequences attaching to the offense of piracy, by the general law of nations, if the defects in the commission are such as, connected with the insubordination and predatory spirit of the crew. It is sufficient to justify the captors for bringing in the vessel for adjudication. A commission which appears to have been issued under the authority of a republic composed of the inhabitants of a portion of the dominions of another country who are maintaining a contest for independence with the mother country is sufficient protection to a privateer, even though the republic is not acknowledged by other governments as an independent nation. In such a case, the courts must respect the belligerent rights of both parties, and do not treat as pirates the cruisers of either, so long as they act under and within the scope of their respective commissions. However, a commission from an alleged government which is unknown, and which consists of a few rebels without any governmental organization will not be viewed as having the effect of making one acting under it a legitimate privateer. By treaty it has sometimes been provided that citizens, subjects, or inhabitants of the countries of the contracting parties are prohibited from taking from any prince or state with which the other shall be at war any commission or letter of

marque for arming any ship or vessel to act as a privateer against the subjects of the other, and that if any person of either nation shall take such commissions or letters of marque, he shall be punished as a pirate. If one operating as a privateer under a commission from a belligerent discard the belligerent character and assumes a piratical character, he becomes liable for all acts of piracy he commits thereafter. A privateer's commission is no justification of a capture animo furandi and not jure belli. Such a transaction is not belligerent capture, but robbery on the high seas. Thus, a person having a lawful commission is authorized to cruise by himself and to cruise in company with others having lawful authority. It does not authorize him to associate with pirates or any unlawful depredators on the high seas. If he does so, he departs from his commission and assumes a new character which such commission does not authorize, and his acts become those of pirate.

b. The Constitution of the United States in the broadest terms grants to Congress power to define and punish piracy and felonies committed on the high seas, and offenses against the law of nations. Pursuant thereto, Congress has provided for the punishment of any person who on the high seas commits a crime of piracy as defined by the law of nations. This is without doubt a sufficient exercise of the constitutional power vested in Congress to "define and punish" piracy, since piracy is by the law of nations defined with reasonable certainty to be robbery on the high seas. To define piracy in the sense of the Constitution is merely to enumerate the crimes which shall constitute piracy, and this may be done either by reference to crimes having a technical name and determinate extent or by detailed enumeration of the acts upon

which the punishment is inflicted.  Congress has also declared a sailor who lays violent hands upon his commander, thereby hindering and preventing his fighting in defense of his vessel or goods entrusted to him, and those who, while engaged in a piratical cruise or enterprise, or being members of any such crew or enterprise, land from the vessel and commit robbery on the shore, to be pirates and subject to life imprisonment.

c. Nonetheless, it makes perfect sense both that one can facilitate piracy without ever going out onto the high seas and that any such act of facilitation should be punishable as piracy. (Although separate, and rather technical, question might be the precise relationship between the "inciting or ... intentionally facilitating" treaty language and national modes of participation in crime such as aiding and abetting.)

d. Oddly enough, though, this point of treaty interpretation is mentioned nowhere in the literature that I am aware of, with the honorable exception of Robin Geiss and Anna Petrig's Piracy and Armed Robbery at Sea (Oxford, 2011, p. 64).

## 4. Falsifying Court Records

The Defendant(s) have falsified Court records and citations to reflect an outcome that would cast a shadow on the actual arrest of President Cannon: Bey.  **See Exhibit [B5a]**

### "The power and authority of municipal and county governments"

86.        The City of Chicago is organized under the general Cities and Villages Act. It has no

inherent powers. It is thoroughly settled and too well known to require the citation of any

authority that in the State of Illinois, cities are creatures of the legislature and derive all their

powers only from the statutes which the legislature enacts.  To authorize the exercise of any

power by a city a statute must be shown expressly granting the power or making a grant in such

terms as necessarily imply its existence.  The absence of such grant excludes the power.  Statutes

granting powers to municipal corporations are strictly construed and a reasonable doubt of the

existence of the power must be resolved against it.  The cities, in exercising the power granted to

it by the legislature, acts as the agent of the State and the legislature may at any time change its

agent and by another statute provide that the power previously exercised by the city shall be

exercised by some other agency.  There is no disagreement about these statements of the law.

The Defendants cannot deny that the legislature has ever authorized cities to prohibit the

operation on their streets of motor vehicles or busses as common carriers of passengers, and aver

that if it ever has done so the power has been withdrawn by the Public Utilities Act.


87.        The legislature may prohibit by general law the operation of automotive vehicles upon

the public highways of the State and it may delegate to the cities in the State the power to

prohibit such operation within the respective cities.  It has not done either in the State of Illinois.

The city has therefore never had the power to prohibit the operation of automotive vehicles on

the city streets.  It has the power, under clause 9 of section 1 of article 5 of the Cities and

Villages act, to regulate the use of the streets by automotive vehicles but not to prohibit the use

of the streets by them.  Regulation is inconsistent with prohibition or exclusion.  While it is

within the power of the legislature to prohibit the use of the public highways of the State by

motor busses, yet until the enactment of a law prohibiting or regulating their use, they are lawful vehicles and means of conveyance, and have an equal right with omnibuses drawn by horses, trucks and other lawful conveyances, to operate upon the public highways upon compliance with the local ordinances prescribing regulations for their use of the highways, lawfully adopted by the several municipalities in which they operate. (G. R. G. H. M. Ry. Co. v. Stevens, 219 Mich. 332.) Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience. Where one undertakes, however, to make a greater use of the public highways for his own private gain, as by the operation of a stage coach, an omnibus, a truck or a motor bus, the State may not only regulate the use of the vehicles on the highway but may prohibit it. A municipality can do so only under a power expressly granted by the State. Ex parte Dickey, 76 W. Va. 576. To date there is no statute that gives Authority to the City of Chicago to take property of another government entity.

88.        Illinois Constitution is clear in order for the State of Illinois to govern anyone; the State of Illinois must have the Consent of those it governs. In this case the Moorish American people of the United States of America Republic have Renounced any allegiance to the State of Illinois or any other State. The State of Illinois has a high presumption to overcome that Moorish Americans cannot reside in any State, or live under any government they so choose, [see 14th amendment U.S. Constitution] especially a Free National Government created for the Moorish American people, by the Moorish American people, of the Moorish American people.

89.        I President Cannon: Bey of the United States of America Republic love my people and I desire their unity and mine back to their own free National and Divine standard because day by

day they have been violating the National and Constitutional Laws of their Government by

claiming names and principles that are unconstitutional. If Italians, Greeks, English, Chinese,

Japanese, Turks, and Arabians are forced to proclaim their free national name and religion before

the constitutional government of the United States, it is no more than right that the law should be

enforced upon all other American citizens alike. In all other governments when a man is born

and raised there and asked for his national descent name and if he fails to give it, He is misused,

imprisoned, or exiled. Any group of people that fail to answer up to the constitutional standards

of law by name and principles. To be a citizen of any government you must claim your national

descent name. By so doing they place their trust upon issue and names formed by their

forefathers.

90.      Whenever any form of government becomes destructive of these ends, it is the Right of

the People to alter or abolish it and to institute a new government laying its foundation on such

principles and organizing its powers in such form as to them, shall seem most likely to affect

their safety and happiness.

### United States of America Republic National Government

91.      United States of America Republic's, Authority comes from Allah, and being a Lawfully

Chartered National Government that leads back to a National Standard (Flag) and National

Citizens, recorded at the Secretary State of Indiana on April 14, 2015, which re-established The

United States of America Republic, a De Jure National Government. On August 1, 2016 at 2:

52p.m. The United States of America Republic incorporated under the Illinois 805 Religious

Corporation Act, making it a Corporate Body Politic; and under and by such virtue of Ch. 32, par. 164, Sec. 35 and Sections 46a, 46b, 46c, 46d, 46e, 46f, 46g, 46h, "An Act Concerning Corporations," approved April 18, 1872, and the (church, congregation or, society or trustees) adopted as the corporate name, "UNITED STATES OF AMERICA REPUBLIC", as a pure and clean Nation. **See Exhibits [A5a], [A5a1], [A5c], [A5d]**

92.         The United States of America Republic is the highest of Authority according to the law of God. See Romans 13, The United States of America Republic is a National Government with a much larger jurisdiction and citizenry than any one State, County, or municipal government. As stated above city governments as well as county governments are created by state legislature and they have no inherent rights. They are not created by organic law and must subject themselves to the higher power of the United States of America Republic National Government or be in violation of the ordinance of God. The United States of America Republic is in full alignment and compliance with the law of God. The United States of America Republic National Government is Ordained of God.

Mark 10:9 1599 Geneva Bible (GNV)

93.         Therefore, what God hath coupled together, let not man separate.

94.         The Moorish American People's Religion is "Islamism".

95.         Moorish Americans are Moslems and for Moorish American Moslems there is no separation between church and state.

Acts 7:48 1599 Geneva Bible (GNV)

96.         Howbeit the Most High dwelleth not in temples made with hands, as saith the Prophet,

1 Corinthians 6:19 1599 Geneva Bible (GNV)

19 [a] Know ye not, that your body is the temple of the Holy Ghost, which is in you, whom ye
have of God? and [b]ye are not your own.

97.         This would mean that each one of us is the Church, the Church not built by human hands.
Therefore, again showing that Church and State are not separate but one even though this shows
that Church and State are not separate but one they still must operate separately.  The natural law
teaches us everything the Creator has created has a duality, night and day, front and back, up,
and down, and good and bad.  The way we have been taught in church God is good, Satan is bad.
In all actuality Satan mean adversary.  Man is his own best opponent in a contest or conflict he
must learn to defeat his fear, his weakness, his down faults, and short comings.  Man is his own
greatest adversary.  Man is God and Satan all in one.  He changes which one he will be day by
day; at any time, he can become either one.  When he learns how to master his lower self he
elevates back to his higher self and consciousness with his Creator and becomes God.  In Other
words, he has no lower self-vibrations his every thought is on high.  He vibrates ever so fast.
Man is created to evolve, he is created to solve problems, to organize, to create, to change, to
investigate, to challenge and to study but the number one thing man was created for was to host.
That is right man was created to host.  It is the body of man whom the Creator chose to host his
Spirit to constantly grow and be reborn again and again.  The changing of man's mind is the
changing of Mans Self, his character, and his actions.


Ephesians 2:19-22 1599 Geneva Bible (GNV)

98.      19 Now therefore ye are no more strangers and foreigners: but citizens with the Saints, and of

the household of God. 20 And are built upon the foundation of the Apostles and Prophets, Jesus

Christ himself being the chief cornerstone, 21 In whom all the building coupled together, growth

unto an holy Temple in the Lord. 22 In whom ye also are built together to be the habitation of

God by the Spirit.


Holy Koran 10:16

99.      A man's ideal is his God, and so as man unfolds his God unfolds, man's god today,

tomorrow is not God.

100.      Under the First Amendment, all people have the absolute right to whatever religious

beliefs they wish. "It is only when they attempt to practice their beliefs that the government may

impose restrictions.  However, those restrictions must be reasonable.  Opportunities must be

afforded to all the Moorish American People of the United States of America Republic, to

exercise their religious freedom guaranteed by the First and Fourteenth Amendments without

fear of penalty."


101.      In deciding whether the Moorish American People of the United States of America

Republic religious rights are being violated the court will first determine whether the Moorish

American People in fact have a sincerely held belief that is religious in nature.  If the court finds

that this is the case, it will then apply the relevant constitutional standard to determine whether the restriction in question is constitutional.

102.     The courts, in deciding whether the Moorish American People of the United States of America Republic's beliefs are entitled to First Amendment protection, will determine whether the beliefs are (1) sincerely held, and (2) religious in nature. "If the court has found that the Moorish American People of the United States of America Republic's beliefs are sincere and religious in nature, it will then determine to what constitutional protection they are entitled."

### *Sincerity of Belief*

103.      In determining whether Moorish Americans religious beliefs are entitled to First Amendment protection, the first inquiry is the sincerity of these beliefs. "The court will ask whether your beliefs occupy a meaningful place in your life." A number of factors may be considered: whether you have adhered to these beliefs in the face of threats of punishment by police officials," whether you adhered to them before you entered prison,'" and whether your behavior in general is consistent with the beliefs you profess to hold."' (If police officials try to show you are not sincere because you have used drugs, committed violent acts, or otherwise violated tenets of your religion, the court should take into mind that no one is perfect and that being a sinner does not mean that you cannot be a sincere believer."')

### Are the Beliefs Religious in Nature?

104.         Whether particular beliefs are religious in nature has often perplexed the courts.

Religion has been defined as an individual's sincere belief, even though not theistic in nature,

"based upon a power or being, or upon a faith, to which all else is ultimately dependent."' Belief

in the existence of a God is not critical to whether a particular set of beliefs is a religion.

However, one does not have a right to devise a religion in order to obtain concessions from

police officials,'" nor to use it to disrupt society.  The courts, in considering a claim involving a

"non-traditional" religious belief or practice, will look to the familiar religions as models in order

to ascertain, by comparison, whether the new set of ideas or beliefs is confronting the same

concerns, or serving the same purposes, as unquestioned and accepted 'religion.


105.         In determining whether a particular set of beliefs is a religion, a court is not authorized to

examine the content of the particular beliefs to determine its truth or falsity but only to determine

whether the beliefs asserted are, or are not, a religion."'  The Third Circuit has used a three-

pronged test in asking this question."'  First, does the particular set of beliefs address

fundamental and ultimate questions having to do with, among other things, life and death, right

and wrong, and good and evil".  (**See Exhibit [D1], [A5d],[A3b]**) Second, is the particular set of

beliefs comprehensive in nature or just a "number of isolated, unconnected ideas?" **See Exhibit**

**[A3b], [A5d], [A4c]** "Third, does the particular set of beliefs present certain formal and external

signs?"  Under the third prong, the court will examine your religion to determine whether it has a

formal structure similar to a regular church, such as hierarchy of members, ministers, etc.; (**See**

**Exhibit [A5d] USAR Constitution Article 1 and Preamble)**  whether it holds services or some

type of ceremony; (**See Exhibit [Continental Congress Assembled, U.S.A.R. Public Law 111-**

**74])** and whether the beliefs are in concrete form (like a Holy Koran or some other religious books)." **See Exhibit [D1]**

106.         The courts may not find your beliefs to be non-religious simply because they are not consistent with those of other members of the religion or with orthodox interpretations of it.'" Thus, in it cannot be denied that different levels of observance exist among the world's Jews. But the fact that some Jews do not object to shaving, or that others accept the distinction between shaving and cutting, does not defeat the plaintiff's claim.  It is the religious belief of the Moorish American people of the United States of America Republic that is asserted, not anyone else's. The Court need not and should not attempt to determine whether a religious tribunal would hold that the tenets of the Moorish American's religion do not require petitioner to adhere to his preferred level of observance. He need not show that his religious practice is absolutely mandated to receive constitutional protection."'

107.          Nor are the beliefs of the Moorish American People non-religious because Plaintiff's are "struggling" with Plaintiff's position or because Plaintiff's beliefs "are not articulated with the clarity and precision that a more sophisticated person might employ.

108.         Once the court has determined that the beliefs of The Moorish Americans of the United States of America Republic are religious in nature, it will apply one of the constitutional tests to determine what protection The Moorish Americans of the United States of America Republic are entitled to.

In deciding religious restriction cases, the courts have stated the constitutional standard for the free exercise of religion in several ways.  Most have stated that restrictions will be upheld "only when [they] serve an important governmental objective and 'the restraint on religious liberty is

reasonably adapted to achieving that objective, that restrictions must be "reasonably and substantially justified by considerations and order, and in a form substantially warranted.

109.      Moorish Science Temple of America Divine Constitution ACT 6. Year 1926

110.      With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and a parcel of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways.  The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North western and South Western shores of Africa.

**Subjects of Commerce or Traffic**

111.      Now, the following are truths which a knowledge of the history of the world, and particularly of that of our own country, compels us to know — that the African negro race never have been acknowledged as belonging to the family of nations; that as amongst them there never has been known or recognized by the inhabitants of other countries anything partaking of the character of nationality, or civil or political polity; that this race has been by all the nations of Europe regarded as subjects of capture or purchase; as subjects of commerce or traffic; and that

the introduction of that race into every section of this country was not as members of civil or political society, but as slaves, as property in the strictest sense of the term.

112.     Hannah Arendt, Chief Justice Earl Warren and others have observed that without a nationality, a person has no "right to have rights" (Blitz and Sawyer 2011, 289; Price 2012, 56).

### United States of America Republic Constitution Article VI, Year 2015

113.     With us all Moorish Nationals and Citizens must proclaim their Nationality and we are Conferring Our People their Nationality and their divine creed, that they may know that they are a part and a parcel of the United States of America Republic, and are not Negroes, Colored Folks, Black People, or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery; but this is a new era of time now, and all men now must proclaim their free National name to be recognized by the Government in which they live and the nations of the earth; this is the reason why Allah the great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways.  The Moorish Americans are the descendants of the ancient Moabites who inhabited the North Western and South Western shores of Africa.  **See Exhibit [D1] The Holy Koran, Chapter 47**

114.     The Moorish Science Temple of America is an Established Religious Institution for over a Century.  The Holy Prophet Noble Drew Ali is the last Prophet of these days and Times and is the founder of The Moorish Science Temple of America.  Noble Drew Ali stated, "The Moorish

69

Science Temple of America started off as a civic organization." The foundation of the religion is Civics, which teaches government and how to be good citizens. The honorable Prophet then states, "I took what I brought you and enshrouded it in religion" The Holy Prophet Noble Drew Ali was teaching the Moorish American People that Morality and politics are very closely intertwined.

115.      The Holy Prophet Noble Drew Ali stated "I left my foot prints clear only a fool can err" President Christopher-Cannon: Bey obeying the lessons and teaching of The Holy Prophet Noble Drew Ali Re-establishes the United States of America Republic National Government, which is Divinely created and lead by ALLAH for the fulfillment of the prophecies of the Holy Prophet Noble Drew Ali who stated "In the two thousands the Moors are going to come into their own." Today we now know the Prophet was talking about our own National Government.

Deuteronomy 18:15-19 1599 Geneva Bible (GNV)

116.      15 ¶ The Lord thy God will raise up unto thee a [a] Prophet like unto me, from among you, even of thy brethren: unto him ye shall hearken.  16 According to all that thou desiredst of the Lord thy God in Horeb, in the day of the assembly, when thou saidest, Let me hear the voice of my Lord God no more, nor see this great fire anymore, that I die not.  17 And the Lord said unto me, they have well spoken.  18 I will raise them up a Prophet from among their brethren like unto thee and will put my words in his [b]mouth, and he shall speak unto them all that I shall command him.  19 And whosoever will not hearken unto my words, which he shall speak in my Name, I will [c]require it of him.

117.      Noble Drew Ali was born In the State of North Carolina, 1886 he spoke our tongue. President Cannon: Bey was awakened when he heard the voice of the Honorable Prophet Noble

Drew Ali in 2010 speaking to him saying "follow my footsteps my son Allah has chosen you for a great task" the Honorable Prophet Noble Drew Ali stated "My sheep know the sound of my voice; a stranger will not follow." President Cannon: Bey follows the Holy Prophet Noble Drew Ali; there can be no question, on his loyalty and faith in the Holy Prophet.

118.      The Holy Prophet Noble Drew Ali stated "If the Europeans and other nations are helping me, why not you.  It is your problem.  The Negro problem is being solved only as it can, and that is by the Moorish National Movement.  If you have a nation you must have a free national name in order to be recognized by this nation as an American citizen.  This is what was meant when it said, "Seek ye first the kingdom of Heaven and all these things would be added unto you." Today the Moorish American People know our problems are our own because of our transgressions of the Law of the One Most High and for the Moorish American People to once and for all achieve salvation on earth, the Moorish American People would have to listen not only to the Prophet whom Allah sent to them, but most importantly, to obey the Laws given them by the Creator.

Deuteronomy 17:15-19 1599 Geneva Bible (GNV)

119.      15 Then thou shalt make him King over thee, whom the Lord thy God shall choose: from among thy brethren shalt thou make a King over thee: thou [a]shalt not set a [b]stranger over thee which is not thy brother. 16 In any wise he shall not prepare him many horses, nor bring the people again to [c] Egypt, for to increase the number of horses, seeing the Lord hath said unto you, Ye shall henceforth go no more again that way.  17 Neither shall he take him many wives, lest his heart [d]turn away, neither shall he gather him much silver and gold.  18 And when he shall sit upon the throne of his Kingdom, then shall he write him this [e]law repeated in a books, by the [f] Priest of the Levites.  19 And it shall be with him, and he shall read therein all days of

his life, that he may learn to fear the Lord his God, and to keep all the words of this Law, and these ordinances to do them: 20 That his heart be not lifted up above his [a]brethren, and that he turn not from the commandment, to the right hand or to the left, but that he may prolong his days in his kingdom, he and his sons in the midst of Israel.

120.     The Nationals and Citizens of The United States of America Republic National Government, are the Moorish American People, a People of deeply-held religious convictions springing from the Holy Scriptures of the Holy Koran of the Moorish Science Temple of America and the Learning, Teachings and Truth of the Holy Prophet Noble Drew Ali.  The Holy Prophet Noble Drew Ali led his People back to the Principles and standards of their ancient forefathers' Free National Principles and Standards.  The Principles of Love, Truth, Peace, Freedom and Justice inspired concepts of civil government that are contained in our Declaration of Independence and Constitution of the United States of America Republic.  The Moorish American People now comprehend that as a Nation of People being Nationwide in scope, that to achieve peace and unity as a single harmonious Nation, there must be uniform Laws for the Nation.  The Constitution and Laws of the United States of America Republic are "the Rock on which our Republic rests."  The history of our Nation clearly illustrates the value of a Nation being able to create and pass its own Laws is beneficial to a Society to Enforce the Laws of the Nation.  This is not to remove or change The Moorish American People from voluntarily applying and extending the learning, teachings and truth of the Holy Koran of the Moorish Science Temple of America in the lives of individuals, families, or in their society as a nation of People.  We renew our knowledge of Law, Divine and National, and have faith in Our Universal Creator through Holy Scriptures of the Holy Koran of the Moorish Science Temple of America,

the Holy Bible and the Great Quran of Mohammed.  We honor all the divine Prophets Jesus,

Mohammed, Buddha and Confucius.  Therefore, the Constitution and Laws of the United States

of America Republic and of the aforementioned Holy Scriptures can only strengthen our nation.

The Moorish American Peoples' Religion is our way of life; the way of life for The Moorish

American People is governing.  To not issue this Injunction would place a heavy burden on the

free exercise of the Religion of the Moorish American People and their way of life.  Freedom of

Religion, the first Amendment protects the rights of the Moorish American People to practice it

as they believe.

121.         In 2014, the Court extended First Amendment protection to corporations' religious

freedom.  It said companies could disobey a law that violated their owners' religious beliefs.  In

Burwell v. Hobby Lobby Stores, Inc., the Court upheld Hobby Lobby's religious freedom.  The

company did not have to include contraception coverage in its health plans.  The Court said the

Affordable Care Act violated the firm's rights under the Religious Freedom Restoration Act.

122.         The Court said the corporations had the same rights under the Fourteenth Amendment as

people did.  The Fourteenth Amendment protects citizens from state actions.  It also affords all

citizens equal protection.  The state cannot discriminate against anyone in its enforcement of the

law. ...No State shall make or enforce any law which shall abridge the privileges or immunities

of citizens of the United States; nor shall any State deprive any person of life, liberty, or

property, without due process of law; nor deny to any person within its jurisdiction the equal

protection of the laws.

123.         The Fifth Amendment protects corporations from government actions to nationalize their

property.  ... nor be deprived of life, liberty, or property, without due process of law; nor shall

private property be taken for public use, without just compensation.

124.     The Moorish American People rely on the indisputable truths, that the States were by the Constitution made equals in political rights, and equals in the right to participate in the common property of all the States united, and held in trust for them.  The Constitution having provided that "The citizens of each State shall be entitled to all privileges and immunities of citizens of the several States," the right to enjoy the territory as equals was reserved to the States, and to the citizens of the States, respectively.  The cited clause is not that citizens of the United States shall have equal privileges in the Territories, but the citizen of each State shall come there in right of his State and enjoy the common property.  He secures his equality through the equality of his State, by virtue of that great fundamental condition of the Union and the equality of the States.

Deuteronomy 17:9-15 1599 Geneva Bible (GNV)

125.     9 And thou shalt come unto the Priests of the Levites, and unto the [a] Judge that shall be in those days, and ask, and they shall show thee the sentence of judgment, 10 And thou shalt do according to that thing, which they of that place (which the Lord hath chosen) show thee, and thou shalt observe to do according to all that they inform thee.  11 According to the Law, which they shall teach thee, and according to the judgment which they shall tell thee, shalt [b]thou do: thou shalt not decline from the thing which they shalt show thee, neither to the right hand, nor the left.  12 And that man that will do presumptuously, not hearkening unto the Priest (that standeth before the Lord thy God to [c]minister there) or unto the Judge, that man shall die, and thou shalt take away evil from Israel. 13 So all the people shall hear and fear and do no more presumptuously. 14 ¶ When thou shalt come unto the land which the Lord thy God giveth thee, and shalt possess it, and dwell therein, if thou say, I will set a king over me, like as all the nations that are about me, 15 Then thou shalt make him King over thee, whom the Lord thy God shall

choose: from among thy brethren shalt thou make a King over thee: thou [d]shalt not set a

[e]stranger over thee which is not thy brother.

126.        The Re-establishment of the Kingdom of God is the United States of America Republic

National Government and the Land we inhabit is America.  We have now followed the Law of

God and have done like all the surrounding nations.

### Moorish Science Temple of America Divine Constitution ACT 6.

127.        Allah the Great god of the universe ordained Noble Drew Ali, the Prophet to redeem his

people from their sinful ways.  The Moorish Americans are the descendants of the ancient

Moabites who inhabited the North western and South Western shores of Africa.

### (101's of the Moorish Science Temple of America by the Holy Prophet)

128.        Key 27.  Will you give in brief, the line (genealogy) through which Jesus came? Some of

the Great Fathers through which Jesus came are Abraham, Boaz by Ruth, Jesse, King David,

Solomon, Hezekiah and Joseph by Mary.

The Moorish Americans are the tribe of Judah

Rule 803. Exceptions to the Rule Against Hearsay

129.        (13) Family Records.  A statement of fact about personal or family history contained in a

family record, such as a Bible, genealogy, chart, engraving on a ring, inscription on a portrait, or

engraving on an urn or burial marker.

130.        Exception (13).  Records of family history kept in family Bibles have by long tradition

been received in evidence. 5 Wigmore §§1495, 1496, citing numerous statutes and decisions. See

also Regulations, Social Security Administration, 20 C.F.R. §404.703(c), recognizing family
Bible entries as Proof of age in the absence of public or church records. Opinions in the area
also include inscriptions on tombstones, publicly displayed pedigrees, and engravings on rings.
Wigmore, supra. The rule is substantially identical in coverage with California Evidence Code
§1312. **See. Exhibit [D3]** The 101's of the Moorish Science Temple of America and See **Exhibit
[D4]** The 101's of The United States of America Republic

Ruth 4:10-17 1599 Geneva Bible (GNV)

131.     Moreover, Ruth the Moabitess the wife of Mahlon, have I bought to be my wife, to stir up
the name of the dead upon his inheritance, and that the name of the dead be not put out from
among his brethren, and from the gate of his [g]place: ye are witnesses this day.

132.     11 And all the people that were in the gate, and the Elders said, We are witnesses: the
Lord make the wife that cometh into thine house, like Rachel and like Leah, which twain did
build the house of Israel: and that thou mayest do worthily in [h] Ephrathah, and be famous in
Bethlehem.  12 And that thine house be like the house of Perez (whom Tamar bare unto Judah)
of the seed which the Lord shall give thee of this young woman. 13 ¶ So Boaz took Ruth, and
she was his wife: and when he went in unto her, the Lord gave that she conceived, and bare a
son.

133.     14 And the women said unto Naomi, Blessed be the Lord, which hath not left thee this
day without a kinsman, and [i] his name shall be continued in Israel.

134.     15 And this shall bring thy life again and cherish thine old age: for thy daughter-in-law
which loveth thee, hath borne unto him, and she is better to thee than [j]seven sons.  16 And

Naomi took the child, and laid it in her lap, and became nurse unto it.  17 And the women her neighbors gave it a name, saying, there is a child born to Naomi, and called the name thereof Obed: the same was the father of Jesse, the father of David.

Congress has declared the bible "THE WORD OF GOD" Public Law 97-280- OCT. 4, 1982 96 STAT. 1211 97th Congress.

135.     The records and judicial proceedings of any court of any such State, Territory or Possession, or copies thereof, shall be proved or admitted in other courts within the United States and its Territories and Possessions by the attestation of the clerk and seal of the court annexed, if a seal exists, together with a certificate of a judge of the court that the said attestation is in proper form.

136.     Such Acts, records and judicial proceedings or copies thereof, so authenticated, shall have the same full faith and credit in every court within the United States and its Territories and Possessions as they have by law or usage in the courts of such State, Territory or Possession from which they are taken.  **See. Exhibit [A5c]**

137.     "Personal liberty -- consists of the power of locomotion, of changing situations, of removing one's person to whatever place one's inclination may direct, without imprisonment or restraint unless by due process of law."

138.     Justice Tolman was concerned about the state prohibiting the Citizen from the "most sacred of his liberties," the Right of movement, the Right of moving one's self from place to place without threat of imprisonment, the Right to use the public roads in the ordinary course of life. When the state allows the formation of a public corporation business, it may control its creation by establishing guidelines (statutes and charters) for its operation.  Companies that use

the roads in the course of business do not use the roads in the ordinary course of life.  There is a difference between a corporation and an individual.  The United States Supreme Court has stated.

139.         "The individual may stand upon his Constitutional Rights as a Citizen.  He is entitled to carry on his private business in his own way.  His power to contract is unlimited.  He owes no duty to the state or to his neighbors to divulge his business, or to open his Door to investigation, so far as it may tend to incriminate him.  He owes no such duty to the state, since he receives nothing there from, beyond the protection of his life, liberty, and property.  His Rights are such as the law of the land long antecedent to the organization of the state and can only be taken from him by due process of law, and in accordance with the Constitution.  Among his Rights are the refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under warrant of law.  He owes nothing to the public so long as he does not trespass upon their rights."

140.         "Upon the other hand, the corporation is a creature of the state.  It is presumed to be incorporated for the benefit of the public.  It receives certain special privileges and franchises and holds them subject to the laws of the state and the limitations of its charter.  Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its creation.  There is a reserved right in the legislature to investigate its contracts and find out whether it has exceeded its powers.  It would be a strange anomaly to hold that the state, having chartered a corporation to make use of certain franchises, could not in exercise of its sovereignty inquire how those franchises had been employed, and whether they had been abused, and demand the production of corporate books and papers for that purpose."

Hale v Hinkel 201 US 43

141.    Corporations engaged in mercantile equity fall under the purview of the State's admiralty jurisdiction, and the public at large must be protected from their activities, as they are engaged in business for profit. To reach a full understanding of the Right versus "privilege", it is important to know that courts have ruled consistently without ambiguity, no sacrifice exists.

142.    "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."

Miranda v Arizona 384 US 436, 86 S. Ct. 1602

143.    "The claim and exercise of a constitutional Right cannot be converted into a crime."

Miller v U.S. 230 F. 486

144.    "There can be no sanction or penalty imposed upon one because of this exercise of constitutional Rights." Sherar v Cullen 481 F. 946

# VII

# RELIEF

## RELIEF SOUGHT BY WAY OF JUSTICE

**The Enforcement of the following:**

145.     Plaintiff(s) demands just damages, as prescribed by the Constitution, for violations of the

United States of America Republic Constitution and Laws in the amount of _**$626,232,720,000.**_

In addition, the Plaintiff(s) ask that their Driver's Licenses and Identification cards be added to

the I.D. Guide as well as the TSA list of acceptable Identifications and that training is provided

nationwide for educating Law enforcement on how to approach and conduct themselves with

United States of America Republic Nationals and citizens.

146.     Plaintiff(s) do not, under any condition or circumstance, by threat, duress, or coercion,

waive any rights Inalienable or Secured by the Constitution and request the United States District

Court, Northern District of Indiana to fulfill their obligation to preserve the rights of the Natural

People (Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering

Defendants to be brought before the Law to answer for their criminal and unjust actions.

147.     Plaintiff(s) Request All UNCONSTITUTIONAL Prima Facie Citations / Complaints /

Summons etc. issued by any law enforcement agencies to be dismissed and expunged from the

records on their face and merits, or brought before a legitimately, delegated, and competent

Court of Law of International jurisdiction / venue.

148.     Plaintiff(s) Request All City, County and State Officials, are to be informed of the Law of

Land (Constitution) of the United States of America Republic and their obligation to uphold the

same and that they will no longer be excused for any unconstitutional actions conducted under

the practice of colorable law by police, state troopers or Sheriffs for violating the same, And to

be made cognizance of the recompense of colorable actions on their part, by not adhering to it.

149.     Plaintiff(s) Request the return and restoration of revenue created by any surety bonds,

individual surety bonds, bid bonds, performance bonds as well as any and all interest made on

them, as well as tow fees, fines, commanded by police, Court, jail, county tow yard or auto pound, accepted and commanded on their part. (See Constitution)

150.     Plaintiff(s) Request Full and Just Compensation for accusing, holding and detaining for a ransom fee, that led from an unlawful Arrest and Kidnapping, unconstitutional incarceration, misprison (Title 18 section 4) and being charged with theft of property which was owned by the United States of America Republic National Government.  President C. Cannon: Bey's government never reported the property as stolen.  The property was then confiscated by the Chicago Police.  For this we seek compensation/ relief for said property.

151.      Plaintiff(s) Request Any Accused, Corporate, or Natural, Party-Claimants having Involvements be found guilty of the charges and shall result in immediate Recusal of Office and or payment by their liability insurance.

152.     Plaintiffs Request that the court preserve Plaintiffs Rights to Life, Liberty, and Property and their rightful Pursuit of Happiness and security in all their personality, etc.

153.     Pursuant to 28 USC section 1333, Plaintiff(s) pray for coercive relief by the delegated Constitutional authority, within the District Court Jurisdiction in Admiralty, on all Defendants.

154.     Plaintiff(s) Being Moorish American Nationals and Citizens of the United States of America Republic as a Class, et al. pray that in case we should commit any Fault amenable to be brought to justice, that we being 'Part and Parcel' of this said Government may be tried under the Supreme Law of the Land, and not under the Negro Act, and Ex Post Facto Law.

155.     The Amendment IX Complaint and Relief from Harassment; Relief from Vengeful misuse of Authority; and other official abuses shall be relieved at once, emanating from said corporate persons; and from organized and conspired Malpractice and corporate – initiated

punishments against natural people(s) for declaring Constitutional principles, which are necessary to protect the Inalienable Rights of the Moorish American Nationals and citizens, to be afforded to the Plaintiff(s) both under International Law and under the Laws of the United States of America.

156.      The immediate Relief not only pertains to the issue of a Lack of Jurisdiction over the person, but further pertains to the immediate return of all Government property and Driver's Licenses, License Plates, Vehicle Registration and Conveyances.  Neither, CHICAGO POLICE DEPARTMENT nor the COOK COUNTY CIRCUIT COURT has the right nor the authority to seize and take permanent possession of the United States of America Republic's intellectual property, protected items and personality, since the same are secured and protected under International Law and under The Constitution of The United States of America Republic, as well as it being property that has been conveyed into a Public Trust.

157.      Plaintiff(s) demands just Compensation, as prescribed by the Constitution, for value of said private property, intellectual property and personality, with additional use, costs and compensation for use of private property, intellectual property and personality in the amount of $626,232,720,000 dollars.

158.      Plaintiff(s) Request that an order be issued immediately to the U.S. Marshals to retrieve as evidence all Driver's Licenses, License Plates, Vehicle Registration and Conveyances, 2006 Ford, Crown Victoria Marshal, 4 Door, Black. Vehicle Identification No. 2FAFP71W66X159235, 2004 Ford, Crown Victoria Marshal, 4 Door, Blue. Vehicle Identification No. 2FAHP71W34X139336 for all are in danger of being destroyed or auctioned in which has been seized without a court order or judgment which violates due process.

159.    Plaintiff(s) Request that an order be issued immediately to the U.S. Marshals to retrieve

as evidence all Driver's Licenses, License Plates, Vehicle Registration and Conveyances: 1.)

2007 Ford, Pontiac G6, 4 Door, Grey, Vehicle Identification No. 1G2zf58B074258146; 2.) 2000

Honda, CRV EX, 4 Door, Green. Vehicle Identification No. JHLRD1860YC039758 for all are in

danger of being destroyed or auctioned and have been seized without a court order or judgment

which violates due process.

160.    Plaintiff(s) Request that the court issue this Writ of Prohibition, Permanent Injunction

and Restraining Order.

161.    Plaintiff(s) Request that the court enter an order and opinion of the fact that the State

Drivers Licenses  issued by the United States of America Republic are legal and lawfully issued

State Drivers Licenses that are not illegal and should be honored as lawfully issued State Drivers

Licenses and should not be discriminated against or not accepted for Identification  or driving

purposes Full Faith and Credit should be given, the Driver's Licenses and Identification of the

United States of America Republic National Government are valid contractual agreements with

the State and grants privileges to its Nationals and Citizens.

162.    Plaintiff(s) Request that the court issue an immediate cease and desist order to any court

proceedings dealing with the State's Driver's Licenses, License Plates or Vehicle Registrations

of the United States of America Republic.  Until Writ has been reviewed and an order(s) issued.

163.    Plaintiff(s) Request relief / compensation of $868,000,000.00 for the arrest of our **Head**

**of State** for impersonating a police officer but never being charged for impersonating a police

officer and being incarcerated for seven months (217 days) for having a stolen or altered license

plate that was neither stolen nor altered.  Plaintiff was also subjected to mental cruelty during his

incarceration and placed in the psychiatric block of the Cook County Jail as an attempt to coerce

Plaintiff into admitting to having mental issues and taking a psychiatric evaluation. Plaintiff

refused both but suffered much humiliation and stress in this deliberate abuse conducted by the

Defendant(s) violating ***U.S.A.R. 8th Amendment*** – Cruel and Unusual Punishment. **See Fee**

**Schedule [A4a], Exhibit for Special Appearance [A1a], Exhibit Verification of**

**Incarceration [A1b]**

164.        Plaintiff(s) Request equal protection under the law (775 ILCS 35/20) Sec. 20. Judicial

relief. If a person's exercise of religion has been burdened in violation of this Act, that person

may assert that violation as a claim or defense in a judicial proceeding and may obtain

appropriate relief against a government. A party who prevails in an action to enforce this Act

against a government is entitled to recover attorney's fees and costs incurred in maintaining the

claim or defense.


# VIII

# CONCLUSION


165.        In conclusion, it is a sin for any group of people to violate the Constitutional Laws of a Free

National Government. This is an action brought by Petitioners for Injunctive Relief prohibiting

Defendants, including its judicial branches from Regulating Interstate Commerce in violation of the

U.S. Constitution Commerce Clause Article 1 Sec. 8 and their further acts of Commercial Piracy: 1.)

Piracy on Dry Land 2.) False Arrest 3.) Racketeering 4.) Deprivation of Property 5.) Deprivation of Life, Liberty and Pursuit of Happiness. The Defendants, by usage of Colorable Enforcement violated the 13th Amendment of the United States of America Republic's Constitution.

166.     This complaint involves Federal Questions that are founded upon the Constitutions and Laws for both the United States, and the United States of America Republic.

167.     Hannah Arendt, Chief Justice Earl Warren and others have observed that without a nationality, a person has no "right to have rights" (Blitz and Sawyer 2011, 289; Price 2012, 56)

168.     In the Constitution the term "State" most frequently expresses the combined idea of the people, territory, and government. A State, in ordinary sense of the constitution, is a political community of free citizens, occupying a territory of defined boundaries, organized under a government, sanctioned and limited by a written (Constitution) and established by the consent of the governed. It is a union of such States under a common constitution which forms the distinct and greater political unit. The Moorish American Nationals and citizens constitute and designate as one people and one country, *THE UNITED STATES OF AMERICA REPUBLIC NATIONAL GOVERNMENT*.

169.     Nowhere in the Federal Constitution is it stated that the Rights of the people depend on the Federal government for their existence or protection beyond the very few express limitations which the Federal Constitution imposed upon states. Such prohibitions against the following are: 1.) Ex Post Facto Laws 2.) Bills of Attainder 3.) **Laws Impairing the Obligation of Contracts**. The exception of these and a few other restrictions, and the entire domain of the privileges and immunities of citizens of the States, as defined above

lay within the Constitutional and Legislative power of the states and without that of the Federal Government. The purpose of the 14th Amendment by the Declaration, that No state should make or enforce any law which shall abridge the privileges and immunities of citizens of the United States, and to transfer the security and protection of all Civil Rights belonging exclusively to the states. No State can abridge the privileges and Immunities of United States Citizens.

170.       Governments are in power to protect and preserve the Inalienable Rights and Immunity of the **"People"**. They are not in power to abridge those rights, or to use the sovereign power entrusted in them only by the Constitution, to force the "People" into private corporate non-mutual adhesion contracts and 'States' coerced ward-ship Color of law schemes, against their will and interest. The Inalienable Rights and Immunities of the "People" are not for sale, through contract, by government. Government authority is derived only from the agreed consent of the people they govern. A Constitution is, in fact, a contract between the people [natural persons] with their God, and the people, elected to represent them, in a sovereign capacity. Any governmental official who claims jurisdiction or acts with authority, outside the limits of the Constitution of a nation, is a criminal and a traitor.

171.       The Moorish American People Through their Free National Name and Constitution are known and recognized by all Nations of the Earth, which are recognized by the said National Government in which they live. The 14th and 15th Amendment, brought the North and South in unit, placing the Southerners who were at that time without power, with a constitutional body of power. At that time 1865, the free national constitutional law that was enforced since 1774, declared all men equal and free and if all men are declared by the free National Constitution to be free and equal, since that Constitution has never been changed, then there is no need for the application of the 14th and 15th Amendments for the salvation of The Moorish American and citizens.

172.     This **Writ of Prohibition** is warranted.  No court or police officer can determine the Political Rights or status of the Moorish American Peoples' Right to Self-Governance, under their own Free National Constitution or the Moorish American people to live in a Free National Republic form of Government.  Any ruling made by any court about the authenticity of the Drivers License's or License Plates issued under the Authority of the United States of America Republic would cause an irreparable harm to not one Moorish American National but an entire Class of Citizens.  A final arbitration of a judge would be that in such an event, all Political Privileges and Rights would, in a dispute among the people, depend on a decision made by a Judge, finally.  The failure to issue this Writ could lead to a court having the power to decide against, as well as for them, and under a prejudiced or arbitrary judiciary; the public liberties and popular privileges might be much perverted, if not entirely prostrated.

173.     The United States of America Republic National Government allows the Moorish American People by their Representatives to make Laws and unmake them and without any outside interference as to their principles or policy when creating them.  When Constitutions and Laws are made and put in force by the people, then the courts as empowered by the state or to commence their functions and may decide on the Rights, which conflicting parties can legally set up under them, rather than about their formation itself.

174.     The power of the court begins, after the Moorish American Peoples' power ends.  Constitutions and Laws precede the Judiciary which can only act under and after them.  The courts speak the Law, jus decree, the courts speak or construe what is the Constitution, after both are made, but the courts cannot revise, alter, or control either.  The disputes made are to be governed by precedents, by sound legal principles and by positive legislation.

175.    Therefore the United States of America Republic does not ask that this writ be granted to secure the Political Rights of the Moorish American People, rather to issue this order based on the Legislative Act "Our Charter" which shows, **"Our Authority"**. President Cannon: Bey understands the court cannot enforce a Legislative Act but can uphold the Constitution of the United States of America Republic. The United States of America Republic's Writ should be issued by the Court based on Our Charter and upheld by the Constitution of the United States of America Republic, which the court is Bound to uphold. Both the United States of America Republic Charter and Constitution are the Fundamental Law of the Land.

176.    We the People of the United States of America Republic are endowed by Our Creator with all unalienable Rights, among which are Life, Liberty and the pursuit of happiness and that government was instituted among men/ women to secure those Rights, not to overthrow those Rights.

177.    Legal Notice has now been given for the record to all quasi government officials and demi-officials upon their own unconstitutional acts of enforcement of "Color of Authority."

178.    Where there is no question that a bench summons, a detention, an arrest, a ticket or citation issued by police officers or by others for parking or traveling with no driver's license, a foreign driver's license, no current registration or no mandatory insurance, or capital, etc., which may carry a fine or jail time is a penalty or sanction and is indeed converting a right into a crime, thus violating substantive Rights. It is reasonable to assume that the courts judicial decisions are straight and to the point, and that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People. The Right to own and possess private property and personality and to be secure in those Rights is preserved and secured for the People and the Citizens, by the Constitution. The Rights of the People and the Citizens are secured by their States

Constitution.  Governments do not give rights, for they have no Rights to give, or to sell, nor to license. Government is put in place to protect and secure the pre-existing, unalienable Rights of the People and Citizens.

179.     Wherefore you are authorized by this **WRIT OF PROHIBITION, PRELIMINARY AND PERMANENT INJUNCTION AND RESTRAINING ORDER,** pursuant to National, International as well as Constitutional law to respect the Constitutional Immunities of the Moorish American People with all private property rights secured and reserved.  You are to enlist all available and appropriate measures to ensure that all substantive Rights and Constitutional Immunities are not abridged or breached.

180.     The Moorish American People of the United States of America Republic National Government are not to be arrested or held for detention under any circumstances.  The Moorish American People and Citizens of the United States of America Republic National Government are exempt from Colorable Laws and are not obligated to customs, tariffs, taxation, and secured from any other hindrances, or restrictions of their Rights, or freedom of movement within member States, or non-member states.  All available and appropriate measures are to be taken to prevent injustice, harm, or attack on Moorish American Nationals and Citizens of the United States of America Republic National Government, property, freedom and/or dignity.

181.     Title 18 U.S. Code § 1028

Fraud and related activity in connection with identification documents, authentication features, and information

(d)In this section and section 1028A

(3) the term "identification document" means a document made or issued by or under the authority of the United States Government, a State, political subdivision of a State, a sponsoring

89

entity of an event designated as a special event of national significance, a foreign government, political subdivision of a foreign government, an international governmental or an international quasi-governmental organization which, when completed with information concerning a particular individual, is of a type intended or commonly accepted for the purpose of identification of individuals;

(4)the term "false identification document" means a document of a type intended or commonly accepted for the purposes of identification of individuals that—

(A) is not issued by or under the authority of a governmental entity or was issued under the authority of a governmental entity but was subsequently altered for purposes of deceit; and (6) the term "issuing authority"—

(A) means any governmental entity or agency that is authorized to issue identification documents, means of identification, or authentication features; and

(B) includes the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international government or quasi-governmental organization;

(7) the term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any—

(A) name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number;

(B) unique biometric data, such as fingerprint, voice print, retina or iris image, or other unique physical representation; **See. EXHIBITS [A4a], [A4b]**

90

182.   7   [a]Ask, and it shall be given you: seek, and ye shall find: knock, and it shall be opened unto you.

 8 For whosoever asketh, receiveth: and he that seeketh, findeth: and to him that knocketh, it shall be opened. 9 For what man is there among you, which if his son ask him bread, would give him a stone? 10 Or if he ask fish, will he give him a serpent?


### Matthew 7:7-14 1599 Geneva Bible (GNV)

183.  7   [a]Ask, and it shall be given you: seek, and ye shall find: knock, and it shall be opened unto you.
8 For whosoever asketh, receiveth: and he that seeketh, findeth: and to him that knocketh, it shall be opened. 9 For what man is there among you, which if his son asks him bread, would give him a stone?
10 Or if he asks fish, will he give him a serpent? 11 If ye then, which are evil, can give to your children good gifts, how much more shall your Father which is in heaven, give good things to them that ask him? 12 [c] Therefore whatsoever ye would that men should do to you: even so do ye to them: for this is the [1] Law and the Prophets. 13 [g] Enter in at the strait gate: for it is the wide gate, and broad way that leadeth to destruction: and many there be which go in there at. 14 Because [h]the gate is strait, and the way narrow that leadeth unto life, and few there be that find it.


184.   The Moorish American People of the United States of America Republic National Government are not asking the Court to give the Moorish American People equality. The Moorish American People of the United States of America Republic National Government are only asking the Court to give the Moorish American People of the United States of America Republic National Government equality under the Law. Signed this 15th day in the tenth Month (October), of the year of Allah, (Two-thousand and twenty), 2020.

# VI

# JURY DEMAND

Respectfully submitted,

CHRISTOPHER-CANNON: BEY

President, UNITED STATES OF
AMERICA REPUBLIC
1499 MARTIN LUTHER KING
DRIVE
PROVINCE OF IINDIANA 46401
Telephone: 202/569-0506
E-mail: presidentusar@mail.com

92

# EXHIBITS

**A. United States of America Republic (U.S.A.R.)**

    **1. President Cannon: Bey**

        a.   404 and 407 Special Appearances, Case No. 19 CR 4272

        b.  Verification of Incarceration

    **2. Affidavits**

        a.  Complaints and Affidavits

            i.       Damien-Holmon: Bey

            ii.      Dexter-Johnson: Bey

            iii.     Darrel Van-Brown: Bey

            iv.     Michaelle-Bravo: Bey (Motion to Quash)

            v.       Frank-Vreen: EL   Case No. cv-388-Oc-30PRL

            vi.     C. Cannon: Bey (Affidavit Guzman)

            vii.    C. Cannon: Bey (Affidavit Dyckman)

            viii.   Alexander Leon Robison: El (Affidavit)

            ix.     Michaelle-Bravo: Bey (Complaint)

            x.       Damien-Holmon: Bey (Affidavit)

            xi.     Damien-Holmon: Bey (Chase Bank Complaint)

            xii.    Kenrick-Allen: Bey (MMV NEW Complaint form 10747 Chase Report)

            xiii.   Cortney-Williamson: Bey (Chase Bank Report)

            xiv.   Cortney-Williamson: Bey (Letter from Chase)

            xv.    Cortney-Williamson: Bey (Letter to Chase Property Request)

xvi.    Dexter-Johnson: Bey (Arrest for False Informing)

b.  Corporation - Corporate Affidavits

c.  Taxpayers – U.S.A.R. Nationals Affidavits

**3.  Proof of Nationality/ Citizenship**

a.  U.S.A.R. Executive Order 119-73 Repatriation and Baptism Law

b.  State Oath

c.  U.S.A.R. Birth Record Application

**4.  Commerce**

a.  U.S.A.R. Fee Schedule (**Schedule A**)

b.  U.S.A.R. Non-UCC Filing (**Schedule B**)

c.  U.S.A.R. Driver's License

d.  U.S.A.R. Car Titles

e.  USAR Vehicle Registration

f.  U.S.A.R. License Plates

g.  The Vast/ Vas Estate Trust #10105905

h.  U.S.A.R.  BMV IRS Form SS4 with EIN

i.  U.S.A.R.  GSA Registration

**5.  Government Authenticity**

a.  U.S.A.R. Affidavit of Organization

1.  U.S.A.R. Charter

b.  Intermediary Assignee of Trust

    c.  Certificate of Authority's (All States)

    d.  U.S.A.R. Constitution and By-Laws

    e.  Treaty of Peace and Friendship

**B.  PRESIDENT CHRISTOPHER- CANNON: BEY**

    1.  **Dodge Charger (Plate) Case No. 14CR1560701**

        a.  Case dismissed

        b.  Traffic Tickets

    2.  **Dodge Charger (Tow) Case No.  CV-03445**

        a. Case Nolle

    3.  **Blue Ford Crown Victoria Case No.  20181501197**

        a. Cannon: Bey v. Dyckman #1

        b. License Plates

        c. Traffic Tickets

        d. Cannon: Bey v. Dyckman #2

    4.  **Black Ford Crown Victoria Case No. 0188888**

        a.  Special Appearance and Motion to Dismiss

        b.  Traffic Tickets

        c.  Court Case

        d.  Cash Bail Payment

        e.  Subpoena and Arrest Record Case 19CR0427201

        f.  Non-Judicial Remedy Claim 99-2019-IN-Marshal car 1-2

    5.  **Green Honda CRV (Disposed of) Case No.**

        a. Tickets

      b. Damage Claims

      c. Court Disposition

## C.  **VIDEO EXHIBITS:**

1.  **Ve1 Blue Marshall Car**

2.  **Ve2 Chris And Tara**

3.  **Ve3 Dexter-Johnson: Bey Plate Theft**

4.  **Ve4 Garcia**

5.  **Ve5 Dj January 14, 2018**

6.  **Ve6 Blue Marshall Car**

7.  **Ve7 Guzman, Cannon Bey Arrest**

8.  **Ve8 Cannon: Bey U.S.A.R. Black Marshall Car**

9.  **Ve9 Chris and Tarra**

10.  **Ve10 Dexter Gary Police Argues his U.S.A.R. License**

11.  **Ve11 DJ Gary Police Stealing Plates**

12.  **Ve12 DJ Gary Police Stealing Plates2**

13.  **Ve13 DJ Merrillville Indiana Police encounter**

14.  **Ve14 DJ Teaches Police about U.S.A.R. Charter**

15.  **Ve15 DJ Truck Towed and Plates Stolen**

16.  **Ve16 Tara Hill Bey3 Georgia**

17.  **Ve17 Tara Hill Bey2 Georgia**

18.  **Ve18 Tara Hill Bey Georgia**

D.  **RELIGIOUS REFERENCES**

1.  **Holy Koran (Circle 7)**

2.  **Holy Bible (http://www.biblegateway.com)**

3.  **M.S.T.A. 101's**

4.  **U.S.A.R. 101's**

E.  **LIST OF LAW OFFICES CONTACTED BY U.S.A.R.**