| | |
|---|---|
| UNITED STATES OF AMERICA REPUBLIC<br>PRESTIDENT CHRISTOPHER-CANNON: BEY<br>presidentusar@gmail.com<br>1499 MARTIN LUTHER KING DRIVE<br>GARY, PROVINCE OF INDIANA [46401]<br>Telephone (202) 569-0506 | |
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF INDIANA** | |
| People of United States of America Republic and<br>UNITED STATES OF AMERICA REPUBLIC<br>PRESIDENT CHRISTOPHER-CANNON: BEY<br>On Behalf of themselves and a class and subclass<br>of similarly situated persons<br>PLAINTIFF(S) | CASE NUMBER:<br>**2:20CV373** |
| Vs. | |
| GUZMAN, ROBERT DYCKMAN<br><br>Vs.<br>City of Chicago<br>City of Chicago Mayor Lori Lightfoot<br>DAVID O. BROWN, Chief of Chicago Police<br>Thomas Dart Sheriff Cook County Clerk,<br>Karen Yarbrough,<br>Brendan F. Kelly, Director, Illinois State Police,<br>Chicago Police Officer Guzman<br>City of Chicago Dept. of Streets and<br>Sanitation, Robert Dyckman<br>Supervisor Auto Pound 6,<br>Tom Dart Cook County Sheriff,<br>Markham Court Judge Thomas Carroll<br>Court Room 204, Cook County Judge<br>Thaddeus L. Wilson, Court Room 404<br>Unknown Law Enforcement officers,<br>From the City of Gary IN. police,<br>Merrillville IN. police,<br>Calumet City IL. City of Chicago IL. Police,<br>Georgia State Patrol, Ohio, Illinois, Oak Park, IL<br>Police Department, Officer J. Curtin,<br>Office A. Flores, Officer C. McVey<br><br>DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PEASE TAKE NOTICE:

    The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Emergency Application For National Writ Of Prohibition and Motion For Preliminary Injunction And Restraining Order And Declaratory Relief; Memorandum Of Law In Support Of The United States Of America Republic's Writ Of Prohibition And Motion For National Preliminary and Permanent Injunction And Restraining Order And Declaratory Relief Nationwide; Summons; Proof of Service; Exhibits (see Attached list of all exhibit files)

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other

**Reason:**

☐ Under Seal

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

October 19, 2020
Date

_____
Attorney Name
*[signature]*
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

# EXHIBITS / FILES

A. **United States of America Republic (U.S.A.R.)**

   1. **President Cannon: Bey**

      a. 404 and 407 Special Appearances, Case No. 19 CR 4272

      b. Verification of Incarceration

   2. **Affidavits**

      a. Complaints and Affidavits

         i. Damien-Holmon: Bey

         ii. Dexter-Johnson: Bey

         iii. Darrel Van-Brown: Bey

         iv. Michaelle-Bravo: Bey (Motion to Quash)

         v. Frank-Vreen: EL   Case No. cv-388-Oc-30PRL

         vi. C. Cannon: Bey (Affidavit Guzman)

         vii. C. Cannon: Bey (Affidavit Dyckman)

         viii. Alexander Leon Robison: El (Affidavit)

         ix. Michaelle-Bravo: Bey (Complaint)

         x. Damien-Holmon: Bey (Affidavit)

         xi. Damien-Holmon: Bey (Chase Bank Complaint)

         xii. Kenrick-Allen: Bey (MMV NEW Complaint form 10747 Chase Report)

         xiii. Cortney-Williamson: Bey (Chase Bank Report)

         xiv. Cortney-Williamson: Bey (Letter from Chase)

         xv. Cortney-Williamson: Bey (Letter to Chase Property Request)

      xvi. Dexter-Johnson: Bey (Arrest for False Informing)

  b. Corporation - Corporate Affidavits

  c. Taxpayers – U.S.A.R. Nationals Affidavits

3. **Proof of Nationality/ Citizenship**

  a. U.S.A.R. Executive Order 119-73 Repatriation and Baptism Law

  b. State Oath

  c. U.S.A.R. Birth Record Application

4. **Commerce**

  a. U.S.A.R. Fee Schedule (**Schedule A**)

  b. U.S.A.R. Non-UCC Filing (**Schedule B**)

  c. U.S.A.R. Driver's License

  d. U.S.A.R. Car Titles

  e. USAR Vehicle Registration

  f. U.S.A.R. License Plates

  g. The Vast/ Vas Estate Trust #10105905

  h. U.S.A.R. BMV IRS Form SS4 with EIN

  i. U.S.A.R. GSA Registration

5. **Government Authenticity**

  a. U.S.A.R. Affidavit of Organization

    1. U.S.A.R. Charter

  b. Intermediary Assignee of Trust

    c. Certificate of Authority's (All States)

    d. U.S.A.R. Constitution and By-Laws

    e. Treaty of Peace and Friendship

**B. PRESIDENT CHRISTOPHER- CANNON: BEY**

  1. **Dodge Charger (Plate) Case No. 14CR1560701**

    a. Case dismissed

    b. Traffic Tickets

  2. **Dodge Charger (Tow) Case No. CV-03445**

    a. Case Nolle

  3. **Blue Ford Crown Victoria Case No. 20181501197**

    a. Cannon: Bey v. Dyckman #1

    b. License Plates

    c. Traffic Tickets

    d. Cannon: Bey v. Dyckman #2

  4. **Black Ford Crown Victoria Case No. 0188888**

    a. Special Appearance and Motion to Dismiss

    b. Traffic Tickets

    c. Court Case

    d. Cash Bail Payment

    e. Subpoena and Arrest Record Case 19CR0427201

    f. Non-Judicial Remedy Claim 99-2019-IN-Marshal car 1-2

  5. **Green Honda CRV (Disposed of) Case No.**

    a. Tickets

    b. Damage Claims

    c. Court Disposition

C. **VIDEO EXHIBITS:**

1. **Ve1 Blue Marshall Car**

2. **Ve2 Chris And Tara**

3. **Ve3 Dexter-Johnson: Bey Plate Theft**

4. **Ve4 Garcia**

5. **Ve5 Dj January 14, 2018**

6. **Ve6 Blue Marshall Car**

7. **Ve7 Guzman, Cannon Bey Arrest**

8. **Ve8 Cannon: Bey U.S.A.R. Black Marshall Car**

9. **Ve9 Chris and Tarra**

10. **Ve10 Dexter Gary Police Argues his U.S.A.R. License**

11. **Ve11 DJ Gary Police Stealing Plates**

12. **Ve12 DJ Gary Police Stealing Plates2**

13. **Ve13 DJ Merrillville Indiana Police encounter**

14. **Ve14 DJ Teaches Police about U.S.A.R. Charter**

15. **Ve15 DJ Truck Towed and Plates Stolen**

16. **Ve16 Tara Hill Bey3 Georgia**

17. Ve17 Tara Hill Bey2 Georgia

18. Ve18 Tara Hill Bey Georgia

D. **RELIGIOUS REFERENCES**

1. Holy Koran (Circle 7)

2. Holy Bible (http://www.biblegateway.com)

3. M.S.T.A. 101's

4. U.S.A.R. 101's

E. **LAW OFFICES CONTACTED BY U.S.A.R.**