UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-

OCT 22 2020

At _____ M
ROBERT N. OVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and UNITED STATES OF AMERICA REPUBLIC PRESIDENT CHRISTOPHER - CANNON: BEY On Behalf of themselves and a class and subclass of similarly situated persons<br>    Plaintiffs<br><br>                Vs.<br><br>CITY OF CHICAGO<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT<br>DAVID O. BROWN, CHICAGO POLICE CHIEF<br>THOMAS DART, SHERIFF<br>                Vs.<br>ILLINOIS GOVERNOR J.B. PRITZKER<br>ILLINOIS SECRETARY OF STATE JESSE WHITE<br>COOK COUNTY BOARD PRESIDENT<br>TONI PRECKWINKLE,<br>COOK COUNTY CLERK, KAREN YARBROUGH<br>BRENDAN F. KELLY, DIRECTOR<br>ILLINOIS STATE POLICE<br>CHICAGO POLICE OFFICER GUZMAN<br>CITY OF CHICAGO DEPT. OF STREETS AND<br>SANITATION ROBERT DYCKMAN<br>SUPERVISOR AUTO POUND 6<br>TOM DART COOK COUNTY SHERIFF<br>MARKHAM COURT<br>JUDGE THOMAS CARROLL COURT ROOM 204<br>COOK COUNTY JUDGE THADDEUS L. WILSON<br>COURT ROOM 404, OTHER UNKNOWN POLICE<br>OFFICERS   FROM THE CITY OF GARY IN.<br>POLICE DEPT, CALUMET CITY IL.<br>MERRILLVILLE IN. POLICE,<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL,<br>GEORGIA STATE PATROL, OHIO, ILLINOIS,<br>POLICE DEPARTMENT, OFFICER J. CURTIN,<br>OFFICE A. FLORES, OFFICER C. MCVEY,<br>OTHER UNKNOWN ILLINOIS STATE POLICE,<br>OFFICER SANCHEZ OF CHICAGO POLICE,<br>JP MORGAN CHASE BANK PRESIDENT<br>JAMIE DIMON, INDIANA SECRETARY OF<br>STATE CONNIE LAWSON<br>                Defendants | Civil Action No. 2 : 20CV 373 |

## PLAINTIFF(S) MOTION TO AMEND BRIEFING
## TO ADD ADDITIONAL DEFENDANTS

On October 19, 2020, the Plaintiff(s) filed an Emergency Application for National Writ of Prohibition and Motion for Preliminary Injunction and Restraining Order and Declaratory Relief along with a Supplemental Brief in Support of the of this Motion. At the time of the filing, there were two Persons that were directly involved in this case but had not been fully identified. The Plaintiff(s) have now verified the identity and addresses of two additional Persons that are involved in this case. Plaintiff(s) now respectfully ask that the court allow this Amendment to this briefing by adding the following names as Defendants in this case: **Corporal James Neilson of the Gary, Indiana Police Department** and **Nelson Esparza of JP Morgan Chase Bank,** and officer Sergio Garcia of the Chicago Police Department.

The Plaintiff(s) initial correspondence with the Defendants will be the service of the Summons along with the supplemental Brief that is required by Court Rule 65 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

CHRISTOPHER-CANNON: BEY

President, UNITED STATES OF
AMERICA REPUBLIC
1499 MARTIN LUTHER KING
DRIVE PROVINCE OF IINDIANA
46401
Telephone: 202/569-0506
E-mail: presidentusar@mail.com