AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and UNITED STATES OF AMERICA REPUBLIC PRESIDENT CHRISTOPHER - CANNON: BEY On Behalf of themselves and a class and subclass of similarly situated persons<br>   Plaintiffs<br><br>Vs.<br><br>CITY OF CHICAGO<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT<br>DAVID O. BROWN, CHICAGO POLICE CHIEF<br>THOMAS DART, SHERIFF<br>        Vs.<br>ILLINOIS GOVERNOR J.B. PRITZKER<br>ILLINOIS SECRETARY OF STATE JESSE WHITE<br>COOK COUNTY BOARD PRESIDENT TONI PRECKWINKLE,<br>COOK COUNTY CLERK, KAREN YARBROUGH<br>BRENDAN F. KELLY, DIRECTOR<br>ILLINOIS STATE POLICE<br>CHICAGO POLICE OFFICER GUZMAN<br>CITY OF CHICAGO DEPT. OF STREETS AND SANITATION ROBERT DYCKMAN<br>SUPERVISOR AUTO POUND 6<br>TOM DART COOK COUNTY SHERIFF<br>MARKHAM COURT<br>JUDGE THOMAS CARROLL COURT ROOM 204<br>COOK COUNTY JUDGE THADDEUS L. WILSON<br>COURT ROOM 404, OTHER UNKNOWN POLICE OFFICERS FROM THE CITY OF GARY IN. POLICE DEPT, CALUMET CITY IL.<br>MERRILLVILLE IN. POLICE,<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL,<br>GEORGIA STATE PATROL, OHIO, ILLINOIS,<br>POLICE DEPARTMENT, OFFICER J. CURTIN,<br>OFFICE A. FLORES, OFFICER C. MCVEY,<br>OTHER UNKNOWN ILLINOIS STATE POLICE,<br>OFFICER SANCHEZ OF CHICAGO POLICE,<br>JP MORGAN CHASE BANK PRESIDENT JAMIE DIMON, INDIANA SECRETARY OF STATE CONNIE LAWSON<br>                Defendants | Civil Action No. 2:20CV373 |

AO 440 (Rev. 06/12) Summons in a Civil Action

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

      **JP MORGAN CHASE BANK**
      **NELSON ESPARZA**
      **2228 S. WESTERN AVE**
      **CHICAGO, ILLINOIS 60608**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    UNITED STATES OF AMERICA REPUBLIC
    PRESIDENT CHRISTOPHER-CANNON: BEY
    P.O. BOX 436885
    CHICAGO, PROVINCE OF ILLINOIS [60643]
    presidentusar@gmail.com
    T: 202-569-0506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/22/2020

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and UNITED STATES OF AMERICA REPUBLIC PRESIDENT CHRISTOPHER - CANNON: BEY On Behalf of themselves and a class and subclass of similarly situated persons<br>　Plaintiffs<br><br>　　　　　　　Vs.<br><br>CITY OF CHICAGO<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT<br>DAVID O. BROWN, CHICAGO POLICE CHIEF<br>THOMAS DART, SHERIFF<br>　　　　　　　Vs.<br>ILLINOIS GOVERNOR J.B. PRITZKER<br>ILLINOIS SECRETARY OF STATE JESSE WHITE<br>COOK COUNTY BOARD PRESIDENT<br>TONI PRECKWINKLE,<br>COOK COUNTY CLERK, KAREN YARBROUGH<br>BRENDAN F. KELLY, DIRECTOR<br>ILLINOIS STATE POLICE<br>CHICAGO POLICE OFFICER GUZMAN<br>CITY OF CHICAGO DEPT. OF STREETS AND SANITATION ROBERT DYCKMAN<br>SUPERVISOR AUTO POUND 6<br>TOM DART COOK COUNTY SHERIFF<br>MARKHAM COURT<br>JUDGE THOMAS CARROLL COURT ROOM 204<br>COOK COUNTY JUDGE THADDEUS L. WILSON<br>COURT ROOM 404, OTHER UNKNOWN POLICE OFFICERS FROM THE CITY OF GARY IN. POLICE DEPT, CALUMET CITY IL.<br>MERRILLVILLE IN. POLICE,<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL,<br>GEORGIA STATE PATROL, OHIO, ILLINOIS,<br>POLICE DEPARTMENT, OFFICER J. CURTIN,<br>OFFICE A. FLORES, OFFICER C. MCVEY,<br>OTHER UNKNOWN ILLINOIS STATE POLICE,<br>OFFICER SANCHEZ OF CHICAGO POLICE,<br>JP MORGAN CHASE BANK PRESIDENT<br>JAMIE DIMON, INDIANA SECRETARY OF<br>STATE CONNIE LAWSON<br>　　　　　　Defendants | <br><br><br><br><br><br><br>Civil Action No. **2 : 20 CV 373** |

AO 440 (Rev. 06/12) Summons in a Civil Action

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

**OFFICER SERGIO GARCIA #19353**
**3510 S MICHIGAN AVE**
**CHICAGO, ILLINOIS 60653**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UNITED STATES OF AMERICA REPUBLIC
PRESIDENT CHRISTOPHER-CANNON: BEY
P.O. BOX 436885
CHICAGO, PROVINCE OF ILLINOIS [60643]
presidentusar@gmail.com
T: 202-569-0506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/22/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and )<br>UNITED STATES OF AMERICA REPUBLIC )<br>PRESIDENT CHRISTOPHER - CANNON: BEY )<br>On Behalf of themselves and a class and subclass )<br>of similarly situated persons )<br>   Plaintiffs )<br>)<br>Vs. )<br>)<br>CITY OF CHICAGO )<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT )<br>DAVID O. BROWN, CHICAGO POLICE CHIEF )<br>THOMAS DART, SHERIFF )<br>               Vs. )<br>ILLINOIS GOVERNOR J.B. PRITZKER )<br>ILLINOIS SECRETARY OF STATE JESSE WHITE )<br>COOK COUNTY BOARD PRESIDENT )<br>TONI PRECKWINKLE, )<br>COOK COUNTY CLERK, KAREN YARBROUGH )<br>BRENDAN F. KELLY, DIRECTOR )<br>ILLINOIS STATE POLICE )<br>CHICAGO POLICE OFFICER GUZMAN )<br>CITY OF CHICAGO DEPT. OF STREETS AND )<br>SANITATION ROBERT DYCKMAN )<br>SUPERVISOR AUTO POUND 6 )<br>TOM DART COOK COUNTY SHERIFF )<br>MARKHAM COURT )<br>JUDGE THOMAS CARROLL COURT ROOM 204 )<br>COOK COUNTY JUDGE THADDEUS L. WILSON )<br>COURT ROOM 404, OTHER UNKNOWN POLICE )<br>OFFICERS FROM THE CITY OF GARY IN. )<br>POLICE DEPT, CALUMET CITY IL. )<br>MERRILLVILLE IN. POLICE, )<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL, )<br>GEORGIA STATE PATROL, OHIO, ILLINOIS, )<br>POLICE DEPARTMENT, OFFICER J. CURTIN, )<br>OFFICE A. FLORES, OFFICER C. MCVEY, )<br>OTHER UNKNOWN ILLINOIS STATE POLICE, )<br>OFFICER SANCHEZ OF CHICAGO POLICE, )<br>JP MORGAN CHASE BANK PRESIDENT )<br>JAMIE DIMON, INDIANA SECRETARY OF )<br>STATE CONNIE LAWSON )<br>               Defendants )<br>                                        ) | Civil Action No. 2 : 2 0 CV 3 7 3 |

AO 440 (Rev. 06/12) Summons in a Civil Action

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

**OFFICER SERGIO GARCIA #19353**
**3315 WEST OGDEN AVE**
**CHICAGO, ILLINOIS 60623**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

UNITED STATES OF AMERICA REPUBLIC
PRESIDENT CHRISTOPHER-CANNON: BEY
P.O. BOX 436885
CHICAGO, PROVINCE OF ILLINOIS [60643]
presidentusar@gmail.com
T: 202-569-0506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/22/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and UNITED STATES OF AMERICA REPUBLIC PRESIDENT CHRISTOPHER - CANNON: BEY On Behalf of themselves and a class and subclass of similarly situated persons <br>    Plaintiffs <br><br> Vs. <br><br> CITY OF CHICAGO <br> CITY OF CHICAGO MAYOR LORI LIGHTFOOT <br> DAVID O. BROWN, CHICAGO POLICE CHIEF <br> THOMAS DART, SHERIFF <br>                Vs. <br> ILLINOIS GOVERNOR J.B. PRITZKER <br> ILLINOIS SECRETARY OF STATE JESSE WHITE <br> COOK COUNTY BOARD PRESIDENT <br> TONI PRECKWINKLE, <br> COOK COUNTY CLERK, KAREN YARBROUGH <br> BRENDAN F. KELLY, DIRECTOR <br> ILLINOIS STATE POLICE <br> CHICAGO POLICE OFFICER GUZMAN <br> CITY OF CHICAGO DEPT. OF STREETS AND SANITATION ROBERT DYCKMAN <br> SUPERVISOR AUTO POUND 6 <br> TOM DART COOK COUNTY SHERIFF <br> MARKHAM COURT <br> JUDGE THOMAS CARROLL COURT ROOM 204 <br> COOK COUNTY JUDGE THADDEUS L. WILSON <br> COURT ROOM 404, OTHER UNKNOWN POLICE OFFICERS FROM THE CITY OF GARY IN. <br> POLICE DEPT, CALUMET CITY IL. <br> MERRILLVILLE IN. POLICE, <br> CITY OF CHICAGO IL. POLICE, OAK PARK, IL, <br> GEORGIA STATE PATROL, OHIO, ILLINOIS, <br> POLICE DEPARTMENT, OFFICER J. CURTIN, <br> OFFICE A. FLORES, OFFICER C. MCVEY, <br> OTHER UNKNOWN ILLINOIS STATE POLICE, <br> OFFICER SANCHEZ OF CHICAGO POLICE, <br> JP MORGAN CHASE BANK PRESIDENT <br> JAMIE DIMON, INDIANA SECRETARY OF <br> STATE CONNIE LAWSON <br>               Defendants | <br><br><br><br><br><br><br> Civil Action No. 2:20CV373 |

AO 440 (Rev. 06/12) Summons in a Civil Action

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

        **CORP. JAMES NEILSON #1464**
        **GARY CITY POLICE DEPARTMENT**
        **839 BROADWAY**
        **GARY, IN 46402**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        UNITED STATES OF AMERICA REPUBLIC
        PRESIDENT CHRISTOPHER-CANNON: BEY
        P.O. BOX 436885
        CHICAGO, PROVINCE OF ILLINOIS [60643]
        presidentusar@gmail.com
        T: 202-569-0506

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/22/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*