UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and UNITED STATES OF AMERICA REPUBLIC PRESIDENT CHRISTOPHER - CANNON: BEY On Behalf of themselves and a class and subclass of similarly situated persons<br>    Plaintiffs<br><br>                Vs.<br><br>CITY OF CHICAGO<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT<br>DAVID O. BROWN, CHICAGO POLICE CHIEF<br>THOMAS DART, SHERIFF<br>                Vs.<br>ILLINOIS GOVERNOR J.B. PRITZKER<br>ILLINOIS SECRETARY OF STATE JESSE WHITE<br>COOK COUNTY BOARD PRESIDENT<br>TONI PRECKWINKLE,<br>COOK COUNTY CLERK, KAREN YARBROUGH<br>BRENDAN F. KELLY, DIRECTOR<br>ILLINOIS STATE POLICE<br>CHICAGO POLICE OFFICER GUZMAN<br>CITY OF CHICAGO DEPT. OF STREETS AND<br>SANITATION ROBERT DYCKMAN<br>SUPERVISOR AUTO POUND 6<br>TOM DART COOK COUNTY SHERIFF<br>MARKHAM COURT<br>JUDGE THOMAS CARROLL COURT ROOM 204<br>COOK COUNTY JUDGE THADDEUS L. WILSON<br>COURT ROOM 404, OTHER UNKNOWN POLICE<br>OFFICERS   FROM THE CITY OF GARY IN.<br>POLICE DEPT, CALUMET CITY IL.<br>MERRILLVILLE IN. POLICE,<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL,<br>GEORGIA STATE PATROL, OHIO, ILLINOIS,<br>POLICE DEPARTMENT, OFFICER J. CURTIN,<br>OFFICE A. FLORES, OFFICER C. MCVEY,<br>OTHER UNKNOWN ILLINOIS STATE POLICE,<br>OFFICER SANCHEZ OF CHICAGO POLICE,<br>JP MORGAN CHASE BANK PRESIDENT<br>JAMIE DIMON, INDIANA SECRETARY OF<br>STATE CONNIE LAWSON<br>                Defendants | Civil Action No. 2 : 20CV 373 |

## [PROPOSED] ORDER

On October 22, 2020, the Plaintiff(s) filed a Motion to Amend Briefing with respect to the Plaintiff(s) request that the Court Amend the current Briefing by adding the following Persons as Defendants in this case: **Corporal James Neilson** of the Gary, Indiana Police department and **Nelson Esparza** of JP Morgan Case Bank, and Officer Sergio Garcia of the Chicago Police Department.

Upon consideration of the request, and for the reasons stated in the Plaintiff(s) motion, it is hereby ORDERED that the current briefing on the motion for Emergency Application for National Writ of Prohibition and Motion for Preliminary Injunction and Restraining Order and Declaratory Relief is Amended.

It is further ORDERED that the Plaintiff(s) will file an Amended list of Defendants to reflect the Amendment with the Court no later than November 2, 2020, at 12 p.m.

IT IS SO ORDERED.

_____
The Honorable Phillip Fimon
United States District Judge

_____
The Honorable Judge, John Martin