FILED
OCT 30 2020
At ____
ROBE... Clerk
U.S. ... COURT
NORTHERN DISTRICT OF INDIANA

## AMENDED LIST OF DEFENDANTS

Case Number: 2:20CV373

| | |
|---|---|
| 1. Illinois Governor J.B. Pritzker | 17. Georgia State Patrol |
| 2. Illinois Secretary Of State Jesse White | 18. The State of Ohio |
| 3. Cook County Board President Toni Preckwinkle | 19. The State of Illinois |
| 4. Cook County Clerk, Karen Yarbrough | 20. Officer J. Curtin, Oak Park Police Dept. |
| 5. Brendan F. Kelly, Director Illinois State Police | 21. Office A. Flores, Oak Park Police Dept. |
| 6. Chicago Police Officer Guzman | 22. Officer C. Mcvey, Oak Park Police Dept. |
| 7. City of Chicago Dept. Of Streets and Sanitation Robert Dyckman | 23. Other Unknown Illinois State Police |
| 8. Supervisor Auto Pound 6 (Chicago) | 24. Officer Sanchez Of Chicago Police |
| 9. Tom Dart Cook County Sheriff | 25. JP Morgan Chase Bank President Jamie Dimon |
| 10. Markham Court Judge Thomas Carroll Court Room 204 | 26. Indiana Secretary Of State Connie Lawson |
| 11. Cook County Judge Thaddeus L. Wilson Court Room 404 | 27. Corporal James Neilson of the Gary, Indiana Police Department |
| 12. Other Unknown Police Officers from The City of Gary In. Police Dept. | 28. Nelson Esparza of JP Morgan Chase Bank |
| 13. Calumet City Il. | 29. Officer Jeremy Lipka #7490 CPD |
| 14. Merrillville In. Police Department | 30. Officer Anthony Lovinelli #3528, CPD |
| 15. City Of Chicago Il. Police Department | 31. Officer Angel Rivera Jr. #18733, CPD |
| 16. Oak Park, Il | 32. Sergeant James Grissett Jr #1072, CPD |
| | 33. Officer Sergio Garcia, CPD |

Respectfully Submitted,

by: CHRISTOPHER-CANNON: BEY
CHRISTOPHER-CANNON: BEY
President, UNITED STATES OF
AMERICA REPUBLIC
1499 MARTIN LUTHER KING
DRIVE PROVINCE OF IINDIANA
46401 SUITE 64102
Telephone: 202/569-0506
E-mail: presidentusar@mail.com