AO 440 (Rev. 06/12) Summons in a Civil Action



**OCT 3 0 2020**

At _____
ROBER[T] _____ [Cler]k
U.S. D[istrict]
NORTHERN D[ISTRICT] OF INDIANA

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

C P D officer Guzman # 17279

was received by me on *(date)* 10/26/20 .

☐   I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐   I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there,                    on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐   I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐   I returned the summons unexecuted because

_____ ; or

☑   Other *(specify):*

Sent via Certified mail / Priority mail
Tracking #70190700000139446666 (

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15ᵒᵒ_____ for travel and $ _____10ᵒᵒ_____ for services, for a total of $ 25ᵒᵒ

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christopher-C__Bey_

*Server's signature*

by: _CHRISTOPHER-CANNON: BEY (PRESIDENT)_

*Printed name and title*

_P.O. BOX 436885 PROVINCE Illinois [60643]_

*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

CPD OFFICER GUZMAN #17279



Tracking Number: 70190700000139466661

Your item was delivered to the front desk, reception area, or mail room at 12:10 pm on October 26, 2020 in CHICAGO, IL 60653.

**Status**

☑ **Delivered**

October 26, 2020 at 12:10 pm
Delivered, Front Desk/Reception/Mail Room
CHICAGO, IL 60653

**Get Updates** ∨

Delivered