AO 440 (Rev. 06/12) Summons in a Civil Action

_Signature of Clerk or Deputy Clerk_

**FILED**

OCT 30 2020

At _____
ROBERT N. ~~~~~~~~~~ Clerk
U.S. DIS~FR~~~~~~~~
NORTHERN DIST OF INDIANA

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Calumet Police

was received by me on *(date)*  10/26/20 .

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,          on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ **Other** *(specify):*
Sent via Certified Mail / Priority Mail
Having Tracking # 70190700000139466616

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15.00_____ for travel and $ _____10.00_____ for services, for a total of $ 25.00

_____.

I declare under penalty of perjury that this information is true.

Date: 10/30/20 _____ by: Christopher Cannon Bey

*Server's signature*

by: CHRISTOPHER - CANNON : BEY (PRESIDENT)

*Printed name and title*

P.O. BOX 436885 PROVINCE Illinois [60643]

*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

CALUMET POLICE



**Tracking Number: 70190700000139466616**

**Status**

✅ **Delivered**

Your item was delivered to an individual at the address at 4:56 pm on October 24, 2020 in CALUMET CITY, IL 60409.

October 24, 2020 at 4:56 pm
Delivered, Left with Individual
CALUMET CITY, IL 60409

**Get Updates** ⌄

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
Nelson Esparza
Nelson Chase Bank

was received by me on *(date)* 10/27/20 .

**-FILED-**

**OCT 30 2020**

At
ROBERT N. ___ Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐  I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,                      on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐  I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐  I returned the summons unexecuted because

_____ ; or

☑  Other *(specify):*

Sent via Certified mail / Priority mail
Having Track # 70190700001394668838

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15⁰⁰_____ for travel and $ __10⁰⁰__ for services, for a total of $ _25⁰⁰_

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christoph –Cani Bey_

*Server's signature*

by: _CHRISTOPHER – CANNON; BEY (PRESIDENT)_

*Printed name and title*

_P.O. BOX 436885 PROVINCE Illinois [60643]_

*Server's address*

Additional information regarding attempted service, etc:

_SEE ATTACHMENT_

NELSON CHASE BANK



Track Another Package  +

**Tracking Number:** 70190700000139466838

Status

✓ **Delivered**

October 27, 2020 at 6:48 pm
Delivered, Front Desk/Reception/Mail Room
CHICAGO, IL 60606

Your item was delivered to the front desk, reception area, or mail room at 6:48 pm on October 27, 2020 in CHICAGO, IL 60606.

Get Updates ∨

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Officer Guzman #17279

was received by me on *(date)* 10/26/20 .

**-FILED-**

**OCT 3 0 2020**

R_____ _____WICH, Clerk
___ _____RT COURT
NORT_____ _____CT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there, on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____; or

☒ Other *(specify):*

Sent via Certified mail / Priority mail
Having Tracking # 70190700000139466555

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15⁰⁰_____ for travel and $ _____10⁰⁰_____ for services, for a total of $ _25⁰⁰_

_____.

I declare under penalty of perjury that this information is true.


Date: _10/30/20   by: Christoph Canni Bey____   *Server's signature*

_CHRISTOPHER - Cannon: BEY (PRESIDENT)_   *Printed name and title*

_P.O. BOX 436885 PROVICE Illinois [60643]_   *Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

OFFICER GUZMAN #



Track Another Package +

Tracking Number: 70190700000139466555

Status

✓ Delivered

Your item was delivered to the front desk, reception area, or mail room at 12:10 pm on October 28, 2020 in CHICAGO, IL 60653.

Get Updates ✓

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

*ROBERT DYCKMAN*

was received by me on *(date)* *10/24/2020*.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there,                       on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____; or

☒ Other *(specify)*: *Sent via Certified mail / Priority mail Having Tracking # : 70190700001394660784*

-FILED-

OCT 30 2020

ROBERT N. ____ MICH, Clerk
U.S. _____ RT COURT
NORTHERN ____ RICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _15 00_ for travel and $ _10 00_ for services, for a total of $ _25 00_

_____.

I declare under penalty of perjury that this information is true.


Date: _10/30/20_ by: _Christopher-Cann:Bey_

_Server's signature_

by: (CHRISTOPHER - CANNION : BEY (PRESIDENT))

_Printed name and title_

P.O. Box 436885 Province Illinois [60643]

_Server's address_

Additional information regarding attempted service, etc:

SEE: ATTACHMENT

ROBERT DYCKMAN AUTO POUND 6



Track Another Package +

Tracking Number: 70190700000139466784

Status

✓ Delivered

Your item was delivered at 8:11 pm on October 24, 2020 in CHICAGO, IL 60602.

Get Updates ∨

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

<u>INDY Secretary of State Connie Lawson</u>

was received by me on *(date)* <u>10/26/20</u> .

-FILED-

OCT 30 2020

At _____ M
ROBERT N. ~~TRGOVICH~~, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there, on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify):*

Sent via Certified mail / Priority mail
Having Tracking # 70190700000139466579

AO 440 (Rev. 06/12) Summons in a Civil Action

---

My fees are $ _____15⁰⁰_____ for travel and $ _____10⁰⁰_____ for services, for a total of $ _25⁰⁰____

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christoph Cann Bey_

                                            *Server's signature*

_CHRISTOPHER - CANNON : BEY (PRESIDENT)_

                                            *Printed name and title*

_P.O. BOX 436855 PROVINCE Illinois [60643]_

                                            *Server's address*

Additional information regarding attempted service, etc:

_SEE; ATTACHMENT_

INDY SECRETARY OF STATE CONNIE LAWSON



Track Another Package  +

**Track Packages Anytime, Anywhere**

Learn More

Tracking Number: 70190700000139466579

Status

✓ **Delivered to Agent**

Delivered to Agent

Get Updates ⌄

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Officer J. Curtin #119

was received by me on *(date)* 10/26/20 .

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there, on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____; or

☒ Other *(specify)*:

Sent via Certified mail/Priority mail Having
Tracking # 70190700000139466685

-FILED-

OCT 30 2020

At _____
ROBERT _____ rk
U.S. D ___ __
NORTHERN _____ OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____ 15⁰⁰ _____ for travel and $ _____ 10.⁰⁰ _____ for services, for a total of $ 25⁰⁰ _____

_____ .

I declare under penalty of perjury that this information is true.

Date: 10/30/20   by: *Christopher-Cannon Bey*

*Server's signature*

by: CHRISTOPHER - CANNON: BEY (PRESIDENT)

*Printed name and title*

PO BOX 436885 PROVINCE ILLINOIS [60643]

*Server's address*

Additional information regarding attempted service, etc:

SEE. ATTACHMENT

OFFICER J CURTIN #119



Track Another Package +

**Tracking Number:** 70190700000139466685

**Status**

Your item was delivered to an individual at the address at 2:47 pm on October 26, 2020 in OAK PARK, IL 60302.

✓ **Delivered**

October 26, 2020 at 2:47 pm
Delivered, Left with Individual
OAK PARK, IL 60302

Get Updates ∨

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

*Cook County Sheriff Tom Dart*

was received by me on *(date)* 10/26/20

**FILED**

OCT 30 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there, on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☒ Other *(specify)*:

*Sent via Certified mail / Priority mail
Having Tracking #70190700000139466777*

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15⁰⁰_____ for travel and $ _____10⁰⁰_____ for services, for a total of $ _25⁰⁰_

_____ .

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christoph Cani Bey_

                                                        *Server's signature*

by: _CHRISTOPHER – CANNON: BEY (PRESIDENT)_

                                                        *Printed name and title*

_P.O. Box 436885 PROVINCE Illinois [60643]_

                                                        *Server's address*

Additional information regarding attempted service, etc:

COOK COUNTY SHERIFF TOM DART



Track Another Package  +

Tracking Number: 70190700000139466777

Status

✓ Delivered

October 26, 2020 at 12:10 pm
Delivered, Front Desk/Reception/Mail Room
CHICAGO, IL 60653

Your item was delivered to the front desk,
reception area, or mail room at 12:10 pm on
October 26, 2020 in CHICAGO, IL 60653.

Get Updates ∨

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

_____

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

Cook County Judge Wilson

was received by me on *(date)* 10/24/20 .

-FILED-

OCT 3 0 2020

At _____ M
ROBERT N. ~~~VICH, Clerk
U.S. DIS~P~T COURT
NORTHERN D~STRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,                 on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☒ Other *(specify)*:

Sent via Certified Mail / Priority Mail
Having tracking # 70190700000139466791

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _15 00_ for travel and $ _10 00_ for services, for a total of $ _25 00_

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_   by: _Christopher-Cannon Bey_
                                                              *Server's signature*

by: _CHRISTOPHER-CANNON: BEY (PRESIDENT)_
                                                              *Printed name and title*

_PO BOX 436885 PROVINCE Illinois [60643]_
                                                              *Server's address*

Additional information regarding attempted service, etc:

_SEE ATTACHMENT_

COOK COUNTY JUDGE WILSON



**Track Another Package** +

**Track Packages Anytime, Anywhere**

**Learn More**

**Tracking Number:** 70190700000139466791

**Status**

✓ **Delivered**

Get Updates ∨

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

_Judge Carrol Markham_

was received by me on *(date)* __10/26/20__ .

~FILED~

OCT 30 2020

At _____
ROBERT N _____ CLE_ _
U.S. DIS___ __ _____
NORTHERN D_____ OF ___ ___

☐   I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐   I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,                    on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐   I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐   I returned the summons unexecuted because

_____ ; or

☑   Other *(specify):*

Sent via Certified mail / Priority Mail
Having Tracking # 70190700000139466807

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15⁰⁰_____ for travel and $ _____20_____ for services, for a total of $ 25

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christopher-Cannon Bey_

*Server's signature*

_PRESIDENT CHRISTOPHER-CANNON:BEY_

*Printed name and title*

_P.O. BOX 436885 PROVINCE Illinois [60643]_

*Server's address*

Additional information regarding attempted service, etc:

_SEE. ATTACHMENT_

JUDGE CARROL MARKHAM



**Track Another Package** +

Track Packages Anytime, Anywhere

Learn More

**Tracking Number:** 70190700000139466807

**Status**

✓ **Delivered**

October 26, 2020 at 1:15 pm
Delivered, Left with Individual
MARKHAM, IL 60428

**Get Updates** ⌄

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Date:_____          _____

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Chicago Mayor Lori LightFoot

was received by me on *(date)* 10/24/20 .

**=FILED=**

OCT 30 2020

At_____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there,                    on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☒ I returned the summons unexecuted because

_____ ; or

Sent via certified / Priority Mail
Having Tracking # 70190700001594667 91

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____ 15⁰⁰ _____ for travel and $ _____ 10⁰⁰ _____ for services, for a total of $ 25⁰⁰

_____ .

I declare under penalty of perjury that this information is true.

Date: 10/30/20   by: Christoph - Cann Bey
                                           *Server's signature*

by: CHRISTOPHER - Cannon: BEY (PRESIDENT)
                                           *Printed name and title*

P.O. BOX 436885 PROVINCE Illinois [60643]
                                           *Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

CHICAGO MAYOR LORI LIGHTFOOT



AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Officer A. Flores

**FILED**

OCT 30 2020

ROBERT N. ~~~~~~ CH, Clerk
U.S. DIST~~~~ COURT
NORTHERN DISTRICT OF INDIANA

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there,                    on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify)*:

Sent via Certified mail / Priority mail
Having Tracking # 7019 0700 0013 9466 6647

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15⁰⁰_____ for travel and $ _____10⁰⁰_____ for services, for a total of $ _25⁰⁰_

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christopher Cannon Bey_

*Server's signature*

by: _CHRISTOPHER - CANNON : BEY (PRESIDENT)_

*Printed name and title*

_P.O. BOX 436885 PROVINCE Illinois [60643]_

*Server's address*

Additional information regarding attempted service, etc:

_SEE, ATTACHMENT_

OAK PARK POLICE FLORES #312



**Track Another Package ✛**

Track Packages
Anytime, Anywhere

Get the free Informed Delivery™ feature to receive
automated notifications on your packages

**Learn More**

Tracking Number: 70190700000139466647

Remove

Feedback

**Status**

✔ **Delivered**

October 26, 2020 at 2:47 pm
Delivered, Left with Individual
OAK PARK, IL 60302

Your item was delivered to an individual at the
address at 2:47 pm on October 26, 2020 in OAK
PARK, IL 60302.

**Get Updates** ⌄

Delivered

74f82768-8f34-42....PDF          Show all   ✕

9:39 PM
10/28/2020

AO 440 (Rev. 06/12) Summons in a Civil Action

_____

_Signature of Clerk or Deputy Clerk_

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

KAREN YARBROUGH

was received by me on *(date)*  10/24/2020

**FILED**

**OCT 30 2020**

At _____
ROBERT N. TROVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there, _____ on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify):*

Sent via Certified / Priority Mail
Having Tracking # 7019 0700 0000 1394 6009

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _15.00_ for travel and $ _10.00_ for services, for a total of $ _25.00_

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christoph Cannon Bey_

*Server's signature*

by: _CHRISTOPHER-CANNON:BEY (PRESIDENT)_

*Printed name and title*

_P.O. BOX 436885 PROVINCE ILLINOIS [60643]_

*Server's address*

Additional information regarding attempted service, etc:

_SEE ATTACHMENT_

KAREN YARBROUGH COOK COUNTY CLERK



Track Another Package +

**Tracking Number:** 70190700000139466609

Status

✔ **Delivered**

October 24, 2020 at 6:12 pm
Delivered, In At Mailbox
CHICAGO, IL 60602

Get Updates ⌄

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Illinois Secretary of State Jesse White

was received by me on *(date)* 10/28/20 .

☐  I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

=FILED=

OCT 30 2020

At
ROBERT N. DE GOVIC, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there, on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐  I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐  I returned the summons unexecuted because

_____ ; or

☑  Other *(specify):*

Sent via Certified mail / Priority Mail
Having tracking # 70190700000139466722

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____ 15⁰⁰ _____ for travel and $ _____ 10⁰⁰ _____ for services, for a total of $ 25⁰⁰ _____

_____.

I declare under penalty of perjury that this information is true.

Date: 10/30/20 _____ by: *Christoph-Canin Bey*

                                                       *Server's signature*

by: CHRISTOPHER - CANNON : BEY (PRESIDENT)

                                                      *Printed name and title*

P.O. Box 436885 PROVINCE Illinois [60643]

                                                      *Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

JESSE WHITE



Track Another Package  +

**Tracking Number:** 70190700000139466722

Status

✓ **Delivered**

Get Updates ⌄

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

_Officer McVey # 421_

was received by me on *(date)*  __10/26/20__ .

☐  I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,                    on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐  I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐  I returned the summons unexecuted because

_____ ; or

☑  Other *(specify):*

Sent via certified mail / Priority mail
Having Tracking # 70190700000139466562

**–FILED–**

OCT 30 2020

ROBERT N. TROGDON, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

☐   **Other** *(specify):*


My fees are $ _____15⁰⁰_____ for travel and $ _____10⁰⁰_____ for services, for a total of $ 25⁰⁰

_____.

I declare under penalty of perjury that this information is true.


Date: _10/30/20_ by: *Christoph – Cannon Bey*

*Server's signature*

by: *CHRISTOPHER – CANNON : BEY (PRESIDENT)*

*Printed name and title*

*PO BOX 436885 PROVINCE Illinois [60643]*

*Server's address*

Additional information regarding attempted service, etc:

*SEE ATTACHMENT*

OFFICER C MCVEY #421



Track Another Package +

**Tracking Number:** 70190700000139466562

Status

✓ **Delivered**

Your item was delivered to an individual at the address at 2:47 pm on October 26, 2020 in OAK PARK, IL 60302.

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Ill Director State Police Brenden F Kelly ~FILED

was received by me on *(date)* _____.

OCT 30 2020

☐ I personally served the summons on the individual at *(place)*

AT
ROBERT N. TRGOVICH
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

_____

_____ on *(date)* _____;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there,                    on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____; or

☑ Other *(specify)*:

Sent via Certified mail / Priority mail
Having Tracking # 70190700000 1394667146

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15⁰⁰_____ for travel and $ _____10⁰⁰_____ for services, for a total of $ 25⁰⁰

_____.

I declare under penalty of perjury that this information is true.

Date: __10/30/20__ by: _Christpl-Cnn:Bey_

*Server's signature*

by: _CHRISTOPHER - CANNON:BEY (PRESIDENT)_

*Printed name and title*

_P.O. BOX 436885 PROVINCE Illinois [60643]_

*Server's address*

Additional information regarding attempted service, etc:

_SEE ATTACHMENT_

ILLINOIS DIRECETOR STATE POLICE BRENDEN F KELLY



Track Another Package +

Tracking Number: 70190700000139466746

Your item has been delivered to an agent for final delivery in SPRINGFIELD, IL 62703 on October 26, 2020 at 11:20 am.

**Status**

✅ **Delivered to Agent**

October 26, 2020 at 11:20 am
Delivered to Agent for Final Delivery
SPRINGFIELD, IL 62703

Get Updates ⌄

Delivered to Agent

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Cook County President Toni Preckwinkle

=FILED=

OCT 30 2020

was received by me on *(date)* _____.

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there,                    on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)* _____

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____; or

☑ Other *(specify)*:

Sent via Certified / Priority Mail Having

Tracking # 70190700000139467053

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____ 15 00 _____ for travel and $ _____ 10 00 _____ for services, for a total of $ 25 00

_____.

I declare under penalty of perjury that this information is true.

Date: 10/30/20 by: Christoph Cani Bey

*Server's signature*

by: CHRISTOPHER – CANNON : BEY (PRESIDENT)

*Printed name and title*

P.O. BOX 436885 PROVINCE Illinois [60643]

*Server's address*

Additional information regarding attempted service, etc:

SEE · ATTACHMENT

**COOK COUNTY PRESIDENT TONI PRECKWINKLE**



**Track Another Package** +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Tracking Number:** 70190700000139467033

Remove

**Status**

✅ **Delivered**

Your item was delivered at 6:11 pm on October 24, 2020 in CHICAGO, IL 60602.

October 24, 2020 at 6:11 pm
Delivered
CHICAGO, IL 60602

**Get Updates** ∨

**Delivered**

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

G̲A̲R̲Y̲ ̲P̲o̲l̲i̲c̲e̲ ̲D̲e̲p̲t̲.̲

was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐   I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,                        on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐   I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐   I returned the summons unexecuted because

_____ ; or

☑   Other *(specify)*:

Sent via Certified mail / Priority mail
Having Tracking # 70190700000139466814

FILED

OCT 30 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____ 15⁰⁰ _____ for travel and $ _____ 10⁰⁰ _____ for services, for a total of $ 25⁰⁰

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ _by: Christopher-Cannon Bey_

*Server's signature*

by: _CHRISTOPHER-CANNON:BEY (PRESIDENT)_

*Printed name and title*

_P.O. BOX 436.555 PROVINCE Illinois [60643]_

*Server's address*

Additional information regarding attempted service, etc:

_SEE ATTACHMENT_

GARY POLICE DEPT



Track Another Package  +

**Tracking Number:** 70190700000139466814

Status

✅ **Delivered**

Get Updates ∨

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

CPD Sergio Garcia

was received by me on *(date)* 10/26/20

FILED

OCT 30 2020

ROBERT N. _____
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there, on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify):*

Sent via Certified Mail / Priority Mail
Having Tracking # 70190700000139466821

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _15⁰⁰_ for travel and $ _10⁵⁰⁰_ for services, for a total of $ _25⁰⁰_

_____.

I declare under penalty of perjury that this information is true.


Date: _10/30/20_ by: Christopher-Cannon:Bey _____ *Server's signature*


by: CHRISTOPHER - CANNON : BEY (PRESIDENT)
                                                *Printed name and title*


P.O. BOX 436885 PROVINCE Illinois _____ *Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

CPD SERGIO GARCIA



Track Another Package  +

Tracking Number: 70190700000139466821

Status

☑ Delivered

Your item was delivered to the front desk, reception area, or mail room at 12:10 pm on October 26, 2020 in CHICAGO, IL 60653.

October 26, 2020 at 12:10 pm
Delivered, Front Desk/Reception/Mail Room
CHICAGO, IL 60653

Get Updates ⌄

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*

**Officer Garcia #19353**

was received by me on *(date)*  **10/28/20**.

**-FILED-**

OCT 30 2020

At _____ M
ROBERT N. TROJVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there, _____ on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify)*:

Sent via Certified mail/Priority mail
Having Tracking # 70190700000139466845

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15.00_____ for travel and $ _____10.00_____ for services, for a total of $ 25.00

_____ .

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christopher-Cannon Bey_

Server's signature

by: _CHRISTOPHER - CANNON : BEY (PRESIDENT)_

Printed name and title

_P.O. BOX 436885 PROVINCE Illinois [60043]_

Server's address

Additional information regarding attempted service, etc:

_SEE ATTACHMENT_

OFFICER GARCIA #19353



AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

CHIEF CPD David O. Brown

was received by me on *(date)*  10/26/20 .

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there, _____ on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify):*

Sent via Certified mail / Priority
Mail Having Tracking # 70190700000139466753

-FILED-

OCT 30 2020

At _____
ROBERT N. _____
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____ 15 ⁰⁰ _____ for travel and $ _____ 10 ⁰⁰ _____ for services, for a total of $ 25 ⁰⁰

_____ .

I declare under penalty of perjury that this information is true.


Date: _10/30/20__ by: CHRISTOPHER - CANNON: BEY

_____
                                                        Server's signature

by: CHRISTOPHER - CANNON: BEY (PRESIDENT)

                                                        Printed name and title

PO BOX 436885 PROVINCE ILLINIOS [60643]

                                                        Server's address

Additional information regarding attempted service, etc:

SEE ATTACHMENT

CHIEF CPD DAVID O BROWN



Track Another Package +

Tracking Number: 70190700000139466753

**Status**

☑ **Delivered**

Your item was delivered to the front desk, reception area, or mail room at 11:59 am on October 26, 2020 in CHICAGO, IL 60653.

October 26, 2020 at 11:59 am
Delivered, Front Desk/Reception/Mail Room
CHICAGO, IL 60653

Get Updates ⌄

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

*Oak Park Police Station*

was received by me on *(date)* 10/26/20 .

OCT 3 0 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,                      on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☒ Other *(specify)*:

Sent Via Certified Mail / Priority Mail
Having Tracking # 70190700000139466739

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _15ᵒᵒ_ for travel and $ _10ᵒᵒ_ for services, for a total of $ _25ᵒᵒ_

_____.

I declare under penalty of perjury that this information is true.


Date: _10/30/20_ by: _Christoph-Canni Bey_          *Server's signature*

by: _CHRISTOPHER-CANNON: BEY (PRESIDENT)_
                                        *Printed name and title*

_P.O. Box 436885 PROVINCE Illinois [60643]_
                                        *Server's address*

Additional information regarding attempted service, etc:

        SEE ATTACHMENT

OAK PARK POLICE STATION



Track Another Package  +

**Track Packages Anytime, Anywhere**

Get the new Informed Delivery® feature to receive automated notifications on your packages

Learn More

**Tracking Number:** 70190700000139466739

**Status**

✓ **Delivered**

Your item was delivered to an individual at the address at 2:47 pm on October 26, 2020 in OAK PARK, IL 60302.

October 26, 2020 at 2:47 pm
Delivered, Left with Individual
OAK PARK, IL 60302

Get Updates ⌄

Delivered

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Illinois Governor J.B Pritzker

was received by me on *(date)* 10/27/20.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

-FILED-

OCT 30 2020

At _____ M
ROBERT N. ~~~~~~~~, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there,                on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify):*

Sent via Certified mail / Priority mail
Having Tracking # 70190700000139466630

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _15.00_ for travel and $ _10.00_ for services, for a total of $ _25.00_

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20_ by: _Christoph- C— : Bey_

*Server's signature*

by: CHRISTOPHER - CANDON : BEY (PRESIDENT)

*Printed name and title*

P.O. BOX 436885 PROVINCE Illinois [60643]

*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

**ILLINOIS GOVERNOR**



AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

Merillville Police

was received by me on *(date)* 10/26/20.

- ☐ I personally served the summons on the individual at *(place)*

  _____

  _____ on *(date)* _____ ;

or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

  _____

  _____ , a person of suitable age and discretion who

  resides there,                     on *(date)* _____ , and mailed a copy to the

  individual's last known address; or

- ☐ I served the summons on *(name of individual)*

  _____ , who is designated by law to accept service

  of process on behalf of *(name of organization)* _____

  _____ on *(date)* _____ ;

or

- ☐ I returned the summons unexecuted because

  _____ ; or

- ☑ Other *(specify)*:

  Sent via Certified mail/Priority
  Mail Having Tracking #70190700000139466708

**FILED**

OCT 30 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15ᵒᵒ_____ for travel and $ _____10ᵒᵒ_____ for services, for a total of $ 25ᵒᵒ

I declare under penalty of perjury that this information is true.

Date: *10/30/20* by *Christopher Cannon Bey*

*Server's signature*

by: *CHRISTOPHER - CANNON : BEY (PRESIDENT)*

*Printed name and title*

*P.O. BOX 436885 PROVINCE Illinois [60643]*

*Server's address*

Additional information regarding attempted service, etc:

*SEE ATTACHMENT*

**MERILLVILLE POLICE**



Track Another Package ＋

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Tracking Number: 70190700000139466708

Remove

Feedback

**Status**

✔ **Delivered**

Your item was delivered to the front desk, reception area, or mail room at 2:42 pm on October 26, 2020 in MERRILLVILLE, IN 46410.

October 26, 2020 at 2:42 pm
Delivered, Front Desk/Reception/Mail Room
MERRILLVILLE, IN 46410

**Get Updates** ∨

Delivered

74f82768-8f34-42....PDF

Show all

9:43 PM
10/28/2020

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

*President Chase Bank Jamie Dimon*   **=FILED=**

was received by me on *(date)* _____.

**OCT 3 0 2020**

AT _____ M
ROSETTE S. PADGETT, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____, a person of suitable age and discretion who

resides there,                    on *(date)* _____, and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____ ; or

☒ Other *(specify):*

*Sent via Certified mail / Priority*
*Mail Having Tracking #70190700000139466692*

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _15⁰⁰_ for travel and $ _10⁰⁰_ for services, for a total of $ _25⁰⁰_

_____.

I declare under penalty of perjury that this information is true.


Date: _10/30/20_ by Christoph Canii Bey

                                              *Server's signature*

by: CHRISTOPHER - CANNON: BEY (PRESIDENT)

                                              *Printed name and title*

P.O. BOX 436885 PROVINCE Illinois [60643]

                                              *Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

PRESIDENT CHASE BANK



Track Another Package +

Get the free Informed Delivery feature to receive automated notifications on your packages

**Tracking Number:** 70190700000139466692

**Status**

✓ **Delivered**

Your item was delivered at 10:09 am on October 27, 2020 in WESTERVILLE. OH 43082.

October 27, 2020 at 10:09 am
Delivered
WESTERVILLE. OH 43082

**Get Updates** ∨

Delivered

74f82768-8f34-42....PDF

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

OCT 3 0 2020

At ___
ROBERT ___ ___ rk
U.S. D___ __ __
NORTHERN D___ __ OF INDIANA

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

C PD officer Guzman #17279

was received by me on *(date)* 10/26/20 .

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ;

or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____

_____ , a person of suitable age and discretion who

resides there, on *(date)* _____ , and mailed a copy to the

individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by law to accept service

of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ;

or

☐ I returned the summons unexecuted because

_____ ; or

☑ Other *(specify):*

Sent via Certified mail / Priority mail
Tracking #70190700000139466666 1

AO 440 (Rev. 06/12) Summons in a Civil Action

My fees are $ _____15⁰⁰_____ for travel and $ _____10⁰⁰_____ for services, for a total of $ 25⁰⁰

_____.

I declare under penalty of perjury that this information is true.

Date: _10/30/20__ _by: Christopher-Cannon:Bey____
                                    *Server's signature*

by: CHRISTOPHER-CANNON:BEY (PRESIDENT)
                                    *Printed name and title*

P.O. BOX 436885 PROVINCE Illinois [60643]
                                    *Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT

**CPD OFFICER GUZMAN #17279**

