UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| People of United States of America Republic and UNITED STATES OF AMERICA REPUBLIC PRESIDENT CHRISTOPHER - CANNON: BEY On Behalf of themselves and a class and subclass of similarly situated persons<br>   Plaintiffs<br><br>Vs.<br><br>CITY OF CHICAGO<br>CITY OF CHICAGO MAYOR LORI LIGHTFOOT<br>DAVID O. BROWN, CHICAGO POLICE CHIEF<br>THOMAS DART, SHERIFF<br>   Vs.<br>ILLINOIS GOVERNOR J.B. PRITZKER<br>ILLINOIS SECRETARY OF STATE JESSE WHITE<br>COOK COUNTY BOARD PRESIDENT<br>TONI PRECKWINKLE,<br>COOK COUNTY CLERK, KAREN YARBROUGH<br>BRENDAN F. KELLY, DIRECTOR<br>ILLINOIS STATE POLICE<br>CHICAGO POLICE OFFICER GUZMAN<br>CITY OF CHICAGO DEPT. OF STREETS AND<br>SANITATION ROBERT DYCKMAN<br>SUPERVISOR AUTO POUND 6<br>TOM DART COOK COUNTY SHERIFF<br>MARKHAM COURT<br>JUDGE THOMAS CARROLL COURT ROOM 204<br>COOK COUNTY JUDGE THADDEUS L. WILSON<br>COURT ROOM 404, OTHER UNKNOWN POLICE<br>OFFICERS FROM THE CITY OF GARY IN.<br>POLICE DEPT, CALUMET CITY IL.<br>MERRILLVILLE IN. POLICE,<br>CITY OF CHICAGO IL. POLICE, OAK PARK, IL,<br>GEORGIA STATE PATROL, OHIO, ILLINOIS,<br>POLICE DEPARTMENT, OFFICER J. CURTIN,<br>OFFICE A. FLORES, OFFICER C. MCVEY,<br>OTHER UNKNOWN ILLINOIS STATE POLICE,<br>OFFICER SANCHEZ OF CHICAGO POLICE,<br>JP MORGAN CHASE BANK PRESIDENT<br>JAMIE DIMON, INDIANA SECRETARY OF<br>STATE CONNIE LAWSON<br>               Defendants | Civil Action No. 2 : 20CV 373<br><br>-FILED-<br><br>NOV 03 2020<br><br>At _____M<br>ROBERT N. ___, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA |

1

## PLAINTIFF(S) MOTION TO AMEND BRIEFING
## TO ADD ADDITIONAL BACKGROUND INFORMATION AND DEFENDANTS

On October 19, 2020, the Plaintiff(s) filed an Emergency Application for National Writ of Prohibition and Motion for Preliminary Injunction and Restraining Order and Declaratory Relief along with a Supplemental Brief in Support of the of this Motion. At the time of the filing, the following incident had not occurred. The Plaintiff(s) now wish to add ths more recent occurrence of misconduct along with the four additional Defendants that are involved in this case. Plaintiff(s) now respectfully ask that the court allow this Amendment to this briefing by adding the following names as Defendants in this case coupled with the Amended Brief: **Judge** Leroy K Martin, Jr. ~~Susana Ortiz #2177~~, **Officer Jeremy Lipka #7490, Officer Anthony Lovinelli #3528, Officer Angel Rivera Jr. #18733 led by Sergeant James Grissett Jr #1072 of the 004th district Chicago police department.**

## ADDITIONAL BACKGROUND INFORMATION

The following incident occurred after the initial filing of this petition for **Emergency Application for National Writ of Prohibition and Motion for Preliminary Injunction and Restraining Order and Declaratory Relief** along with a Supplemental Brief in Support of the of this Motion on October 19, 2020. This is a further example of the unlawful detainment, Piracy and Racketeering that is being perpetuated nationwide against the commercial use of U.S.A.R. owned vessels, License Plates, Driver's Licenses, Insurance, Work Credentials, and Car Titles by Law Enforcement Officers.

On October 23, 2020, the U.S.A.R. Attorney General, Damien-Holmon: Bey borrowed a vessel from U.S.A.R. President Christopher-Cannon: Bey which is owed by the UNITED STATES OF AMERICA REPUBLIC. While parking the vessel on the 7700 block of South

2

Ogelsby, Damien-Holmon: Bey was approached on the driver's side of his parked vessel by Chicago Police officer Anthony Lovinelli III badge #3528. Officer Lovinelli III stated to Damien-Holmon: Bey that his taillight was out. While Damien-Holmon: Bey was identifying himself as the U.S.A.R. Attorney General who was lawfully elected to Officer Lovinelli III and Officer Rivera # 18733 of the 003 District, Officer Jeremy Lipka having badge #7490 approached the back window of the vessel shining his flashlight into the car where Damien-Holmon: Bey's young four year old son was sitting. This incident was traumatizing to the young child. He had never seen aggressive men with weapons flashing light at him while giving his father commands. The child was taken from the vessel by one of Damien-Holmon: Bey's relatives while his conversation with the police officers continued. Even after reciting the Illinois Codes 625 ILCS 5/6-102 and 625 ILCS 5/3-102 which clearly addresses Non-residents and their rights to have License plates issued in their home state, the officers simply ignored the law that they took an oath to uphold. Eventually, the Chicago police officer Rivera #18733 stated that the License Plates were not ***real*** and that Damien-Holmomn: Bey was impersonating a Federal Agent. As officer Rivera wrote he tickets, officer Anthony Lovinelli III arrested Damien-Holmon: Bey, took him to the 004th District Police Station, and towed the vessel loaned to him by U.S.A.R. President Christopher-Cannon: Bey. After reaching the police station, Damien-Holman: Bey spoke with Sergeant James Grissett, Jr. # 1072. Later that evening, U.S.A.R. President Christopher-Cannon: Bey along with U.S.A.R. Secretary of State Travis-Austin: Bey arrived at the Police station where Damien-Holmon: Bey was being held and inquired about him and to acquire the vessel that had been towed by the police. U.S.A.R. President Christophe-Cannon: Bey spoke to Officer Rivera of the 003rd District and another officer about the arrest and the Removal of the License Plates as well as the confiscation of the woke Identification, Badge

3

and Driver's License from Damien-Holmon: Bey. The officer stated that the vessel was towed for the lack of a Valid License Plate, Vehicle Registration, and Insurance. USAR President Christopher-Cannon: Bey the called the Illinois State Police to have them enforce Illinois State Law in this matter. President Cannon: Bey recited the Laws 625 ILCS 5/6 102 and 625 ILCS 5/3 102 to the Illinois State Trooper and requested that he enforce those statutes in this matter. The Trooper refused to get interfere with another Law Enforcement Agency. This conversation was recorded. **See Exhibits [A1c], [A2a18]**

At 9a.m. the next morning, Damien-Holmon: Bey was taken to Court on 2600 South California Ave., Branch 2, Court Room 100, Chicago, Illinois before Judge Susana Ortiz #2177. Judge Ortiz issued a Recognizance Bail Bond in the amount of Ten Thousand Dollars with special conditions. These conditions require Damien-Holmon: Bey to report to Parole Officer Fitch C. at (773) 674-1863 and to comply with ongoing reporting requirements. On October 30th, 2020 Damien-Holmon: Bey appeared before Judge Leroy K. Martin, Jr. regarding Case Number 20112111021 for this unlawful arrest. The case was continued until December 30th, 2020.

The Plaintiff(s) initial correspondence with the Defendants will be the service of the Summons along with the supplemental Brief that is required by Court Rule 65 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

CHRISTOPHER-CANNON: BEY
President, UNITED STATES OF
AMERICA REPUBLIC
1499 MARTIN LUTHER KING
DRIVE PROVINCE OF IINDIANA
46401 Suite 64102
Telephone: 202/569-0506
E-mail: presidentusar@mail.com