# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

People of United States of America Republic and )
UNITED STATES OF AMERICA REPUBLIC )
PRESIDENT CHRISTOPHER - CANNON: BEY )
On Behalf of themselves and a class and subclass )
of similarly situated persons )
    Plaintiffs )
                      )
        Vs. )

CITY OF CHICAGO )
CITY OF CHICAGO MAYOR LORI LIGHTFOOT )
DAVID O. BROWN, CHICAGO POLICE CHIEF )
THOMAS DART, SHERIFF )
        Vs. )
ILLINOIS GOVERNOR J.B. PRITZKER )
ILLINOIS SECRETARY OF STATE JESSE WHITE )
COOK COUNTY BOARD PRESIDENT )
TONI PRECKWINKLE, )
COOK COUNTY CLERK, KAREN YARBROUGH )
BRENDAN F. KELLY, DIRECTOR )
ILLINOIS STATE POLICE )
CHICAGO POLICE OFFICER GUZMAN )
CITY OF CHICAGO DEPT. OF STREETS AND )
SANITATION ROBERT DYCKMAN )
SUPERVISOR AUTO POUND 6 )
TOM DART COOK COUNTY SHERIFF )
MARKHAM COURT )
JUDGE THOMAS CARROLL COURT ROOM 204 )
COOK COUNTY JUDGE THADDEUS L. WILSON )
COURT ROOM 404, OTHER UNKNOWN POLICE )
OFFICERS   FROM THE CITY OF GARY IN. )
POLICE DEPT, CALUMET CITY IL. )
MERRILLVILLE IN. POLICE, )
CITY OF CHICAGO IL. POLICE, OAK PARK, IL, )
GEORGIA STATE PATROL, OHIO, ILLINOIS, )
POLICE DEPARTMENT, OFFICER J. CURTIN, )
OFFICE A. FLORES, OFFICER C. MCVEY, )
OTHER UNKNOWN ILLINOIS STATE POLICE, )
OFFICER SANCHEZ OF CHICAGO POLICE, )
JP MORGAN CHASE BANK PRESIDENT )
JAMIE DIMON, INDIANA SECRETARY OF )
STATE CONNIE LAWSON )
        Defendants )
                      )

Civil Action No. 2 : 20CV 373

**-FILED-**

NOV 03 2020

ROBERT N. TROGMICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1

# AMENDED LIST OF DEFENDANTS

| | |
|---|---|
| 1. Illinois Governor J.B. Pritzker | 17. Georgia State Patrol |
| 2. Illinois Secretary Of State Jesse White | 18. The State of Ohio |
| 3. Cook County Board President Toni Preckwinkle | 19. The State of Illinois |
| 4. Cook County Clerk, Karen Yarbrough | 20. Officer J. Curtin, Oak Park Police Dept. |
| 5. Brendan F. Kelly, Director Illinois State Police | 21. Office A. Flores, Oak Park Police Dept. |
| 6. Chicago Police Officer Guzman | 22. Officer C. Mcvey, Oak Park Police Dept. |
| 7. City of Chicago Dept. Of Streets and Sanitation Robert Dyckman | 23. Other Unknown Illinois State Police |
| 8. Supervisor Auto Pound 6 (Chicago) | 24. Officer Sanchez Of Chicago Police |
| 9. Tom Dart Cook County Sheriff | 25. JP Morgan Chase Bank President Jamie Dimon |
| 10. Markham Court Judge Thomas Carroll Court Room 204 | 26. Indiana Secretary Of State Connie Lawson |
| 11. Cook County Judge Thaddeus L. Wilson Court Room 404 | 27. Corporal James Neilson of the Gary, Indiana Police Department |
| 12. Other Unknown Police Officers from The City of Gary In. Police Dept. | 28. Nelson Esparza of JP Morgan Chase Bank |
| 13. Calumet City Il. | 29. Officer Jeremy Lipka #7490 CPD |
| 14. Merrillville In. Police Department | 30. Officer Anthony Lovinelli  #3528, CPD |
| 15. City Of Chicago Il. Police Department | 31. Officer Angel Rivera Jr. #18733, CPD |
| 16. Oak Park, Il | 32. Sergeant James Grissett Jr #1072, CPD |
| 34. Judge Leroy K. Martin, Jr. | 33. Officer Sergio Garcia, CPD |

Respectfully Submitted,

CHRISTOPHER-CANNON: BEY
President, UNITED STATES OF
AMERICA REPUBLIC
1499 MARTIN LUTHER KING
DRIVE PROVINCE OF IINDIANA
46401
Telephone: 202/569-0506
E-mail: presidentusar@mail.com