# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PEOPLE OF THE UNITED STATES OF AMERICA REPUBLIC

CHRISTOPHER CANNON BEY
*President, United States of America Republic, on behalf of themselves and a class and subclass of similarly situated persons*

      Plaintiffs

  v.

**Civil Action No.  2:20-cv-373**

CHICAGO CITY OF
LORI LIGHTFOOT, *City of Chicago Mayor*
DAVID O BROWN, *Chicago Police Chief*
THOMAS DART, *Sheriff*
J.B. PRITZKER, *Illinois Governor*
JESSE WHITE, *Illinois Secretary of State*
TONI PRECKWINKLE, *Cook County Board President*
KAREN YARBROUGH, *Cook County Clerk*
BRENDAN F KELLY, *Director Illinois State Police*
GUZMAN, *Chicago Police Officer*
CONNIE LAWSON, *Indiana Secretary of State*
JAMIE DIMON, *JP Morgan Chase Bank President*
TOM DART, *Cook County Sheriff*
THOMAS CARROLL, *Judge, Markham Court Court Room 204*
THADDEUS L WILSON, *Cook County Court Room 404*
CHICAGO, IL CITY OF, *Police*
C. MCVEY, *Officer*
J CURTAIN, *Officer*
A FLORES, *Office*
OFFICER SANCHEZ, *Chicago Police*
ILLINOIS STATE POLICE, *Other Unknown*
GEORGIA STATE PATROL
OHIO POLICE DEPARTMENT
ILLINOIS POLICE DEPARTMENT
MERRILLVILLE IN POLICE DEPT
GARY IN CITY OF, *Other Unknown Police Officers*
CALUMET CITY, IL POLICE DEPT.
ROBERT DYCKMAN, *Supervisor Auto Pound 6, City of Chicago Dept of Streets and Sanitation*

NELSON ESPARZA, *JP Morgan Chase Bank*
SERGIO GARCIA, *Officer #19353*
JAMES NEILSON, *Corp. #1464, Gary City Police Department*
OAK PARK, IL, *Police*
LEROY K MARTIN, JR., *Judge*
JAMES GRISSETT, JR., *Sergeant*
ANGEL RIVERA, JR., Officer #18733
ANTHONY LOVINELLI, Officer #3528
JEREMY LIPKA, Officer #7490

      Defendants

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____ , which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____ .

_X_ Other:  Plaintiffs', People of the United States of America Republic and Christopher Cannon Bey's Emergency Application for National Writ of Prohibition and Motion for Preliminary Injunction and Restraining Order and Declaratory Relief is DENIED.  This case is CLOSED.

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE: 11/5/2020                      ROBERT N. TRGOVICH, CLERK OF COURT

                                        by   s/ M. Murray_____
                                        *Signature of Clerk or Deputy Clerk*