USDC IN/ND case 2:20-CV-00373-PPS-JEM  Judgment in a Civil Action
AO 450 (Rev. 01/09)

USDC IN/ND case 2:20-cv-00373-PPS-JEM   document 15   filed 11/05/20   page 1 of 2

USDC IN/ND case 2:20-cv-00373-PPS-JEM   document 14   filed 11/04/20   page 1 of 4

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
1300 S. HARRISON STREET
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

CERTIFIED MAIL

7001 1140 0003 1354 3081

FORT WAYNE IN 468
2020 PM 2 L

At
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FILED
NOV 16 2020
M

$6.90
U.S. POSTAGE
FIRST-CLASS
062S0010319413
46802

S91008.15

People of the United States of America Republic
1499 Martin Luther King Drive
Gary, IN 46401

NIXIE       462       FE 1       0011/12/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 46802349599        *2912-17586-05-36*