OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
1300 S. HARRISON STREET
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

7001 1140 0003 1354 3098

CERTIFIED MAIL

Christopher Cannon Bey
1499 Martin Luther King Drive
Gary, IN 46401

FILED
NOV 16 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NIXIE  462  FE 1           0011/12/20
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

BC: 46802349599    *2912-17278-05-30

US POSTAGE
FIRST-CLASS
062S0010313813
46802
$6.90
S91008.153