USPS TRACKING #

9590 9402 5696 9346 1342 51

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERKS OFFICE
U.S. DISTRICT COURT
1108 FEDERAL BLDG.
FORT WAYNE, IN 46802

-FILED-
NOV 17 2020
At _____ M _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2:20CV373

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Christopher Cannon Bey
   1499 Martin Luther King Drive
   Gary, IN 46401

9590 9402 5696 9346 1342 51

2. Article Number (Transfer from service label)
   7001 1140 0003 1354 3098

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CR 217
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C-19

C. Date of Delivery
11-16-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Restricted Delivery

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt